# Exhibit A

Affordable Aerial Photography v. Lang Realy

Exhibit A

| Exhibit | Type of Infringement | Subsection A: Original Title of Work ("Work #") | Subsection B: Registration No. | Subsection C: Screenshot of Infringement | Sebsection D |
|---|---|---|---|---|---|
| 1 | Lang Website Infringement | 2954 Hurlingham Drfront 2015 AAP ("Work 1") | VA 2-107-894 | Screenshot of Lang Website | Page Capture of Lang Website |
| 2 | Lang Website Infringement | 2960 Polo Dr aerial 2012 AAP ("Work 2") | VA 2-104-315 | Screenshot of Lang Website | Page Capture of Lang Website |
| 3 | Lang Website Infringement | 4001 North Ocean Bulding A 2014 AAP ("Work 3") | VA 1-967-115 | Screenshot of Lang Website | Page Capture of Lang Website |
| 4 | Lang Website Infringement | Ocean Royale Juno 2015 AAP 21 ("Work 4") | VA 1-997-096 | Screenshot of Lang Website | Page Capture of Lang Website |
| 5 | Lang Agent Website Infringement | 12235 Tillinghast Cir front nite 2016 AAP ("Work 5") | VA 2-107-890 | Screenshot of Lang Website | Page Capture of Lang Website |
| 6 | Lang Social Media Infringement | 3175 Cove Rd low balloon aerial 2012 AAP ("Work 6") | VA 2-104-315 | Screenshot of Lang Website | Page Capture of Lang Website |
| 7 | Lang Social Media Infringement | 485 NE Spanish Tr AAP 2011 j ("Work 7") | VA 2-014-814 | Screenshot of Lang Website | Side-by-Side Infringement Comparison |
| 8 | Lang Agent Website Infringement | 3175 Cover Rd balloon aerial 2012 AAP.jpg ("Work 8") | VA 2-104-315 | Screenshot of Lang Website | Page Capture of Lang Website |
| 9 | Lang Agent Website Infringement | 550 Middle Rd rear aerial 2015 AAP ("Work 9") | VA 2-107-894 | Screenshot of Lang Website | Page Capture of Lang Website |
| 10 | Lang Agent Social Media Infringement | 107 Valencia Blvd front 2016 AAP ("Work 10") | VA 2-107-890 | Screenshot of Lang Website | Side-by-Side Infringement Comparison |
| 11 | Lang Agent Social Media Infringement | 113 Quayside Dr front nite 2013 AAP ("Work 11") | VA 2-104-318 | Screenshot of Lang Website | Side-by-Side Infringement Comparison |
| 12 | Lang Agent Social Media Infringement | 113 Quayside Dr nite by pool 2013 AAP ("Work 12") | VA 2-104-318 | Screenshot of Lang Facebook Post | Side-by-Side Infringement Comparison |
| 13 | Lang Agent Social Media Infringement | Old Palm Private Estate nite pool 2013 AAP. jpg ("Work 13") | VA 1-947-093 | Screenshot of Facebook Post | Page Capture of Facebooks Posts |
| 14 | Lang Agent Social Media Infringement | 11770 Calleta Ct pool b 2014 AAP ("Work 14") | VA 2-104-319 | Screenshot of Pinterest Page | Page Capture of property listing |
| 15 | Lang Agent Social Media Infringement | 11770 Calleta Ct living room 2014 AAP ("Work 15") | VA 2-104-319 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 16 | Lang Agent Social Media Infringement | 11770 Calleta Ct pool a 2014 AAP ("Work 16") | VA 2-104-319 | Screenshot of Pinterest Page | Page Capture of property listing |
| 17 | Lang Agent Social Media Infringement | 12235 Tillinghast Cir front nite 2016 AAP ("Work 17") | VA 2-075-528 | Screenshot of Pinterest Page | Full Image with website listing |
| 18 | Lang Agent Social Media Infringement | 12251 Tillinghast Cir back 2013 AAP ("Work 18") | VA 2-104-318 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 19 | Lang Agent Social Media Infringement | 16856 Passage S aerial 2013 AAP ("Work 19") | VA 2-104-318 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 20 | Lang Agent Social Media Infringement | 1755 SE Sailfish Point Blvd back sunrise 2014 AAP.jpg ("Work 20") | VA 2-104-319 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |

Affordable Aerial Photography v. Lang Realy

Exhibit A

| Exhibit | Type of Infringement | Subsection A: Original Title of Work ("Work #") | Subsection B: Registration No. | Subsection C: Screenshot of Infringement | Sebsection D |
|---|---|---|---|---|---|
| 21 | Lang Agent Social Media Infringement | 68 ("Work 21") | VA 1-920-552 | Screenshot of Facebook Post | Page Capture of Facebook Post |
| 22 | Lang Agent Social Media Infringement | 176 Spyglass pool 2012 AAP ("Work 22") | VA 2-104-315 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 23 | Lang Agent Social Media Infringement | 190 Bears Club Dr aerial b AAP 2015 ("Work 23") | VA 2-075-526 | Screenshot of Facebook Post | N/A |
| 24 | Lang Agent Social Media Infringement | 201 Banyan pool nite 2008 AAP ("Work 24") | VA 2-099-658 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 25 | Lang Agent Social Media Infringement | 202 W Riverside loggia with flowers 2015 AAP.jpg ("Work 25") | VA 2-107-894 | Screenshot of Pinterest Page | Side-by-Side Infringement Comparison |
| 26 | Lang Agent Social Media Infringement | 40 ("Work 26") | VA 1-896-881 | Screenshot of Facebook Post | Page Capture of Facebook Post |
| 27 | Lang Agent Social Media Infringement | 209 Bears Club living room 2011 AAP ("Work 27") | VA 2-104-315 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 28 | Lang Agent Social Media Infringement | 227 River Dr sunset pool 2014 AAP ("Work 28") | VA 2-104-319 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 29 | Lang Agent Social Media and MLS Infringement | 258 Locha Dr loggia 2014 AAP ("Work 29") | VA 2-104-319 | Residential Full Report | Screenshot of photo included in the report |
| 30 | Lang Agent Social Media Infringement | 2976 SE Dune Dr kitchen 2014 AAP ("Work 30") | VA 2-104-319 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 31 | Lang Agent Social Media Infringement | 3175 Cove Rd private living room 2013 AAP.jpg ("Work 31") | VA 2-104-318 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 32 | Lang Agent Social Media Infringement | 3904 Old SE St Lucie Blvd master bath 2013 AAP ("Work 32") | VA 1-967-718 | Screenshot of Facebook Post | N/A |
| 33 | Lang Agent Social Media Infringement | 3904 Old SE St Lucie Blvd master bath 2013 AAP ("Work 33") | VA 2-104-318 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 34 | Lang Agent Social Media Infringement | 501 S Atlantic Dr loggia b AAP 2015 ("Work 34") | VA 2-075-526 | Screenshot of Webpage | Screenshot of Pinterest Page |
| 35 | Lang Agent Social Media Infringement | Private Juno BB 2013 AAP ("Work 35") | VA 2-104-318 | Screenshot of Pinterest Page | Side-by-Side Infringement Comparison |
| 36 | Lang Agent Social Media Infringement | 550 Middle Rd rear aerial 2015 AAP ("Work 36") | VA 2-107-894 | Screenshot of Pinterest Page | N/A |
| 37 | Lang Agent Social Media Infringement | 6529 Homeland Rd aerial back 2015 AAP ("Work 37") | VA 2-107-894 | Screenshot of Pinterest Page | Page Capture of Pinterest Post |
| 38 | Lang Agent Social Media Infringement | 6259 Homeland Rd paddocks 2015 AAP ("Work 38") | VA 2-107-894 | Screenshot of Facebook Post | Page Capture of Facebook Post |
| 39 | Lang Agent Social Media Infringement | 700 Wright Way pool nite 2015 AAP ("Work 39") | VA 2-107-894 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 40 | Lang Agent Social Media Infringement | 799 Santuary Way nite pool a 2013 AAP ("Work 40") | VA 2-104-318 | Screenshot of Pinterest Page | Side-by-Side Infringement Comparison |

Affordable Aerial Photography v. Lang Realy

Exhibit A

| Exhibit | Type of Infringement | Subsection A: Original Title of Work ("Work #") | Subsection B: Registration No. | Subsection C: Screenshot of Infringement | Sebsection D |
|---|---|---|---|---|---|
| 41 | Lang Agent Social Media Infringement | 87S River Dr Stuart nite front 2015 ("Work 41") | VA 2-075-526 | Screenshot of Facebook Post | Page Capture of Infringed Photo |
| 42 | Lang Agent Social Media Infringement | 9440 169th Court N 2015 AAP ("Work 42") | VA 2-107-894 | Screenshot of Pinterest Page | Side-by-Side Infringement Comparison |
| 43 | Lang Agent Social Media Infringement | 9440 169th Ct N horse 2015 AAP ("Work 43") | VA 2-107-894 | Screenshot of Pinterest Page | Side-by-Side Infringement Comparison |
| 44 | Lang Agent Social Media Infringement | Oceans Edge 1701 sunrise pear 2014 AAP ("Work 44") | VA 2-120-020 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 45 | Lang Agent Social Media Infringement | Ritz Carlton 304 A sunrise 2014 AAP ("Work 45") | VA 2-120-013 | Screenshot of Facebook Post | Side-by-Side Infringement Comparison |
| 46 | Lang Website, MLS, and Lang Agent Infringement | Toscana Highland Beach ("Work 46") | VA 1-896-869 | Screenshot of Lang Website | Page Capture of Lang Website |
| 47 | Lang Website Infringement | Evergrene aerial a/e 2013 AAP ("Work 47") | VA 1-967-718 | Screenshot of Lang Website | Page Capture of Lang Website (1st photo) |
| 48 | Lang Agent Website Infringement | Aragon of Boca aerial front 2010 AAP ("Work 48") | VA 2-097-651 | Screenshot of Lang Website | Page Capture of Lang Website |
| 49 | Lang Agent Website Infringement | 12235 Tillinghast Cir front nite 2016 AAP ("Work 49") | VA 2-107-890 | Screenshot of Lang Website | Page Capture of Lang Website |
| 50 | Lang Agent Social Media Infringement | Delray aerial two boats white roof and arrow 2008 AAP ("Work 50") | VA 2-099-658 | Screenshot of Facebook Post | Page Capture of Facebook Post |
| 51 | Lang Agent Social Media Infringement | 1003 Rhodes Villa Rd nite boat pool 2013 AAP ("Work 51") | VA 2-104-320 | Screenshot of Facebook Post | Page Capture of Facebook Post |
| 52 | Lang Agent Website Infringement | 1003 Rhodes Villa Rd boat ("Work 52") | Certification of Registration No VA 2-104-320 | Screentshot of Lang Website | |
| 53 | Lang Agent Website Infringement | 121 NE 1st Ave ("Work 53") | VA 2-104-318 | Screenshot of Redfin Listing | Page Capture of Listing |
| 54 | Lang Agent Website Infringement | 112 N Dixie B ("Work 54") | VA 2-075-528 | Screenshot of Facebook Post with link to recently sold property | Screenshot of JAG Homes website |
| 55 | Lang Website Infringement | 501 S Atlantic Dr pool c AAP 2015 ("Work 55") | VA 2-075-526 | Screenshot of Lang Website | Page Capture of Lang Website |
| 56 | Lang Website Infringement | AerialLowPrado_c ("Work56") | VA 1-945-697 | Screenshot of Lang Website | Page Capture of Lang Website |
| 57 | Lang Website and Social Media Infringement | 485 NE Spanish Tr AAP 2011 j ("Work 57") | VA 2-014-814 | Screenshot of Lang Website | Page Capture of Lang Website |
| 58 | Lang Website Infringement | aarr_copy ("Work 58") | VA 1-881-439 | Screenshot of Lang Website | Side-by-Side Infringement Comparison |
| 59 | Lang Website Infringement | GS_copy ("Work 59") | VA 1-953-574 | Screenshot of Lang Website | Page Capture of Lang Website |

Affordable Aerial Photography v. Lang Realy

Exhibit A

| Exhibit | Type of Infringement | Subsection A: Original Title of Work ("Work #") | Subsection B: Registration No. | Subsection C: Screenshot of Infringement | Sebsection D |
|---|---|---|---|---|---|
| 60 | Lang Website Infringement | 550 Middle Rd rear aerial 2015 AAP | VA 2-107-894 | Screenshot of Lang Website | Page Capture of Lang Website |
| 61 | Lang Website Infringement | 6259 Homeland Rd barn a 2015 AAP ("Work 61") | VA 2-107-894 | Screenshot of Lang Website | Page Capture of Lang Website |
| 62 | Lang Website Infringement | Old Palm Clubhouse aerials d 2010 AAP ("Work 62") | VA 2-059-014 | Screenshot of Lang Website | Page Capture of Lang Website |
| 63 | Lang Website Infringement | Jonathan_s ("Work 63") | VA 1-953-574 | Screenshot of Lang Website | Page Capture of Lang Website |
| 64 | Lang Website Infringement | 3800 N Ocean Dr Singer Island ("Work 64") | VA 1-885-604 | Screenshot of Lang Website | Page Capture of Lang Website |
| 65 | Lang Website Infringement | Oasis Singer Island aerial b 2009 ("Work 65") | VA 2-120-013 | Screenshot of Lang Website | Side-by-Side Infringement Comparison |
| 66 | Lang Website Infringement | Loxahatchee Club pano 2009 AAP ("Work 66") | VA 2-098-016 | Screenshot of Lang Website | Page Capture of Lang Website |
| 67 | Lang Website Infringement | AR25 ("Work 67") | VA 1-881-439 | Screenshot of Lang Website | Page Capture of Lang Website |
| 68 | Lang Website Infringement | 12235 Tillinghast Cir front nite 2016 AAP ("Work 68") | VA 2-107-890 | Screenshot of Lang Website | Page Capture of Lang Website |
| 69 | Lang Website Infringement | AdmiralsCoveMarina ("Work 69") | VA 1-947-093 | Screenshot of Lang Website | Page Capture of Lang Website |
| 70 | Lang Website Infringement | 386 S Beach Rd rear aerial 2016 AAP ("Work 70") | VA 2-107-890 | Screenshot of Lang Website | Page Capture of Lang Website |
| 71 | Lang Website Infringement | Cypress Island Cir aerial 2016 AAP ("Work 71") | VA 2-107-890 | Screenshot of Lang Website | Page Capture of Lang Website |
| 72 | Lang Website Infringement | Lost Tree Village golf a 2012 AAP ("Work 72") | VA 1-967-114 | Screenshot of Lang Website with infringements highlighted | Side-by-Side Infringement Comparison |
| 73 | Lang Website Infringement | Excelsior Boca Raton aerial b 2012 AAP ("Work 73") | VA 1-967-114 | Screenshot of Lang Website with infringement highlighted | Page Capture of Lang Website |
| 74 | Lang Website Infringement | 1220 S Ocean Blvd Fountain ("Work 74") | VA 1-896-861 | Screenshot of Lang Website | Page Capture of Lang Website |
| 75 | Lang Website Infringement | OPC ("Work 75") | VA 1-947-095 | Screenshot of Lang Website | Page Capture of Lang Website |
| 76 | Lang Agent Website Infringement and MLS Infringement | Presidential Place beach aerial a 2009 AAP ("Work 76") | VA 2-098-016 | Screenshot of Lang Website with infringement highlighted | Page Capture of Lang Website with infringement highlighted |
| 77 | Lang Agent Website Infringement | Ocean Royale Juno 2015 AAP 21 ("Work 77") | VA 1-997-096 | Screenshot of Lang Website | Page Capture of Lang Website |
| 78 | Lang Agent Website Infringement | 12235 Tillinghast Cir front nite 2016 AAP ("Work 78") | VA 2-107-890 | Screenshot of Lang Website | Page Capture of Lang Website |

Affordable Aerial Photography v. Lang Realy

Exhibit A

| Exhibit | Type of Infringement | Subsection A: Original Title of Work ("Work #") | Subsection B: Registration No. | Subsection C: Screenshot of Infringement | Sebsection D |
|---|---|---|---|---|---|
| 79 | Lang Agent Website Infringement | 3175 Cove Rd low balloon aerial 2012 AAP ("Work 79") | VA 2-104-315 | Screenshot of Lang Website | Page Capture of Lang Website |
| 80 | Lang Agent Website Infringement | 550 Middle Rd rear aerial 2015 AAP ("Work 80") | VA 2-107-894 | Page Capture of Lang Website | Side-by-Side Infringement Comparison |
| 81 | Lang Website Infringement | Presidential Place beach aerial a 2009 AAP ("Work 81") | VA 2-097-651 | Screenshot of Lang Website | Screenshot of Lang Website with Infringments highlighted |
| 82 | Lang Website Infringement | 3800 N Ocean Dr private balcony 2014 AAP ("Work 82") | VA 2-104-319 | Screenshot of Lang Website | Page Capture of Lang Website |
| 83 | Lang Agent Website Infringement | 6529 Homeland Rd barn a 2015 AAP(Work 83") | VA 2-107-894 | Page Capture of Lang Website | Side-by-Side Infringement Comparison |
| 84 | Lang Agent Website Infringement | 12235 Tillinghast Cir front nite 2016 AAP ("Work 84") | VA 2-107-890 | Screenshot of Lang Website | Page Capture of Lang Webste |
| 85 | Lang Agent Website Infringement | Aragon of Boca aerial front 2010 AAP ("Work 85") | VA 2-097-651 | Screenshot of Lang Website | Page Capture of Lang Website |
| 86 | Lang Agent Website Infringement | Gulf Stream Delray aerial 2011 AAP ("Work 86") | VA 2-104-317 | Screenshot of Lang Website | Page Capture of Lang Website |
| 87 | Lang Agent Website Infringement | 3175 Cove Rd low balloon aerial 2012 AAP ("Work 87") | VA 2-104-315 | Screenshot of Lang Website | Page Capture of Lang Website |
| 88 | Lang Agent Website Infringement | 097 ("Work 88") | VA 2-120-518 | Screenshot of Lang Website | Screenshot of Lang Website with Infringments highlighted |
| 89 | Lang Agent Website Infringement | 095 ("Work 89") | VA 2-120-518 | Screenshot of Lang Website | Screenshot of Lang Website with Infringments highlighted |
| 90 | Lang Agent Website Infringement | 002b ("Work 90") | VA 2-120-518 | Screenshot of Lang Website | Screenshot of Lang Website with Infringments highlighted |
| 91 | Lang Agent Website Infringement | Presidential Place beach aerial a 2009 AAP ("Work 91") | VA 2-098-016 | Screenshot of Lang Website | Side-by-Side Infringement Comparison |
| 92 | Lang Agent Website Infringement | Clarendon ("Work 92") | VA 1-945-701 | Screenshot of Lang Website | Side-by-Side Infringement Comparison |
| 93 | Lang Agent Website Infringement | Clarendon ("Work 93") | VA 1-953-574 | Screenshot of Lang Website | Side-by-Side Infringement Comparison |
| 94 | Lang Agent Website Infringement | 1003 Rhodes Villa Rd nite boat pool 2013 AAP ("Work 94") | VA 2-104-320 | Screenshot of Lang Website | Screenshot of Lang Website with Infringments highlighted |
| 95 | Lang Agent Website Infringement | 003a ("Work 95") | VA 2-120-011 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringement Comparison |

Affordable Aerial Photography v. Lang Realy
Exhibit A

| Exhibit | Type of Infringement | Subsection A: Original Title of Work ("Work #") | Subsection B: Registration No. | Subsection C: Screenshot of Infringement | Sebsection D |
|---|---|---|---|---|---|
| 96 | Lang Agent Website Infringement | 004c ("Work 96") | VA 2-120-011 | Screenshot of Lang Website with infringements highlighted | Side-by-Side Infringement Comparison |
| 97 | Lang Agent Website Infringement | 959 Bolender Dr aerial white lines 2011 AAP, Mar. 14, 2011 ("Work 97") | VA 2-079-809 | Screenshot of Lang Website | Side-by-Side Infringement Comparison |
| 98 | Lang Agent Website Infringement | 86 Mac Farlane Dr. 2016 AAP a ("Work 98") | VA 2-118-212 | Screenshot of Lang Website with infringements highlighted | Side-by-Side Infringement Comparison |
| 99 | Lang Agent Website Infringement | 86 Mac Farlane Dr. 2016 AAP c ("Work 99") | VA 2-118-212 | Screenshot of Lang Website with infringements highlighted | Side-by-Side Infeingement Comparison |
| 100 | Lang Agent Website Infringement | 86 Mac Farlane Dr. 2016 AAP e ("Work 100") | VA 2-118-212 | Screenshot of Lang Website with infringements highlighted | Side-by-Side Infringement Comparison |
| 101 | Lang Agent Website Infringement | 004a ("Work 101") | VA 2-120-518 | Screenshot of Lang Website with infringements highlighted | Side-by-Side Infringemen Comparison |
| 102 | Lang Agent Website Infringement | 0002 (Copy) (1) ("Work 102") | VA 2-120-020 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringement Comparison |
| 103 | Lang Agent Website Infringement | 0003 (Copy) ("Work 103") | VA 2-120-020 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringement Comparison |
| 104 | Lang Agent Website Infringement | 01a ("Work 104") | VA 1-947-093 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringement Comparison |
| 105 | Lang Agent Website Infringement | 42 ("Work 105") | VA 1-947-093 | Screenshot of Lang Website with Infringments highlighted | Side-by-Side Infringement Comparison |
| 106 | Lang Agent Website Infringement | 46 ("Work 106") | VA 1-947-093 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringement Comparison |
| 107 | Lang Agent Website Infringement | 44 ("Work 107") | VA 1-937-093 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringement Comparison |
| 108 | Lang Agent Website Infringement | 004 ("Work 108") | VA 2-120-518 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |
| 109 | Lang Agent Website Infringement | 02 ("Work 109") | VA 2-120-020 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |
| 110 | Lang Agent Website Infringement | les jardins clubhouse 2014 ("Work 110") | VA 1-939-561 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |
| 111 | Lang Agent Website Infringement | 031 (Work 111") | Pending | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |
| 112 | Lang Agent Website Infringement | Trump Plaza aerial c 2009 AAP | VA 2-100-943 | Screensht of Lang Website with Infringements highlighted | Original Photo with Copyright |
| 113 | Lang Agent Website Infringement | Excelsior Boca Raton aerial b 2012 AAP ("Work 113") | VA 1-967-114 | Screensht of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |
| 114 | Lang Agent Website Infringement | 04 ("Work 114") | VA 2-120-017 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |
| 115 | Lang Agent Website Infringement | 003 (1) ("Work 115") | VA 2-120-513 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |

Affordable Aerial Photography v. Lang Realy

Exhibit A

| Exhibit | Type of Infringement | Subsection A: Original Title of Work ("Work #") | Subsection B: Registration No. | Subsection C: Screenshot of Infringement | Sebsection D |
|---|---|---|---|---|---|
| 116 | Lang Agent Website Infringement | 007 ("Work 116") | VA 2-120-011 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |
| 117 | Lang Agent Website Infringement | 003b ("Work 117") | VA 2-120-011 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |
| 118 | Lang Agent Website Infringement | Downtown West Palm Beach ("Work 118") | VA 1-850-334 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |
| 119 | Lang Agent Website Infringement | Toscana Highland Beach ("Work 119") | VA 1-896-869 | Screenshot of Lang Website with Infringements highlighted | Screenshot of Lang Website with Infringements highlighted |
| 120 | Lang Agent Website Infringement | Delray Beach aerial 3 2011 AAP copy ("Work 120") | VA 2-104-317 | Screenshot of Lang Website with Infringements highlighted | Side-by-Side Infringment Comparison |
| 121 | Lang Agent Website Infringement | 372 Regatta Dr night pool 2013 AAP ("Work 121") | Pending | Screenshot with infringements highlighted | Side-by-Side Infringment Comparison |
| 122 | Lang Agent Website Infringement | Gulf Stream aerial north 2011 AAP ("Work 122") | VA 2-104-317 | Screenshot of Lang Website with Ingfringements highlighted | Page Capture of Lang Website with infringement highlighted |
| 123 | Lang Agent Website Infringement | 955 Inigo Pt d ("Work 123") | VA 2-104-318 | Screenshot of Lang Website with Ingfringements highlighted | Page Capture of Lang Website with infringement highlighted |
| 124 | Lang Agent Website Infringement | Delray aerial two boats white roof and arrow 2008 AAP ("Work 124") | VA 2-099-658 | Screenshot of Lang Agent Website | Side-bySide Infringement Comparison |
| 125 | Lang Agent Website Infringement | 121 NE 1st Ave ("Work 125") | VA 2-104-318 | Screenshot with infringements highlighted | Side-by-Side Infringment Comparison |
| 126 | Lang Agent Website Infringement | 121 NE 1st Ave ("Work 126") | VA 2-104-318 | Screenshot with infringements highlighted | Side-by-Side Infringment Comparison |
| 127 | Lang Agent Website Infringement | 121 NE 1st Ave ("Work 127") | VA 2-104-318 | Screenshot with infringements highlighted | Side-by-Side Infringment Comparison |
| 128 | Lang Agent Website Infringement | 121 NE 1st Ave ("Work 128") | VA 2-104-318 | Screenshot with infringements highlighted | Side-by-Side Infringment Comparison |
| 129 | Lang Agent Website Infringement | 112 N Dixie B ("Work 129") | VA 2-075-528 | Screenshot with infringements highlighted | Side-by-Side Infringment Comparison |
| 130 | Lang Agent Website Infringement | 112 N Dixie B ("Work 130") | VA 2-075-528 | Screenshot with infringements highlighted | Side-by-Side Infringment Comparison |
| 131 | Lang Agent Website Infringement | 112 N Dixie B ("Work 131") | VA 2-075-528 | Screenshot with infringements highlighted | Side-by-Side Infringment Comparison |
| 132 | Lang Agent Website Infringement | 112 N Dixie B ("Work 132") | VA 2-075-528 | Screenshot with infringements highlighted | Side-by-Side Infringment Comparison |
| 133 | Lang Agent Website Infringement | 112 N Dixie B ("Work 133") | VA 2-075-528 | Screenshot with infringements highlighted | Side-by-Side Infringment Comparison |

Affordable Aerial Photography v. Lang Realy

Exhibit A

| Exhibit | Type of Infringement | Subsection A: Original Title of Work ("Work #") | Subsection B: Registration No. | Subsection C: Screenshot of Infringement | Sebsection D |
|---|---|---|---|---|---|
| 134 | Lang Website Infringement | Tesoro Club Aerial B 2009 AAP, Jun. 20, 2009 ("Work 134") | VA 1-967-719 | Screentshot of Lang Website | Side-by-Side Infringement Comparison |
| 135 | Lang Website Infringement | Evergrene aerial a/e 2013 AAP ("Work 135") | VA 1-967-718 | Screenshot of Lang Website | Side-by-Side Infringement Comparison |