# EXHIBIT B

# Exhibit 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**EXHIBIT 1-B**

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 18, 2015 to December 15, 2015

## Title
_____

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC.<br>1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | June 21, 2018 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Lesle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: January 18, 2015 to December 15, 2015

### Title _____

---

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication _____



| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |



Page 1 of 2



  SEARCH ⌄   SERVICES ⌄   COMMUNITIES ⌄   MARKETING ⌄   ABOUT ⌄   CONTACT ⌄   877.357.0618

CONNECT

# Bridle Path Real Estate

Luxurious Wellington Estate Homes



 Share

## Bridle Path Homes for Sale

| All Listings | Over $1,000,000 |
|---|---|

Get Pre-Qualified loanDepot







## *side by side photo comparisons*



# Exhibit 2



©AAP 2012 all rights reserved

EXHIBIT
2-A

# Certificate of Registration



**EXHIBIT**

**2-B**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tegle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-315

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 12, 2012 to November 27, 2012

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Selected 2012 Photographs N16 Including 209 Bears Club living room and Others Case Number 1-6470045913 |
| **Number of Photographs in Group:** | 9 |
| • **Individual Photographs:** | 209 Bears Club living room AAP, 3175 Cove Rd low balloon aerial 2012 AAP |
| **Published:** | January 2012 |
| • **Individual Photographs:** | 12032 East End Rd aerial Lost Tree  2012 AAP |
| **Published:** | March 2012 |
| • **Individual Photographs:** | Ritz Singer Island balcony two chairs white orchid 2012 AAP |
| **Published:** | August 2012 |
| • **Individual Photographs:** | Frenchmans Reserve Golf AAP 2012, Sailfish Cove Aerial Sign AAP 2012 |
| **Published:** | October 2012 |
| • **Individual Photographs:** | 2960 Polo Dr aerial 2012 AAP, 176 Spyglass pool 2012 AAP, Sailfish Cove Sign AAP 2012 |
| **Published:** | November 2012 |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | January 12, 2012 |
| **Latest Publication Date in Group:** | November 27, 2012 |
| **Nation of First Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   April 08, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tugh*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-104-315

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 12, 2012 to November 27, 2012

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2012 Photographs N16 Including 209 Bears Club living room and Others Case Number 1-6470045913 |
| **Number of Photographs in Group:** | 9 |
| • **Individual Photographs: Published:** | 209 Bears Club living room AAP, 3175 Cove Rd low balloon aerial 2012 AAP January 2012 |
| • **Individual Photographs: Published:** | 12032 East End Rd aerial Lost Tree  2012 AAP March 2012 |
| • **Individual Photographs: Published:** | Ritz Singer Island balcony two chairs white orchid 2012 AAP August 2012 |
| • **Individual Photographs: Published:** | Frenchmans Reserve Golf AAP 2012, Sailfish Cove Aerial Sign AAP 2012 October 2012 |
| • **Individual Photographs: Published:** | 2960 Polo Dr aerial 2012 AAP, 176 Spyglass pool 2012 AAP, Sailfish Cove Sign AAP 2012 November 2012 |



## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | January 12, 2012 |
| **Latest Publication Date in Group:** | November 27, 2012 |
| **Nation of First Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Page 1 of 2

EXHIBIT
2-C





LANGREALTY

877.357.0618

CONNECT

# Polo Cove

Estate Homes in Gulf Stream



G+ Share

Polo Cove Homes For Sale

| All Listings | Over $1,000,000 |
|---|---|

Get Pre-Qualified *loanDepot*

EXHIBIT
2-D

## side by side photo comparisons



*original photo*

*cropped*

*cropped*

*copyright management information*

EXHIBIT

**2-E**

# Exhibit

# 3



©AAP 2014 all rights reserved

EXHIBIT

3-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**EXHIBIT 3-B**

**Registration Number**

## VA 1-967-115

**Effective Date of Registration:**
July 23, 2015

---

## Title

**Title of Work:** Group Registration Photos, Selected 2014 Photographs Including Royal Park Bridge, Ritz Carlton, Jupiter Lighthouse, Breakers and Others, published Jan. 11, 2014 to Oct. 22, 2014; 39 photos

**Content Title:** Royal Park Bridge Race for the Cure A 2014 AAP, Jan. 11, 2014; Royal Park Bridge Race for the Cure C 2014 AAP, Jan. 11, 2014; Royal Park Bridge Race for the Cure B 2014 AAP, Jan. 11, 2014; 175 Ocean Key Way aerial 2014 AAP, Jan. 12, 2014; Manatee and Calf 2014 AAP, Jan. 23, 2014; Waterview Towers Docks 2014 AAP, Feb. 3, 2014; Marina Grande X 2014 AAP, Feb. 12, 2014; 4001 North Ocean Building A 2014 AAP, Feb. 16, 2014; Old Key Lime House Lantana A 2014, Feb. 16, 2014; Presidential Place Boca Raton A 2014 AAP, Mar. 1, 2014; Ritz unit 2000 entrance 2014, Mar. 4, 2014; Ritz unit 2000 living b 2014, Mar. 4, 2014; Ritz unit 2000 living a 2014, Mar. 4, 2014; Ritz unit 2000 dinning a 2014, Mar. 4, 2014; Ritz unit 2000 living c 2014, Mar. 4, 2014; Ritz unit 2000 dinning b 2014, Mar. 4, 2014; Ritz unit 2000 kitchen b 2014, Mar. 4, 2014; Ritz unit 2000 kitchen a 2014, Mar. 4, 2014; Ritz unit 2000 master bedroom b 2014, Mar. 4, 2014; Ritz unit 2000 bath a 2014, Mar. 4, 2014; Ritz unit 2000 bath d 2014, Mar. 4, 2014; Ritz unit 2000 bath b 2014, Mar. 4, 2014; Ritz unit 2000 master bedroom a 2014, Mar. 4, 2014; Ritz unit 2000 movie room 2014, Mar. 4, 2014; Ritz unit 2000 bed a 2014, Mar. 4, 2014; Ritz unit 2000 bed b 2014, Mar. 4, 2014; Ritz unit 2000 bath c 2014, Mar. 4, 2014; Ritz unit 2000 balcony a 2014, Mar. 4, 2014; Ritz unit 2000 balcony b 2014, Mar. 4, 2014; Ritz unit 2000 bath e 2014, Mar. 4, 2014; Ritz unit 2000 balcony c 2014, Mar. 4, 2014; Ritz Carlton lobby A 2014 AAP, Mar. 12, 2014; Jupiter Lighthouse at dusk 2014 AAP, Mar. 16, 2014; Jupiter Lighthouse hidden moon 2014 AAP, Mar. 16, 2014; Breakers Hotel aerial B 2014 AAP, Apr. 9, 2014; Breakers West aerial A 2014 AAP, Apr. 25, 2014; Downtown at the Gardens Mall aerial 2014 AAP, May. 14, 2014; Trianon Building aerial C 2014 AAP, Sept. 5, 2014; Trump Plaza aerial a 2014 AAP, Oct. 22, 2014;

---

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 11, 2014
**Nation of 1st Publication:** United States

---

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photograph
  **Work made for hire:** Yes

Page 1 of 2

**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   July 23, 2015

**Copyright Office notes:**   Basis for Registration: Registered as a group of pubiished photographs



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-967-115

**Effective Date of Registration:**
July 23, 2015

---

## Title

**Title of Work:** Group Registration Photos, Selected 2014 Photographs Including Royal Park Bridge, Ritz Carlton, Jupiter Lighthouse, Breakers and Others, published Jan. 11, 2014 to Oct. 22, 2014; 39 photos



**Content Title:** Royal Park Bridge Race for the Cure A 2014 AAP, Jan. 11, 2014; Royal Park Bridge Race for the Cure C 2014 AAP, Jan. 11, 2014; Royal Park Bridge Race for the Cure B 2014 AAP, Jan. 11, 2014; 175 Ocean Key Way aerial 2014 AAP, Jan. 12, 2014; Manatee and Calf 2014 AAP, Jan. 23, 2014; Waterview Towers Docks 2014 AAP, Feb. 3, 2014; Marina Grande X 2014 AAP, Feb. 12, 2014; 4001 North Ocean Building A 2014 AAP, Feb. 16, 2014; Old Key Lime House Lantana A 2014, Feb. 16, 2014; Presidential Place Boca Raton A 2014 AAP, Mar. 1, 2014; Ritz unit 2000 entrance 2014, Mar. 4, 2014; Ritz unit 2000 living b 2014, Mar. 4, 2014; Ritz unit 2000 living a 2014, Mar. 4, 2014; Ritz unit 2000 dinning a 2014, Mar. 4, 2014; Ritz unit 2000 living c 2014, Mar. 4, 2014; Ritz unit 2000 dinning b 2014, Mar. 4, 2014; Ritz unit 2000 kitchen b 2014, Mar. 4, 2014; Ritz unit 2000 kitchen a 2014, Mar. 4, 2014; Ritz unit 2000 master bedroom b 2014, Mar. 4, 2014; Ritz unit 2000 bath a 2014, Mar. 4, 2014; Ritz unit 2000 bath d 2014, Mar. 4, 2014; Ritz unit 2000 bath b 2014, Mar. 4, 2014; Ritz unit 2000 master bedroom a 2014, Mar. 4, 2014; Ritz unit 2000 movie room 2014, Mar. 4, 2014; Ritz unit 2000 bed a 2014, Mar. 4, 2014; Ritz unit 2000 bed b 2014, Mar. 4, 2014; Ritz unit 2000 bath c 2014, Mar. 4, 2014; Ritz unit 2000 balcony a 2014, Mar. 4, 2014; Ritz unit 2000 balcony b 2014, Mar. 4, 2014; Ritz unit 2000 bath e 2014, Mar. 4, 2014; Ritz unit 2000 balcony c 2014, Mar. 4, 2014; Ritz Carlton lobby A 2014 AAP, Mar. 12, 2014; Jupiter Lighthouse at dusk 2014 AAP, Mar. 16, 2014; Jupiter Lighthouse hidden moon 2014 AAP, Mar. 16, 2014; Breakers Hotel aerial B 2014 AAP, Apr. 9, 2014; Breakers West aerial A 2014 AAP, Apr. 25, 2014; Downtown at the Gardens Mall aerial 2014 AAP, May. 14, 2014; Trianon Building aerial C 2014 AAP, Sept. 5, 2014; Trump Plaza aerial a 2014 AAP, Oct. 22, 2014;

---

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 11, 2014
**Nation of 1st Publication:** United States

---

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photograph
  **Work made for hire:** Yes

EXHIBIT
3-C



## 4001 North Ocean Condos

New Construction Oceanfront Condos in Gulf Stream



### 4001 North Ocean Condos For Sale

### Residence Features

### Building features and amenities

### Want to learn more about 4001 North Ocean Condominiums in Gulf Stream, FL?

### Register Now for Exclusive Benefits



**LANG**REALTY

877.357.0618

## 4001 North Ocean Condos

New Construction Oceanfront Condos In Gulf Stream



Get Pre-Qualified loanDepot

4001 North Ocean is a new construction oceanfront condominium building located in the exclusive Town of Gulf Stream, Florida. Situated along 300 feet of private oceanfront, the ocean enclave of 4001 North Ocean offers classically modern architecture blended beautifully with the tropical environment. Owners will enjoy a distinguished address enhanced by the latest technological advancements in design, engineering and sophisticated building practices. Comprised of thirty-four (34) Tower



# side by side photo comparisons



cropped

cropped

Get Pre-Qualified loanDepot

**My Original Photo**

**Copyright Management Information Removed**

EXHIBIT
**3-E**

# Exhibit

# 4



EXHIBIT

4-A

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-997-096

**Effective Date of Registration:**
October 08, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2015 Photos Part B1 Including 18
Eleuthera, 256 Tradewind, 1404 N Lake Way and Others, published May. 20,
2015 to Sept. 29, 2015; 514 photos

**Content Title:** 18 Eleuthera Dr 2015 AAP 1, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 2,
Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 3, Sept. 28, 2015; 18 Eleuthera Dr
2015 AAP 4, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 5, Sept. 28, 2015; 18
Eleuthera Dr 2015 AAP 6, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 7, Sept.
28, 2015; 18 Eleuthera Dr 2015 AAP 8, Sept. 28, 2015; 18 Eleuthera Dr 2015
AAP 9, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 10, Sept. 28, 2015; 18
Eleuthera Dr 2015 AAP 11, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 12,
Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 13, Sept. 28, 2015; 18 Eleuthera Dr
2015 AAP 14, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 15, Sept. 28, 2015;

18 Eleuthera Dr 2015 AAP 16, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 17,
Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 18, Sept. 28, 2015; 18 Eleuthera Dr
2015 AAP 19, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 20, Sept. 28, 2015; 18
Eleuthera Dr 2015 AAP 21, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 22,
Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 23, Sept. 28, 2015; 18 Eleuthera Dr
2015 AAP 24, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 25, Sept. 28, 2015; 18
Eleuthera Dr 2015 AAP 26, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 27,
Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 28, Sept. 28, 2015; 18 Eleuthera Dr
2015 AAP 29, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 30, Sept. 28, 2015; 18
Eleuthera Dr 2015 AAP 31, Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 32,
Sept. 28, 2015; 18 Eleuthera Dr 2015 AAP 33, Sept. 28, 2015; 18 Eleuthera Dr
2015 AAP 34, Sept. 28, 2015; 128 Lakewood Rd aerial 4 AAP, Sept. 28, 2015;
138 Commodore Dr aerial a AAP, Sept. 28, 2015; 138 Commodore Dr aerial b
AAP, Sept. 28, 2015; 201 Banyan Rd aerial x AAP, Sept. 28, 2015; 201 Banyan
Rd aerial z AAP, Sept. 28, 2015; 225 Arabian Rd 2015 AAP 1, Sept. 28, 2015;

225 Arabian Rd 2015 AAP 2, Sept. 28, 2015; 225 Arabian Rd 2015 AAP 3,
Sept. 28, 2015; 225 Arabian Rd 2015 AAP 4, Sept. 28, 2015; 225 Arabian Rd
2015 AAP 5, Sept. 28, 2015; 225 Arabian Rd 2015 AAP 6, Sept. 28, 2015; 225
Arabian Rd 2015 AAP 7, Sept. 28, 2015; 225 Arabian Rd 2015 AAP 8, Sept.
28, 2015; 225 Arabian Rd 2015 AAP 9, Sept. 28, 2015; 225 Arabian Rd 2015
AAP 10, Sept. 28, 2015; 225 Arabian Rd 2015 AAP 11, Sept. 28, 2015; 225
Arabian Rd 2015 AAP 12, Sept. 28, 2015; 225 Arabian Rd 2015 AAP 13, Sept.
28, 2015; 225 Arabian Rd 2015 AAP 14, Sept. 28, 2015; 225 Arabian Rd 2015
AAP 15, Sept. 28, 2015; 225 Arabian Rd 2015 AAP 16, Sept. 28, 2015; 225
Arabian Rd 2015 AAP 17, Sept. 28, 2015; 225 Arabian Rd 2015 AAP 18, Sept.
28, 2015; 225 Arabian Rd 2015 AAP 19, Sept. 28, 2015; 241 Plymouth 2015
AAP 1, Sept. 28, 2015; 241 Plymouth 2015 AAP 2, Sept. 28, 2015; 241
Plymouth 2015 AAP 3, Sept. 28, 2015; 241 Plymouth 2015 AAP 4, Sept. 28,

2015; 241 Plymouth 2015 AAP 5, Sept. 28, 2015; 241 Plymouth 2015 AAP 6, Sept. 28, 2015; 241 Plymouth 2015 AAP 7, Sept. 28, 2015; 241 Plymouth 2015 AAP 8, Sept. 28, 2015; 241 Plymouth 2015 AAP 9, Sept. 28, 2015; 241 Plymouth 2015 AAP 10, Sept. 28, 2015;

241 Plymouth 2015 AAP 11, Sept. 28, 2015; 241 Plymouth 2015 AAP 12, Sept. 28, 2015; 241 Plymouth 2015 AAP 13, Sept. 28, 2015; 241 Plymouth 2015 AAP 14, Sept. 28, 2015; 241 Plymouth 2015 AAP 15, Sept. 28, 2015; 241 Plymouth 2015 AAP 16, Sept. 28, 2015; 241 Plymouth 2015 AAP 17, Sept. 28, 2015; 241 Plymouth 2015 AAP 18, Sept. 28, 2015; 241 Plymouth 2015 AAP 19, Sept. 28, 2015; 241 Plymouth 2015 AAP 20, Sept. 28, 2015; 241 Plymouth 2015 AAP 21, Sept. 28, 2015; 241 Plymouth 2015 AAP 22, Sept. 28, 2015; 241 Plymouth 2015 AAP 23, Sept. 28, 2015; 241 Plymouth 2015 AAP 24, Sept. 28, 2015; 241 Plymouth 2015 AAP 25, Sept. 28, 2015; 241 Plymouth 2015 AAP 26, Sept. 28, 2015;

256 Tradewind 2015 AAP 1, Jun. 18, 2015; 256 Tradewind 2015 AAP 2, Jun. 18, 2015; 256 Tradewind 2015 AAP 3, Jun. 18, 2015; 256 Tradewind 2015 AAP 4, Jun. 18, 2015; 256 Tradewind 2015 AAP 5, Jun. 18, 2015; 256 Tradewind 2015 AAP 6, Jun. 18, 2015; 256 Tradewind 2015 AAP 7, Jun. 18, 2015; 256 Tradewind 2015 AAP 8, Jun. 18, 2015; 256 Tradewind 2015 AAP 9, Jun. 18, 2015; 256 Tradewind 2015 AAP 10, Jun. 18, 2015; 256 Tradewind 2015 AAP 11, Jun. 18, 2015; 256 Tradewind 2015 AAP 12, Jun. 18, 2015; 256 Tradewind 2015 AAP 13, Jun. 18, 2015; 256 Tradewind 2015 AAP 14, Jun. 18, 2015; 256 Tradewind 2015 AAP 15, Jun. 18, 2015; 256 Tradewind 2015 AAP 16, Jun. 18, 2015; 256 Tradewind 2015 AAP 17, Jun. 18, 2015; 256 Tradewind 2015 AAP 18, Jun. 18, 2015; 256 Tradewind 2015 AAP 19, Jun. 18, 2015; 256 Tradewind 2015 AAP 20, Jun. 18, 2015; 256 Tradewind 2015 AAP 21, Jun. 18, 2015;

256 Tradewind 2015 AAP 22, Jun. 18, 2015; 256 Tradewind 2015 AAP 23, Jun. 18, 2015; 256 Tradewind 2015 AAP 24, Jun. 18, 2015; 256 Tradewind 2015 AAP 25, Jun. 18, 2015; 256 Tradewind 2015 AAP 26, Jun. 18, 2015; 256 Tradewind 2015 AAP 27, Jun. 18, 2015; 256 Tradewind 2015 AAP 28, Jun. 18, 2015; 256 Tradewind 2015 AAP 29, Jun. 18, 2015; 256 Tradewind 2015 AAP 30, Jun. 18, 2015; 256 Tradewind 2015 AAP 31, Jun. 18, 2015; 256 Tradewind 2015 AAP 32, Jun. 18, 2015; 256 Tradewind 2015 AAP 33, Jun. 18, 2015; 256 Tradewind 2015 AAP 34, Jun. 18, 2015; 256 Tradewind 2015 AAP 35, Jun. 18, 2015; 256 Tradewind 2015 AAP 36, Jun. 18, 2015; 256 Tradewind 2015 AAP 37, Jun. 18, 2015; 256 Tradewind 2015 AAP 38, Jun. 18, 2015; 969 S Ocean Blvd aerial a 2015 AAP, Jun. 18, 2015;



969 S Ocean Blvd entrance 2015 AAP, Jun. 18, 2015; 969 S Ocean Blvd living room 2015 AAP, Jun. 18, 2015; 969 S Ocean Blvd night front 2015 AAP, Jun. 18, 2015; 969 S Ocean Blvd pool sunrise 2015 AAP, Jun. 18, 2015; 969 S Ocean Blvd sunset 2015 AAP, Jun. 18, 2015; 1275 N Ocean Blvd BR 2015 AAP, Jun. 18, 2015; 1275 N Ocean Blvd family room 2015 AAP, Jun. 18, 2015; 1275 N Ocean Blvd loggia 2015 AAP, Jun. 18, 2015; 1275 N Ocean Blvd night front a 2015 AAP, Jun. 18, 2015; 1275 N Ocean Blvd night front b 2015 AAP, Jun. 18, 2015; 1275 N Ocean Blvd off master 2015 AAP, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 1, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 2, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 3, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 4, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 5, Jun. 18, 2015;

1404 N Lake Way 2015 AAP 6, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 7, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 8, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 9, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 10, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 11, Jun. 18, 2015; 1404 N Lake Way 2015 AAP

12, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 13, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 14, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 15, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 16, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 17, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 18, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 19, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 20, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 21, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 22, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 23, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 24, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 25, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 26, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 27, Jun. 18, 2015;

1404 N Lake Way 2015 AAP 28, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 29, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 30, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 31, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 32, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 33, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 34, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 35, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 36, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 37, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 38, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 39, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 40, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 41, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 42, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 43, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 44, Jun. 18, 2015; 1404 N Lake Way 2015 AAP 45, Jun. 18, 2015;

5902 Old Ocean 2015 AAP 1, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 2, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 3, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 4, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 5, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 6, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 7, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 8, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 9, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 10, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 11, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 12, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 13, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 14, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 15, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 16, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 17, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 18, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 19, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 20, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 21, Jun. 21, 2015;

5902 Old Ocean 2015 AAP 22, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 23, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 24, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 25, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 26, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 27, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 28, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 29, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 30, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 31, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 32, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 33, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 34, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 35, Jun. 21, 2015; 6441 River Pt 2015 1, Jun. 21, 2015;

6441 River Pt 2015 2, Jun. 21, 2015; 6441 River Pt 2015 3, Jun. 21, 2015; 6441 River Pt 2015 4, Jun. 21, 2015; 6441 River Pt 2015 5, Jun. 21, 2015; 6441 River Pt 2015 6, Jun. 21, 2015; 6441 River Pt 2015 7, Jun. 21, 2015; 6441 River Pt 2015 8, Jun. 21, 2015; 6441 River Pt 2015 9, Jun. 21, 2015; 6441 River Pt 2015 10, Jun. 21, 2015; 6441 River Pt 2015 11, Jun. 21, 2015; 6441 River Pt 2015 12, Jun. 21, 2015; 6441 River Pt 2015 13, Jun. 21, 2015; 6441 River Pt 2015 14, Jun. 21, 2015; 6441 River Pt 2015 15, Jun. 21, 2015; 6441 River Pt 2015 16, Jun. 21, 2015; 6441 River Pt 2015 17, Jun. 21, 2015; 6441 River Pt 2015 18, Jun. 21, 2015; 6441 River Pt 2015 19, Jun. 21, 2015; 6441 River Pt 2015 20, Jun. 21, 2015; 6441 River Pt 2015 21, Jun. 21, 2015; 6441 River Pt 2015 22,

Jun. 21, 2015; 6441 River Pt 2015 23, Jun. 21, 2015; 6441 River Pt 2015 24, Jun. 21, 2015; 6441 River Pt 2015 25, Jun. 21, 2015; 6441 River Pt 2015 26, Jun. 21, 2015; 6441 River Pt 2015 27, Jun. 21, 2015; 6441 River Pt 2015 28, Jun. 21, 2015; 6441 River Pt 2015 29, Jun. 21, 2015; 6441 River Pt 2015 30, Jun. 21, 2015;

6441 River Pt 2015 31, Jun. 21, 2015; 6441 River Pt 2015 32, Jun. 21, 2015; 6441 River Pt 2015 33, Jun. 21, 2015; 6441 River Pt 2015 34, Jun. 21, 2015; 6441 River Pt 2015 35, Jun. 21, 2015; 6441 River Pt 2015 36, Jun. 21, 2015; 6441 River Pt 2015 37, Jun. 21, 2015; 6441 River Pt 2015 38, Jun. 21, 2015; 6441 River Pt 2015 39, Jun. 21, 2015; 6441 River Pt 2015 40, Jun. 21, 2015; 6441 River Pt 2015 41, Jun. 21, 2015; 6441 River Pt 2015 42, Jun. 21, 2015; 6441 River Pt 2015 43, Jun. 21, 2015; 6441 River Pt 2015 44, Jun. 21, 2015; 6441 River Pt 2015 45, Jun. 21, 2015; 6441 River Pt 2015 46, Jun. 21, 2015; 6441 River Pt 2015 47, Jun. 21, 2015; 6441 River Pt 2015 48, Jun. 21, 2015; 6441 River Pt 2015 49, Jun. 21, 2015; 6441 River Pt 2015 50, Jun. 21, 2015; 6441 River Pt 2015 51, Jun. 21, 2015; 6441 River Pt 2015 52, Jun. 21, 2015; 6441 River Pt 2015 53, Jun. 21, 2015; 6441 River Pt 2015 54, Jun. 21, 2015; 6441 River Pt 2015 55, Jun. 21, 2015; 6441 River Pt 2015 56, Jun. 21, 2015; 6441 River Pt 2015 57, Jun. 21, 2015; 6441 River Pt 2015 58, Jun. 21, 2015; 6441 River Pt 2015 59, Jun. 21, 2015; 6441 River Pt 2015 60, Jun. 21, 2015; 6441 River Pt 2015 61, Jun. 21, 2015; 6441 River Pt 2015 62, Jun. 21, 2015; 6441 River Pt 2015 63, Jun. 21, 2015; 6441 River Pt 2015 64, Jun. 21, 2015; 6441 River Pt 2015 65, Jun. 21, 2015; 6441 River Pt 2015 66, Jun. 21, 2015; 6441 River Pt 2015 67, Jun. 21, 2015;

6441 River Pt 2015 68, Jun. 21, 2015; 6441 River Pt 2015 69, Jun. 21, 2015; 6441 River Pt 2015 70, Jun. 21, 2015; 6441 River Pt 2015 71, Jun. 21, 2015; 6441 River Pt 2015 72, Jun. 21, 2015; 6441 River Pt 2015 73, Jun. 21, 2015; 6441 River Pt 2015 74, Jun. 21, 2015; 6441 River Pt 2015 75, Jun. 21, 2015; 6441 River Pt 2015 76, Jun. 21, 2015; 6441 River Pt 2015 77, Jun. 21, 2015; 6441 River Pt 2015 78, Jun. 21, 2015; 6441 River Pt 2015 79, Jun. 21, 2015; 6441 River Pt 2015 80, Jun. 21, 2015; 6441 River Pt 2015 81, Jun. 21, 2015; 6441 River Pt 2015 82, Jun. 21, 2015; 6441 River Pt 2015 83, Jun. 21, 2015; 6441 River Pt 2015 84, Jun. 21, 2015; 6441 River Pt 2015 85, Jun. 21, 2015; 6441 River Pt 2015 86, Jun. 21, 2015; 6441 River Pt 2015 87, Jun. 21, 2015; 6441 River Pt 2015 88, Jun. 21, 2015; 6441 River Pt 2015 89, Jun. 21, 2015; 6441 River Pt 2015 90, Jun. 21, 2015; 6441 River Pt 2015 91, Jun. 21, 2015; 6441 River Pt 2015 92, Jun. 21, 2015; 6441 River Pt 2015 93, Jun. 21, 2015; 6441 River Pt 2015 94, Jun. 21, 2015; 6441 River Pt 2015 95, Jun. 21, 2015; 6441 River Pt 2015 96, Jun. 21, 2015; 6441 River Pt 2015 97, Jun. 21, 2015; 6441 River Pt 2015 98, Jun. 21, 2015; 6441 River Pt 2015 99, Jun. 21, 2015; 6441 River Pt 2015 100, Jun. 21, 2015; 6441 River Pt 2015 101, Jun. 21, 2015; 6441 River Pt 2015 102, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 103, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 104, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 105, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 106, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 107, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 108, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 109, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 110, Jun. 21, 2015; 5902 Old Ocean 2015 AAP 111, Jun. 21, 2015;

11534 Piping Plover aerial 2015 AAP, May 20, 2015; 11534 Piping Plover living 2015 AAP, May 20, 2015; 11534 Piping Plover pool 2015 AAP, May 20, 2015; 11534 Piping Plover porch 2015 AAP, May 20, 2015; 11606 Charisma Way dinning 2015 AAP, May 20, 2015; 11606 Charisma Way movie 2015 AAP, May 20, 2015; 11804 SE Laurel AAP 14, May 20, 2015; 11804 SE Laurel AAP 15, May 20, 2015; 11804 SE Laurel AAP 16, May 20, 2015; 11804 SE Laurel AAP 17, May 20, 2015; 11804 SE Laurel AAP 18, May 20, 2015; 11804 SE Laurel AAP 19, May 20, 2015; 11804 SE Laurel AAP 20, May 20, 2015;



11804 SE Laurel AAP 21, May 20, 2015; 11804 SE Laurel AAP 22, May 20, 2015; 11804 SE Laurel AAP 23, May 20, 2015; 11804 SE Laurel AAP 24, May 20, 2015; 11804 SE Laurel AAP 25, May 20, 2015; 11804 SE Laurel AAP 26, May 20, 2015; 11804 SE Laurel AAP 27, May 20, 2015; 11804 SE Laurel AAP 28, May 20, 2015; 11804 SE Laurel AAP 29, May 20, 2015; 11804 SE Laurel AAP 30, May 20, 2015; 11804 SE Laurel AAP 31, May 20, 2015; 11804 SE Laurel AAP 32, May 20, 2015; 17168 Cassava Way  2015 AAP 9, May 20, 2015; 17168 Cassava Way  2015 AAP 10, May 20, 2015; 17168 Cassava Way 2015 AAP 11, May 20, 2015; 17168 Cassava Way  2015 AAP 12, May 20, 2015; 17168 Cassava Way  2015 AAP 13, May 20, 2015; 17168 Cassava Way 2015 AAP 14, May 20, 2015; 17168 Cassava Way  2015 AAP 15, May 20, 2015; 17168 Cassava Way  2015 AAP 16, May 20, 2015; 17168 Cassava Way 2015 AAP 17, May 20, 2015; 17168 Cassava Way  2015 AAP 18, May 20, 2015; 17168 Cassava Way  2015 AAP 19, May 20, 2015; 17168 Cassava Way 2015 AAP 20, May 20, 2015; 17168 Cassava Way  2015 AAP 21, May 20, 2015; 17168 Cassava Way  2015 AAP 22, May 20, 2015; 17168 Cassava Way 2015 AAP 23, May 20, 2015; 17168 Cassava Way  2015 AAP 24, May 20, 2015;

17168 Cassava Way  2015 AAP 25, May 20, 2015; 17168 Cassava Way  2015 AAP 26, May 20, 2015; 17168 Cassava Way  2015 AAP 27, May 20, 2015; 17168 Cassava Way  2015 AAP 28, May 20, 2015; 17168 Cassava Way  2015 AAP 29, May 20, 2015; 17168 Cassava Way  2015 AAP 30, May 20, 2015; 17168 Cassava Way  2015 AAP 31, May 20, 2015; 17168 Cassava Way  2015 AAP 32, May 20, 2015; 17168 Cassava Way  2015 AAP 33, May 20, 2015; 17168 Cassava Way  2015 AAP 34, May 20, 2015; 17168 Cassava Way  2015 AAP 35, May 20, 2015; 17168 Cassava Way  2015 AAP 36, May 20, 2015; 17168 Cassava Way  2015 AAP 37, May 20, 2015; 17168 Cassava Way  2015 AAP 38, May 20, 2015; 17168 Cassava Way  2015 AAP 39, May 20, 2015; 17168 Cassava Way  2015 AAP 40, May 20, 2015; 17168 Cassava Way  2015 AAP 41, May 20, 2015; 17168 Cassava Way  2015 AAP 42, May 20, 2015; 17168 Cassava Way  2015 AAP 43, May 20, 2015; 17168 Cassava Way  2015 AAP 44, May 20, 2015; 17168 Cassava Way  2015 AAP 45, May 20, 2015; 17168 Cassava Way  2015 AAP 46, May 20, 2015; 17168 Cassava Way  2015 AAP 47, May 20, 2015; 17168 Cassava Way  2015 AAP 48, May 20, 2015; 17168 Cassava Way  2015 AAP 49, May 20, 2015; 17168 Cassava Way  2015 AAP 50, May 20, 2015; 17168 Cassava Way  2015 AAP 51, May 20, 2015; 17168 Cassava Way  2015 AAP 52, May 20, 2015; 17168 Cassava Way  2015 AAP 53, May 20, 2015; Beach Front Singer 2015 AAP 7, May 20, 2015; Beach Front Singer 2015 AAP 8, May 20, 2015;

Beach Front Singer 2015 AAP 9, May 20, 2015; Beach Front Singer 2015 AAP 10, May 20, 2015; Beach Front Singer 2015 AAP 11, May 20, 2015; Beach Front Singer 2015 AAP 12, May 20, 2015; Beach Front Singer 2015 AAP 13, May 20, 2015; Beach Front Singer 2015 AAP 14, May 20, 2015; Beach Front Singer 2015 AAP 15, May 20, 2015; Juno Beach sign 2015 AAP, May 20, 2015; Ocean Royale Juno 2015 AAP 2, May 20, 2015; Ocean Royale Juno 2015 AAP 11, May 20, 2015; Ocean Royale Juno 2015 AAP 12, May 20, 2015; Ocean Royale Juno 2015 AAP 13, May 20, 2015; Ocean Royale Juno 2015 AAP 14, May 20, 2015; Ocean Royale Juno 2015 AAP 15, May 20, 2015; Ocean Royale Juno 2015 AAP 16, May 20, 2015; Ocean Royale Juno 2015 AAP 17, May 20, 2015; Ocean Royale Juno 2015 AAP 18, May 20, 2015; Ocean Royale Juno 2015 AAP 19, May 20, 2015; Ocean Royale Juno 2015 AAP 20, May 20, 2015; Ocean Royale Juno 2015 AAP 21, May 20, 2015; Ocean Royale Juno 2015 AAP 22, May 20, 2015; PGA National 2015 AAP, May 20, 2015; The Landings Delray 2015 AAP 6, May 20, 2015; The Landings Delray 2015 AAP 7, May 20, 2015; The Landings Delray 2015 AAP 8, May 20, 2015; The Landings Delray 2015 AAP 9, May 20, 2015; Waterfront Juno aerial

a 2015 AAP, May 20, 2015; Waterfront Juno aerial b 2015 AAP, May 20, 2015; Waterfront Juno aerial c 2015 AAP, May 20, 2015; Waterfront Juno fitness 2015 AAP, May 20, 2015; Waterfront Juno game room a 2015 AAP, May 20, 2015; Waterfront Juno game room b 2015 AAP, May 20, 2015; Waterfront Juno lobby 2015 AAP, May 20, 2015; Waterfront Juno pool a 2015 AAP, May 20, 2015; Waterfront Juno pool b 2015 AAP, May 20, 2015; Waterfront Juno pool c 2015 AAP, May 20, 2015; Waterfront Juno pool d 2015 AAP, May 20, 2015; Waterfront Juno pool e 2015 AAP, May 20, 2015;

2770 Building aerial h 2015 AAP, Sept. 29, 2015; 2770 S Ocean Blvd, Tennis Court, Sept. 29, 2015; 4001 Building sunset a 2015 AAP, Sept. 29, 2015; 4100 N Ocean Blvd sunset 2015 AAP, Tennis Court, Sept. 29, 2015; 11804 SE Laurel AAP 1, Sept. 29, 2015; 11804 SE Laurel AAP 2, Sept. 29, 2015; 11804 SE Laurel AAP 3, Sept. 29, 2015; 11804 SE Laurel AAP 4, Sept. 29, 2015; 11804 SE Laurel AAP 5, Sept. 29, 2015; 11804 SE Laurel AAP 6, Sept. 29, 2015; 11804 SE Laurel AAP 7, Sept. 29, 2015; 11804 SE Laurel AAP 8, Sept. 29, 2015; 11804 SE Laurel AAP 9, Sept. 29, 2015; 11804 SE Laurel AAP 10, Sept. 29, 2015; 11804 SE Laurel AAP 11, Sept. 29, 2015; 11804 SE Laurel AAP 12, Sept. 29, 2015; 11804 SE Laurel AAP 13, Sept. 29, 2015; 17168 Cassava Way 2015 AAP 1, Sept. 29, 2015; 17168 Cassava Way  2015 AAP 2, Sept. 29, 2015; 17168 Cassava Way  2015 AAP 3, Sept. 29, 2015; 17168 Cassava Way  2015 AAP 4, Sept. 29, 2015; 17168 Cassava Way  2015 AAP 5, Sept. 29, 2015; 17168 Cassava Way  2015 AAP 6, Sept. 29, 2015; 17168 Cassava Way  2015 AAP 7, Sept. 29, 2015; 17168 Cassava Way  2015 AAP 8, Sept. 29, 2015; 17168 Cassava Way  2015 AAP 52, Sept. 29, 2015; 17168 Cassava Way  2015 AAP 54, Sept. 29, 2015;

Beach Front Singer 2015 AAP 1, Sept. 29, 2015; Beach Front Singer 2015 AAP 2, Sept. 29, 2015; Beach Front Singer 2015 AAP 3, Sept. 29, 2015; Beach Front Singer 2015 AAP 4, Sept. 29, 2015; Beach Front Singer 2015 AAP 5, Sept. 29, 2015; Beach Front Singer 2015 AAP 6, Sept. 29, 2015; Eastpointe aerial a 2015 AAP, Sept. 29, 2015; Eastpointe II aerial b 2015 AAP, Sept. 29, 2015; Eastpointe II aerial c 2015 AAP, Sept. 29, 2015; Harbourside Place Sunset 2015 AAP, Sept. 29, 2015; Juno Beach pier 2015 g AAP, Sept. 29, 2015; Juno Beach pier 2015 h AAP, Sept. 29, 2015; Juno Beach Pier k 2015 AAP, Sept. 29, 2015; Juno Isles sign 2015 AAP, Sept. 29, 2015; Jupiter Lighthouse painted 2015 AAP, Sept. 29, 2015; Jupiter Lighthouse sunrise aerial 2015 AAP, Sept. 29, 2015; Le Jardins sign 2015 AAP, Sept. 29, 2015; Ocean Royale Juno 2015 AAP 1, Sept. 29, 2015; Ocean Royale Juno 2015 AAP 3, Sept. 29, 2015; Ocean Royale Juno 2015 AAP 4, Sept. 29, 2015; Ocean Royale Juno 2015 AAP 5, Sept. 29, 2015; Ocean Royale Juno 2015 AAP 6, Sept. 29, 2015; Ocean Royale Juno 2015 AAP 7, Sept. 29, 2015; Ocean Royale Juno 2015 AAP 8, Sept. 29, 2015; Ocean Royale Juno 2015 AAP 9, Sept. 29, 2015; Ocean Royale Juno 2015 AAP 10, Sept. 29, 2015; Ocean Royale Juno 2015 AAP 20, Sept. 29, 2015;

Ocean Royale Juno 2015 AAP 21, Sept. 29, 2015; Ocean Trail Way sunrise 2015 AAP, Sept. 29, 2015; Old Port Cove 2015 d, Sept. 29, 2015; Old Port Cove Gym AAP 2015 a, Sept. 29, 2015; Old Port Cove Lobby AAP 2015 a, Sept. 29, 2015; Old Port Cove Lobby AAP 2015 b, Sept. 29, 2015; Old Port Cove Lobby AAP 2015 c, Sept. 29, 2015; Old Port Cove sign 2015 AAP, Sept. 29, 2015; Old Port Cove sunrise e 2015 AAP, Sept. 29, 2015; Old Port Cove sunrise f 2015 AAP, Sept. 29, 2015; Old Port Cove sunrise g 2015 AAP, Sept. 29, 2015; Old Port Cove sunrise h 2015 AAP, Sept. 29, 2015; Old Port Cove sunrise i 2015 AAP, Sept. 29, 2015; Old Port Cove sunrise j 2015 AAP, Sept. 29, 2015; Olivera Mirasol sign 2015 AAP, Sept. 29, 2015; Palm Beach Par 3 Golf Course Clubhouse A 2015 AAP, Sept. 29, 2015; Par 3 Golf putters 2015 AAP, Sept. 29, 2015; Par 3 Golf S Palm Beach 2015 AAP, Sept. 29, 2015; The

Isles sign 2015 AAP, Sept. 29, 2015; The Isles tennis 2015 AAP, Sept. 29, 2015; The Landings Delray 2015 AAP 1, Sept. 29, 2015; The Landings Delray 2015 AAP 2, Sept. 29, 2015; The Landings Delray 2015 AAP 3, Sept. 29, 2015; The Landings Delray 2015 AAP 4, Sept. 29, 2015; The Landings Delray 2015 AAP 5, Sept. 29, 2015; Water Glades Singer 2015 AAP, Sept. 29, 2015; Waterview Towers Gym 2015 AAP, Sept. 29, 2015; Waterview Towers Lobby 2015 AAP, Sept. 29, 2015;

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 20, 2015 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| ● **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417 |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | October 08, 2015 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding publication: published May. 20, 2015 to Sept. 29, 2015; 514 photos |

11804 SE Laurel AAP 21, May 20, 2015; 11804 SE Laurel AAP 22, May 20, 2015; 11804 SE Laurel AAP 23, May 20, 2015; 11804 SE Laurel AAP 24, May 20, 2015; 11804 SE Laurel AAP 25, May 20, 2015; 11804 SE Laurel AAP 26, May 20, 2015; 11804 SE Laurel AAP 27, May 20, 2015; 11804 SE Laurel AAP 28, May 20, 2015; 11804 SE Laurel AAP 29, May 20, 2015; 11804 SE Laurel AAP 30, May 20, 2015; 11804 SE Laurel AAP 31, May 20, 2015; 11804 SE Laurel AAP 32, May 20, 2015; 17168 Cassava Way 2015 AAP 9, May 20, 2015; 17168 Cassava Way 2015 AAP 10, May 20, 2015; 17168 Cassava Way 2015 AAP 11, May 20, 2015; 17168 Cassava Way 2015 AAP 12, May 20, 2015; 17168 Cassava Way 2015 AAP 13, May 20, 2015; 17168 Cassava Way 2015 AAP 14, May 20, 2015; 17168 Cassava Way 2015 AAP 15, May 20, 2015; 17168 Cassava Way 2015 AAP 16, May 20, 2015; 17168 Cassava Way 2015 AAP 17, May 20, 2015; 17168 Cassava Way 2015 AAP 18, May 20, 2015; 17168 Cassava Way 2015 AAP 19, May 20, 2015; 17168 Cassava Way 2015 AAP 20, May 20, 2015; 17168 Cassava Way 2015 AAP 21, May 20, 2015; 17168 Cassava Way 2015 AAP 22, May 20, 2015; 17168 Cassava Way 2015 AAP 23, May 20, 2015; 17168 Cassava Way 2015 AAP 24, May 20, 2015;

17168 Cassava Way 2015 AAP 25, May 20, 2015; 17168 Cassava Way 2015 AAP 26, May 20, 2015; 17168 Cassava Way 2015 AAP 27, May 20, 2015; 17168 Cassava Way 2015 AAP 28, May 20, 2015; 17168 Cassava Way 2015 AAP 29, May 20, 2015; 17168 Cassava Way 2015 AAP 30, May 20, 2015; 17168 Cassava Way 2015 AAP 31, May 20, 2015; 17168 Cassava Way 2015 AAP 32, May 20, 2015; 17168 Cassava Way 2015 AAP 33, May 20, 2015; 17168 Cassava Way 2015 AAP 34, May 20, 2015; 17168 Cassava Way 2015 AAP 35, May 20, 2015; 17168 Cassava Way 2015 AAP 36, May 20, 2015; 17168 Cassava Way 2015 AAP 37, May 20, 2015; 17168 Cassava Way 2015 AAP 38, May 20, 2015; 17168 Cassava Way 2015 AAP 39, May 20, 2015; 17168 Cassava Way 2015 AAP 40, May 20, 2015; 17168 Cassava Way 2015 AAP 41, May 20, 2015; 17168 Cassava Way 2015 AAP 42, May 20, 2015; 17168 Cassava Way 2015 AAP 43, May 20, 2015; 17168 Cassava Way 2015 AAP 44, May 20, 2015; 17168 Cassava Way 2015 AAP 45, May 20, 2015; 17168 Cassava Way 2015 AAP 46, May 20, 2015; 17168 Cassava Way 2015 AAP 47, May 20, 2015; 17168 Cassava Way 2015 AAP 48, May 20, 2015; 17168 Cassava Way 2015 AAP 49, May 20, 2015; 17168 Cassava Way 2015 AAP 50, May 20, 2015; 17168 Cassava Way 2015 AAP 51, May 20, 2015; 17168 Cassava Way 2015 AAP 52, May 20, 2015; 17168 Cassava Way 2015 AAP 53, May 20, 2015; Beach Front Singer 2015 AAP 7, May 20, 2015; Beach Front Singer 2015 AAP 8, May 20, 2015;



Beach Front Singer 2015 AAP 9, May 20, 2015; Beach Front Singer 2015 AAP 10, May 20, 2015; Beach Front Singer 2015 AAP 11, May 20, 2015; Beach Front Singer 2015 AAP 12, May 20, 2015; Beach Front Singer 2015 AAP 13, May 20, 2015; Beach Front Singer 2015 AAP 14, May 20, 2015; Beach Front Singer 2015 AAP 15, May 20, 2015; Juno Beach sign 2015 AAP, May 20, 2015; Ocean Royale Juno 2015 AAP 2, May 20, 2015; Ocean Royale Juno 2015 AAP 11, May 20, 2015; Ocean Royale Juno 2015 AAP 12, May 20, 2015; Ocean Royale Juno 2015 AAP 13, May 20, 2015; Ocean Royale Juno 2015 AAP 14, May 20, 2015; Ocean Royale Juno 2015 AAP 15, May 20, 2015; Ocean Royale Juno 2015 AAP 16, May 20, 2015; Ocean Royale Juno 2015 AAP 17, May 20, 2015; Ocean Royale Juno 2015 AAP 18, May 20, 2015; Ocean Royale Juno 2015 AAP 19, May 20, 2015; Ocean Royale Juno 2015 AAP 20, May 20, 2015; Ocean Royale Juno 2015 AAP 21, May 20, 2015; Ocean Royale Juno 2015 AAP 22, May 20, 2015; PGA National 2015 AAP, May 20, 2015; The Landings Delray 2015 AAP 6, May 20, 2015; The Landings Delray 2015 AAP 7, May 20, 2015; The Landings Delray 2015 AAP 8, May 20, 2015; The Landings Delray 2015 AAP 9, May 20, 2015; Waterfront Juno aerial



EXHIBIT
4-C

LANG REALTY

877.337.0618

# 700 Ocean Royale

Beautiful Oceanfront Condominiums in Juno Beach



In one of the most elite communities on the Atlantic Ocean you will find **700 Ocean Royale**, a masterpiece of remarkable luxury with features and upgrades that are only reserved for the most beautiful of mansions. When people think of oceanfront living they inevitably think about the intimate community of just 10 exclusive oceanfront estates located at **700 Ocean Royale**. When you enter one of the residences through your own private courtyard your mahogany front door will open onto a grand foyer with a freestanding staircase and beautiful floor to ceiling windows that make it feel as if you're outside when you're actually indoors. 20 foot ceilings in the formal living room and classic gas stone fireplaces make every residence incredibly inviting. The main living area which is incredibly open and bright includes the kitchen, a breakfast room, the family room and a beautiful full wet bar.

Get Pre-Qualified *loanDepot*

**side-by-side photo comparisons**



*My Original Photo*

*cropped*

*cropped*

*copyright management information removed*

EXHIBIT
**4-E**

# Exhibit

# 5



© AAP 2016 all rights reserved

**EXHIBIT 5-B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-890

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 04, 2016 to August 05, 2016

### Title

| | |
|---|---|
| **Title of Group:** | Selected 2016 Photographs R20 Including 12235 Tillinghast Cir, 3813 N Ocean Blvd and Others Case Number 1-6471891076 |
| **Number of Photographs in Group:** | 7 |
| • **Individual Photographs:** | 12235 Tillinghast Cir front nite 2016 AAP, 3813 N Ocean Blvd low aerial 2016 AAP |
| **Published:** | January 2016 |
| • **Individual Photographs:** | Cypress Island Cir aerial 2016 AAP, 005 |
| **Published:** | March 2016 |
| • **Individual Photographs:** | 386 S Beach Rd rear aerial 2016 AAP |
| **Published:** | April 2016 |
| • **Individual Photographs:** | Singer Island sunrise 004b 2016 AAP |
| **Published:** | June 2016 |
| • **Individual Photographs:** | 107 Valencia Blvd front 2016 AAP |
| **Published:** | August 2016 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | January 04, 2016 |
| **Latest Publication Date in Group:** | August 05, 2016 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** May 31, 2018

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-107-890**

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 04, 2016 to August 05, 2016

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2016 Photographs R20 Including 12235 Tillinghast Cir, 3813 N Ocean Blvd and Others Case Number 1-6471891076 |
| **Number of Photographs in Group:** | 7 |
| • **Individual Photographs:** | 12235 Tillinghast Cir front nite 2016 AAP, 3813 N Ocean Blvd low aerial 2016 AAP |
| **Published:** | January 2016 |
| • **Individual Photographs:** | Cypress Island Cir aerial 2016 AAP, 005 |
| **Published:** | March 2016 |
| • **Individual Photographs:** | 386 S Beach Rd rear aerial 2016 AAP |
| **Published:** | April 2016 |
| • **Individual Photographs:** | Singer Island sunrise 004b 2016 AAP |
| **Published:** | June 2016 |
| • **Individual Photographs:** | 107 Valencia Blvd front 2016 AAP |
| **Published:** | August 2016 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | January 04, 2016 |
| **Latest Publication Date in Group:** | August 05, 2016 |
| **Nation of First Publication:** | United States |



## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |



EXHIBIT
5-C





Search by Coverage Area

SEARCH     ABOUT     FOR BUYERS     FOR SELLERS     CONTACT

Buy, sell or rent houses, condos, townhomes, land or commercial property in Palm Beach County FL





North Palm Beach County Properties        South Palm Beach County Properties        IDX Search



f 🐦 in 🅿 ▶ 📷 📧 ✆

Agent Login | Sitemap | Privacy Policy | Terms & Conditions | Google+

6271 PGA Blvd., Palm Beach Gardens, Florida, 33418

561-510-3647

© Copyright 2018, Real Estate Webmasters.

REAL ESTATE WEBMASTERS

**EXHIBIT 5-D**



# side by side photo comparisons



cropped **original photo** cropped

cropped









cropped

cropped

North Palm Beach County Properties

South Palm Beach County Properties



**copyright management information removed**



Agent Login | Sitemap | Privacy Policy | Terms & Conditions | Google+



6271 PGA Blvd., Palm Beach Gardens, Florida, 33418

561-510-3647

© Copyright 2018, Real Estate Webmasters.



# Exhibit

# 6



EXHIBIT
6-A

# Certificate of Registration



**EXHIBIT**

**6-B**

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tugh*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-315

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 12, 2012 to November 27, 2012

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2012 Photographs N16 Including 209 Bears Club living room and Others Case Number 1-6470045913 |
| **Number of Photographs in Group:** | 9 |
| • **Individual Photographs:** | 209 Bears Club living room AAP, 3175 Cove Rd low balloon aerial 2012 AAP |
| **Published:** | January 2012 |
| • **Individual Photographs:** | 12032 East End Rd aerial Lost Tree  2012 AAP |
| **Published:** | March 2012 |
| • **Individual Photographs:** | Ritz Singer Island balcony two chairs white orchid 2012 AAP |
| **Published:** | August 2012 |
| • **Individual Photographs:** | Frenchmans Reserve Golf AAP 2012, Sailfish Cove Aerial Sign AAP 2012 |
| **Published:** | October 2012 |
| • **Individual Photographs:** | 2960 Polo Dr aerial 2012 AAP, 176 Spyglass pool 2012 AAP, Sailfish Cove Sign AAP 2012 |
| **Published:** | November 2012 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | January 12, 2012 |
| **Latest Publication Date in Group:** | November 27, 2012 |
| **Nation of First Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   April 08, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tunle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-315

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 12, 2012 to November 27, 2012

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Selected 2012 Photographs N16 Including 209 Bears Club living room and Others Case Number 1-6470045913 |
| **Number of Photographs in Group:** | 9 |

- **Individual Photographs:** 209 Bears Club living room AAP, 3175 Cove Rd low balloon aerial 2012 AAP
  **Published:** January 2012

- **Individual Photographs:** 12032 East End Rd aerial Lost Tree  2012 AAP
  **Published:** March 2012

- **Individual Photographs:** Ritz Singer Island balcony two chairs white orchid 2012 AAP
  **Published:** August 2012

- **Individual Photographs:** Frenchmans Reserve Golf AAP 2012, Sailfish Cove Aerial Sign AAP 2012
  **Published:** October 2012

- **Individual Photographs:** 2960 Polo Dr aerial 2012 AAP, 176 Spyglass pool 2012 AAP, Sailfish Cove Sign AAP 2012
  **Published:** November 2012

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | January 12, 2012 |
| **Latest Publication Date in Group:** | November 27, 2012 |
| **Nation of First Publication:** | United States |



## Author _____

| | |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |



EXHIBIT

6-C



Lang Realty · Public
"The Best Investment On Earth, Is Earth." - Louis
Glickman #WednesdayWisdom #Quotes

Shared publicly

EXHIBIT
6-D

*Lang Realty Brand*



*copyright management information removed*

**EXHIBIT 6-E**

# Exhibit

# 7



© AAP 2011 all rights reserved

**EXHIBIT**

**7-A**

## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-014-814

**Effective Date of Registration:**
June 07, 2016



## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Selected 2011 Photographs B Set Including 311 River |
| | Dr, 485 NE Spanish Tr, 800 Ocean Drive Waterfront on the Ocean at Juno Beach, |
| | Waterview Towers and Others ; 46 photos |
| **Content Title:** | 485 NE Spanish Tr AAP 2011 c, Feb. 24, 2011, 485 NE Spanish Tr AAP 2011 e, Feb. |
| | 24, 2011; 485 NE Spanish Tr AAP 2011 d, Feb. 24, 2011; 485 NE Spanish Tr AAP 2011 |
| | f, Feb. 24, 2011; 485 NE Spanish Tr AAP 2011 j, Feb. 24, 2011; Boca Resort night |
| | 2011 AAP, Feb. 24, 2011; 485 NE Spanish Tr AAP 2011 a, Feb. 27, 2011; 485 NE |
| | Spanish Tr AAP 2011 l, Mar. 14, 2011; 485 NE Spanish Tr AAP 2011 i, Mar. 14, |
| | 2011; 485 NE Spanish Tr AAP 2011 k, Mar. 14, 2011; 485 NE Spanish Tr AAP 2011 n, |
| | Mar. 14, 2011; 485 NE Spanish Tr AAP 2011 m, Mar. 14, 2011; 485 NE Spanish Tr AAP |
| | 2011 g, Mar. 14, 2011; 485 NE Spanish Tr AAP 2011 b, Mar. 14, 2011; 485 NE |
| | Spanish Tr AAP 2011 h, Mar. 14, 2011; Waterview Towers at sunrise 2011 AAP, Mar. |
| | 21, 2011; Waterview Towers and Boats 2011 AAP, Mar. 23, 2011; Waterview Towers |
| | boat show 2011 AAP, Mar. 26, 2011; 311 River Dr aerial inlet on top AAP 2015 w, |
| | Apr. 2, 2011; Jupiter low tide 2011 x AAP, Apr. 2, 2011; Juno Beach pier g 2011 |

AAP, Apr. 3, 2011; Dorchester Delray 2011 AAP, May 13, 2011; 2770 Building aerial

j 2011 AAP, May 13, 2011; 006, May 13, 2011; 007, May 13, 2011; 001, May 13,

2011; 002, May 13, 2011; 003, May 13, 2011; 004, May 13, 2011; 005, May 13, 2011;

011, May 13, 2011; 008, May 13, 2011; 009, May 13, 2011; 012, May 13, 2011; 001a,

May 13, 2011; 010, May 13, 2011; 013, May 13, 2011; 016, May 13, 2011; 015, May

13, 2011; 800 Ocean Dr Unit 1001 Juno Beach a - Waterfront of Juno aerial b 2011

AAP, May 27, 2011; Palm Beach estate section 2011 AAP, May 27, 2011; Singer

Island Pano 2011 d AAP, Sept. 5, 2011; Sailfish Marina Cable Car 2011 AAP, Sept.

5, 2011; Old Port Cove sunset 2011 AAP, Sept. 15, 2011; Waterview Towers at

sunset 2011 AAP, Oct. 13, 2011; Old Port Cove aerial g 2012 AAP, Nov. 17, 2011;

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | February 24, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

|  |  |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | June 07, 2016 |



**Copyright Office notes:**   Regarding publication: Range of publication dates are 2/24/2011-11/17/2011.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-014-814

**Effective Date of Registration:**
June 07, 2016

## Title

**Title of Work:**  Group Registration Photos, Selected 2011 Photographs B Set Including 311 River

Dr, 485 NE Spanish Tr, 800 Ocean Drive Waterfront on the Ocean at Juno Beach,

Waterview Towers and Others ; 46 photos

**Content Title:**  485 NE Spanish Tr AAP 2011 c, Feb. 24, 2011, 485 NE Spanish Tr AAP 2011 e, Feb.



24, 2011; 485 NE Spanish Tr AAP 2011 d, Feb. 24, 2011; 485 NE Spanish Tr AAP 2011

f, Feb. 24, 2011; 485 NE Spanish Tr AAP 2011 j, Feb. 24, 2011; Boca Resort night

2011 AAP, Feb. 24, 2011; 485 NE Spanish Tr AAP 2011 a, Feb. 27, 2011; 485 NE

Spanish Tr AAP 2011 l, Mar. 14, 2011; 485 NE Spanish Tr AAP 2011 i, Mar. 14,

2011; 485 NE Spanish Tr AAP 2011 k, Mar. 14, 2011; 485 NE Spanish Tr AAP 2011 n,

Mar. 14, 2011; 485 NE Spanish Tr AAP 2011 m. Mar. 14, 2011; 485 NE Spanish Tr AAP

2011 g, Mar. 14, 2011; 485 NE Spanish Tr AAP 2011 b, Mar. 14, 2011; 485 NE

Spanish Tr AAP 2011 h, Mar. 14, 2011; Waterview Towers at sunrise 2011 AAP, Mar.

21, 2011; Waterview Towers and Boats 2011 AAP, Mar. 23, 2011; Waterview Towers

boat show 2011 AAP, Mar. 26, 2011; 311 River Dr aerial inlet on top AAP 2015 w,

Apr. 2, 2011; Jupiter low tide 2011 x AAP, Apr. 2, 2011; Juno Beach pier g 2011



Lang Realty · Public

Walking distance from Boca Raton! s sandy beaches, high-end shopping and fine-dining at Mizner Park or Royal Palm Place. This stellar community is around the corner from the Boca Raton Resort & Club. It's a fantastic community and great schools! [Contact An Agent Today → 877.357.0618] ?#?LangListingsPB? ?#?PalmBeachCounty? ?#?LangLifePB?

Shared publicly



## *Side by side photo comparisons*

*original photo*

*cropped*

*cropped*

*copyright management information removed*





# Exhibit

# 8



©Robert Stevens

EXHIBIT
8-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tergle*

Acting United States Register of Copyrights and Director

**EXHIBIT 8-B**

**Registration Number**

# VA 2-104-315

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 12, 2012 to November 27, 2012

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Selected 2012 Photographs N16 Including 209 Bears Club living room and Others Case Number 1-6470045913 |
| **Number of Photographs in Group:** | 9 |
| • **Individual Photographs:** | 209 Bears Club living room AAP, 3175 Cove Rd low balloon aerial 2012 AAP |
| **Published:** | January 2012 |
| • **Individual Photographs:** | 12032 East End Rd aerial Lost Tree  2012 AAP |
| **Published:** | March 2012 |
| • **Individual Photographs:** | Ritz Singer Island balcony two chairs white orchid 2012 AAP |
| **Published:** | August 2012 |
| • **Individual Photographs:** | Frenchmans Reserve Golf AAP 2012, Sailfish Cove Aerial Sign AAP 2012 |
| **Published:** | October 2012 |
| • **Individual Photographs:** | 2960 Polo Dr aerial 2012 AAP, 176 Spyglass pool 2012 AAP, Sailfish Cove Sign AAP 2012 |
| **Published:** | November 2012 |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | January 12, 2012 |
| **Latest Publication Date in Group:** | November 27, 2012 |
| **Nation of First Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Page 1 of 2

**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   April 08, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tunl*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-315

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 12, 2012 to November 27, 2012

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Selected 2012 Photographs N16 Including 209 Bears Club living room and Others Case Number 1-6470045913 |
| **Number of Photographs in Group:** | 9 |
| • **Individual Photographs:** | 209 Bears Club living room AAP, 3175 Cove Rd low balloon aerial 2012 AAP |
| **Published:** | January 2012 |
| • **Individual Photographs:** | 12032 East End Rd aerial Lost Tree  2012 AAP |
| **Published:** | March 2012 |
| • **Individual Photographs:** | Ritz Singer Island balcony two chairs white orchid 2012 AAP |
| **Published:** | August 2012 |
| • **Individual Photographs:** | Frenchmans Reserve Golf AAP 2012, Sailfish Cove Aerial Sign AAP 2012 |
| **Published:** | October 2012 |
| • **Individual Photographs:** | 2960 Polo Dr aerial 2012 AAP, 176 Spyglass pool 2012 AAP, Sailfish Cove Sign AAP 2012 |
| **Published:** | November 2012 |

## Completion/Publication _____



|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | January 12, 2012 |
| **Latest Publication Date in Group:** | November 27, 2012 |
| **Nation of First Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |



EXHIBIT

8-C



Dominick Terzuoli
Cell: 772-240-9055 | Office: 561-623-1238

Tequesta Homes For Sale
Beautiful homes and condos in Tequesta Florida

EXHIBIT
8-D

# side by side photo comparisons

*original photo*



*cropped*

*cropped*

*cropped*

*cropped*

*copyright management information removed*

**EXHIBIT**

**8-E**

# Exhibit

# 9



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teske*

Acting United States Register of Copyrights and Director



**Registration Number**

# VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 18, 2015 to December 15, 2015

## Title
_____

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |

Page 1 of 2

## Author

| | |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | June 21, 2018 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesh*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   January 18, 2015 to December 15, 2015

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication _____

| | | |
|---|---|---|
| **Year of Completion:** | 2015 | |
| **Earliest Publication Date in Group:** | January 18, 2015 |  |
| **Latest Publication Date in Group:** | December 15, 2015 | |
| **Nation of First Publication:** | United States | |

Page 1 of 2







*Side by side photo comparisond*



*original photo*

*cropped*

*cropped*

*Dark*
*CMI removed*

# Exhibit 10



# Certificate of Registration



EXHIBIT

**10-B**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-107-890**

**Effective Date of Registration:**
June 21, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 04, 2016 to August 05, 2016

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2016 Photographs R20 Including 12235 Tillinghast Cir, 3813 N Ocean Blvd and Others Case Number 1-6471891076 |
| **Number of Photographs in Group:** | 7 |
| • **Individual Photographs:** | 12235 Tillinghast Cir front nite 2016 AAP, 3813 N Ocean Blvd low aerial 2016 AAP |
| **Published:** | January 2016 |
| • **Individual Photographs:** | Cypress Island Cir aerial 2016 AAP, 005 |
| **Published:** | March 2016 |
| • **Individual Photographs:** | 386 S Beach Rd rear aerial 2016 AAP |
| **Published:** | April 2016 |
| • **Individual Photographs:** | Singer Island sunrise 004b 2016 AAP |
| **Published:** | June 2016 |
| • **Individual Photographs:** | 107 Valencia Blvd front 2016 AAP |
| **Published:** | August 2016 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | January 04, 2016 |
| **Latest Publication Date in Group:** | August 05, 2016 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Page 1 of 2

**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date**:   May 31, 2018

**Correspondence:**   Yes
**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tisl*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-890

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 04, 2016 to August 05, 2016

### Title
_____

| | |
|---|---|
| **Title of Group:** | Selected 2016 Photographs R20 Including 12235 Tillinghast Cir, 3813 N Ocean Blvd and Others Case Number 1-6471891076 |
| **Number of Photographs in Group:** | 7 |
| • **Individual Photographs:** | 12235 Tillinghast Cir front nite 2016 AAP, 3813 N Ocean Blvd low aerial 2016 AAP |
| **Published:** | January 2016 |
| • **Individual Photographs:** | Cypress Island Cir aerial 2016 AAP, 005 |
| **Published:** | March 2016 |
| • **Individual Photographs:** | 386 S Beach Rd rear aerial 2016 AAP |
| **Published:** | April 2016 |
| • **Individual Photographs:** | Singer Island sunrise 004b 2016 AAP |
| **Published:** | June 2016 |
| • **Individual Photographs:** | 107 Valencia Blvd front 2016 AAP |
| **Published:** | August 2016 |

### Completion/Publication
_____



| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | January 04, 2016 |
| **Latest Publication Date in Group:** | August 05, 2016 |
| **Nation of First Publication:** | United States |

### Author
_____

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |







*side by side photo comparisons*



*original photo*

*copyright management information*

# Exhibit

# 11



EXHIBIT
11-A

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 22, 2013 to December 13, 2013

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |
| • **Individual Photographs:** | 12251 Tillinghast Cir back 2013 AAP |
| **Published:** | January 2013 |
| • **Individual Photographs:** | 799 Sanctuary Way nite pool a 2013 AAP |
| **Published:** | March 2013 |
| • **Individual Photographs:** | 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP |
| **Published:** | September 2013 |
| • **Individual Photographs:** | Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP |
| **Published:** | October 2013 |
| • **Individual Photographs:** | 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP |
| **Published:** | November 2013 |
| • **Individual Photographs:** | 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP |
| **Published:** | December 2013 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** April 08, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 22, 2013 to December 13, 2013

### Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |

- **Individual Photographs:** 12251 Tillinghast Cir back 2013 AAP
  **Published:** January 2013

- **Individual Photographs:** 799 Sanctuary Way nite pool a 2013 AAP
  **Published:** March 2013

- **Individual Photographs:** 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP
  **Published:** September 2013

- **Individual Photographs:** Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP
  **Published:** October 2013

- **Individual Photographs:** 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP
  **Published:** November 2013

- **Individual Photographs:** 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP
  **Published:** December 2013

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |



Visit



### Photos and comments

Photos  Comments

Tried this Pin? Add a photo to show how it went

Add photo

 **Lillian Realty Group** saved to **North Palm Beach**
Luxury Homes North Palm Beach presented by #LillianRealtyGroup Looking for upscale Florida properties and the perfect place to live?
http://www.jupiterfloridahomesforsale.com/luxury-homes-north-palm-beach/



More like this



Good morning from your friends at #LillianRealtyGroup Start... #greatjupiterfloridaproperties #EquestrianProperties #realestat



Luxurious,waterfront estate in Seminole Landing home offered...



Lillian Realty Group specializing in full service real...



Lillian Realty Group specializing in full service real...



Lillian Realty Group specializing in full service real...



Another beauty from @struttura.us "A bit of a dreary day but... #limewash #brick #lime #paintedbrick
Promoted



Lillian Realty Group specializing in full service real...



We offer both leasing and property management services in...

IKEA Living Indoors and Outdoors Guide

187 Tresana Boulevard, 151

side by side photo comparisons

original photo



copyright management information

EXHIBIT
11-D

# Exhibit 12



EXHIBIT
12-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teele*

Acting United States Register of Copyrights and Director

**EXHIBIT 12-B**

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 22, 2013 to December 13, 2013

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |
| • **Individual Photographs:** | 12251 Tillinghast Cir back 2013 AAP |
| **Published:** | January 2013 |
| • **Individual Photographs:** | 799 Sanctuary Way nite pool a 2013 AAP |
| **Published:** | March 2013 |
| • **Individual Photographs:** | 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP |
| **Published:** | September 2013 |
| • **Individual Photographs:** | Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP |
| **Published:** | October 2013 |
| • **Individual Photographs:** | 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP |
| **Published:** | November 2013 |
| • **Individual Photographs:** | 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP |
| **Published:** | December 2013 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

Page 1 of 2

## Author

| | |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | April 08, 2018 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tisch*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-104-318
**Effective Date of Registration:**
April 08, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 22, 2013 to December 13, 2013

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |
| • **Individual Photographs:** | 12251 Tillinghast Cir back 2013 AAP |
| **Published:** | January 2013 |
| • **Individual Photographs:** | 799 Sanctuary Way nite pool a 2013 AAP |
| **Published:** | March 2013 |
| • **Individual Photographs:** | 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP |
| **Published:** | September 2013 |
| • **Individual Photographs:** | Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP |
| **Published:** | October 2013 |
| • **Individual Photographs:** | 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP |
| **Published:** | November 2013 |
| • **Individual Photographs:** | 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP |
| **Published:** | December 2013 |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |





EXHIBIT
12-C



EXHIBIT
**12-D**

# Exhibit 13



EXHIBIT
13-A



**EXHIBIT 13-B**

Registration Number

# VA 1-947-093

**Effective Date of Registration:**
August 09, 2013

## Title _____

Title of Work: Catalog of July 2013 Pictures

## Completion/Publication _____

Year of Completion: 2013
Date of 1st Publication: July 31, 2013
Nation of 1st Publication: United States

## Author _____

- Author: Robert Stevens
Author Created: photograph(s)

Work made for hire: No
Citizen of: United States
Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: Robert Stevens
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification _____

Name: Robert Stevens
Date: August 09, 2013

Correspondence: Yes

Register of Copyrights, United States of America

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Certificate of Registration*



Page 1 of 1

*0000VA00019470930202*

**Registration Number**

# VA 1-947-093

**Effective Date of Registration:**
August 09, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Catalog of July 2013 Pictures |

## Completion/Publication



| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | July 31, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Stevens |
| **Author Created:** | photograph(s) |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Stevens |
| | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | August 09, 2013 |

| | |
|---|---|
| **Correspondence:** | Yes |

Register of Copyrights, United States of America

*This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.*

Certificate of Registration

Page 1 of 1



Create Page

Recent
2015
2014







Lillian Realty Group
September 23, 2014 ·

Good morning from your friends at #LillianRealtyGroup
#JupiterbeachFl
#JupiterCountryClubGolfCourseRealEstate
Start your day off with #greatjupiterfloridaproperties
www.jupiterfloridahomesforsale.com

Like · Comment · Share

 Write a comment...



www.jupiterfloridahomesforsale.com

People You May Know                    See All

Jonathan Mann
19 mutual friends
Add Friend

Timeline Photos                    Options    Share    Send    Like

2 people like this.

 Write a comment...

See More Stories ▾

EXHIBIT
13-C

...er you seek custom
...low Lillian Realty
...ousehunt.com

Like Page





www.jupiterfloridahomesforsale.com

**Lillian Realty Group**
September 23, 2014 ·

Good morning from your friends at
#LillianRealtyGroup
#JupiterbeachFl
#JupiterCountryClubGolfCourseRealEstate
Start your day off with #greatjupiterfloridaproperties
www.jupiterfloridahomesforsale.com

Like        Comment        Share

Write a comment...

Suggested Pages                    See All

Minimax USA
517 people like this.

Like



Like        Comment        Share

**Lillian Realty Group**              Like Page
May 12 ·

Discover the finest homes for sale in Jupiter, Fl. Whether you seek custom
homes or Palm Beach Fl homes for sale with a view, allow Lillian Realty
Group to assist you in your home search. www.floridahousehunt.com



EXHIBIT
**13-D**



EXHIBIT

13-E



September 23, 2014 ·

Good morning from your friends at #LillianRealtyGroup #JupiterbeachFl #JupiterCountryClubGolfCourseRealEstate Start your day off with #greatjupiterfloridaproperties www.jupiterfloridahomesforsale.com

Like · Comment · Share

Write a comment...



www.jupiterfloridahomesforsale.com

Note: WWW.JUPITERFLORIDAHOMESFORSALE.COM

People You May Know                     See All



EXHIBIT
13-F

# *side by side photo comparisons*

*original photo*





Note: WWW.JUPITERFLORIDAHOMESFORSALE.COM

EXHIBIT
**13-H**

# Exhibit 14



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-104-319**

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
      **For Photographs Published:**  January 25, 2014 to September 17, 2014

### Title _____

|  |  |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |

## Author _____

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   April 08, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tugla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
 For Photographs Published:   January 25, 2014 to September 17, 2014

### Title

| | |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |



### Author

| | |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Open



### Photos and comments

Photos    Comments

Tried this Pin? Add a photo to
show how it went                    Add photo

 **Lillian Realty Group** saved to **Jupiter Fl. Real Estate**
Lillian Realty Group specializing in full
service real estate, single family
neighborhoods, luxury estates, equestrian
properties, Abaco real estate, waterfront
condos, golf course communities, rentals
and property management in the Palm
Beaches.
www.jupiterfloridahomesforsale.com

### More like this





Palm Beach Country Estates -
Equestrian Community, Palm...



Palm Beach Gardens Florida luxury
home for sale - boater's...



Lillian Realty Group specializing in
full service real...





Real Estate In Today's Market



Jupiter Farms Country Acreage,
presented
by... **#LillianRealtyGroup #JupiterFl
realestate #JupiterFlhomes #Abaco
arealestate**

















**EXHIBIT**
**14-C**



11770 Calleta Ct, Palm Beach Gardens • Est. $3,863,500
5 beds • 8 baths • 6,525 sq ft • 0.53 acre lot

30 / 36

EXHIBIT
14-D

**side by side photo comparisons**

*original photo*





*copyright management information*



More like this

















EXHIBIT
14-E

# Exhibit 15



EXHIBIT
15-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 25, 2014 to September 17, 2014

### Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |

### Author _____

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

Page 1 of 2

**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   April 08, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 25, 2014 to September 17, 2014

### Title _____

**Title of Group:** Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920

**Number of Photographs in Group:** 8

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014



## Completion/Publication _____

**Year of Completion:** 2014
**Earliest Publication Date in Group:** January 25, 2014
**Latest Publication Date in Group:** September 17, 2014
**Nation of First Publication:** United States

## Author _____

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

Page 1 of 2



*side by side photo comparisons*





*original photo*

*cropped*

*copyright management information*

EXHIBIT
15-D

# Exhibit

# 16



EXHIBIT
16-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**EXHIBIT**

# 16-B

**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
  **For Photographs Published:**   January 25, 2014 to September 17, 2014

### Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |

### Author _____

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   April 08, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 25, 2014 to September 17, 2014

### Title

|  |  |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:**   11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:**   January 2014

- **Individual Photographs:**   227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:**   February 2014

- **Individual Photographs:**   3800 N Ocean Dr private balcony 2014 AAP
  **Published:**   April 2014

- **Individual Photographs:**   1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:**   May 2014

- **Individual Photographs:**   2976 SE Dune Dr kitchen 2014 AAP
  **Published:**   September 2014

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |



### Author

- **Author:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:**   photographs
  **Work made for hire:**   Yes



  



Send    Save    Open



Photos and comments

Photos    Comments

Tried this Pin? Add a photo to show how it went    Add photo

**Lillian Realty Group** saved to **Jupiter Fl. Real Estate**
Lillian Realty Group specializing in full service real estate, single family neighborhoods, luxury estates, equestrian properties, Abacoa real estate, waterfront condos, golf course communities, rentals and property management in the Palm Beaches.
www.jupiterfloridahomesforsale.com

More like this





Pool Ocean





Luxury estate homes dot the golf course landscape in Trump...




Image result for old palm palm beach gardens

#(561)596-8191






Preppy Florida Beach House Tour




$19.99
Solar-Powered LED Fairy Lights (55 ft)

Famous Athlete's Homes & Mansions

Ideas you might love

Jupiter fl



EXHIBIT
16-C



EXHIBIT
16-D

# *side by side photo comparisons*



*original photo*

*copyright management information*

EXHIBIT
16-E

# Exhibit 17



© AAP 2016 all rights reserved

EXHIBIT
17-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Teyle Clagett*

Acting United States Register of Copyrights and Director

**EXHIBIT 17-B**

**Registration Number**

**VA 2-075-528**

**Effective Date of Registration:**
November 08, 2017

---

## Title

**Title of Work:** Group Registration Photos, Selected 2016 Photographs D1 Including 474 South Beach, 2100 S Ocean Blvd, Ibis Isle and Oasis
published Jan. 4, 2016 to Nov. 1, 2016; 113 photos

**Content Title:** 112 N Dixie B family room 2016 AAP, Aug. 2, 2016; 112 N Dixie B formal living 2016 AAP, Aug. 2, 2016;
112 N Dixie B front 2016 AAP, Aug. 2, 2016; 112 N Dixie B loggia 2016 AAP, Aug. 2, 2016;
112 N Dixie B pool area 2016 AAP, Aug. 2016; 112 N Dixie B porch 2016 AAP, Aug. 2, 2016;
146 Gomez Rd aerial a 2016 AAP, Aug. 17, 2016; 146 Gomez Rd aerial b 2016 AAP, Aug. 17, 2016;
146 Gomez Rd aerial c 2016 AAP, Aug. 17, 2016; 350 S Ocean Blvd aerial AAP 2016, Feb. 7, 2016;

474 South Beach  2016 AAP a, Jun. 13, 2016; 474 South Beach  2016 AAP b, Jun. 13, 2016;
474 South Beach  2016 AAP c, Jun. 13, 2016; 474 South Beach  2016 AAP d, Jun. 13, 2016;
474 South Beach  2016 AAP e, Jun. 13, 2016; 474 South Beach  2016 AAP f, Jun. 13, 2016;
474 South Beach  2016 AAP g, Jun. 13, 2016; 474 South Beach  2016 AAP h, Jun. 13, 2016;
474 South Beach  2016 AAP i, Jun. 13, 2016; 474 South Beach  2016 AAP j, Jun. 13, 2016;
474 South Beach  2016 AAP k, Jun. 13, 2016; 474 South Beach  2016 AAP l, Jun. 13, 2016;

2100 S O cean Blvd Pool a AAP 2016, Sept. 26, 2016; 2100 S Ocean Blvd  Pool AAP 2016, Sept. 26, 2016;
2100 S Ocean Blvd Entrance AAP 2016, Sept. 26, 2016; 2100 S Ocean Blvd Game Room AAP 2016, Sept. 26, 2016;
2100 S Ocean Blvd Gym AAP 2016, Sept. 26, 2016; 2100 S Ocean Blvd Lobby AAP 2016 a, Sept. 26, 2016;
2100 S Ocean Blvd Lobby AAP 2016, Sept. 26, 2016; 2100 S Ocean Blvd Ocean AAP 2016, Sept. 26, 2016;
2100 S Ocean Blvd Sloan's  Curve Sign AAP 2016, Sept. 26, 2016; 2100 S Ocean Blvd, AAP 2016 a, Sept. 26, 2016;
2100 S Ocean Blvd, AAP 2016, Sept. 26, 2016; 2170 Ibis Isle a 2016 AAP, Oct. 5, 2016;
2170 Ibis Isle b 2016 AAP, Oct. 5, 2016; 2170 Ibis Isle c 2016 AAP, Oct. 5, 2016;
2170 Ibis Isle d 2016 AAP, Oct. 5, 2016; 2784 S Ocean Blvd AAP 2016 a, Nov.

1, 2016;

2784 S Ocean Blvd AAP 2016 b, Nov. 1, 2016; 2784 S Ocean Blvd AAP 2016 c, Nov. 1, 2016;

2784 S Ocean Blvd AAP 2016 d, Nov. 1, 2016; 2784 S Ocean Blvd AAP 2016 e, Nov. 1, 2016;

2784 S Ocean Blvd AAP 2016 f, Nov. 1, 2016; 2784 S Ocean Blvd Gym AAP 2016, Nov. 1, 2016;

3120 S Ocean Blvd AAP 2016 b, Sept. 15, 2016; 3120 S Ocean Blvd AAP 2016 d, Sept. 15, 2016;

3140 S Ocean Blvd AAP 2016 a, Oct. 21, 2016; 3140 S Ocean Blvd AAP 2016 b, Oct. 21, 2016;

3140 S Ocean Blvd AAP 2016 d, Oct. 21, 2016; 3140 S Ocean Blvd AAP 2016, Oct. 21, 2016;

3140 S Ocean Blvd z 2016 AAP, Oct. 21, 2016; 12235 Tillinghast Cir nite pool 2016 AAP, Jan. 4, 2016;

19010 Lox River Rd 2016 AAP a, Jun. 22, 2016; 19010 Lox River Rd 2016 AAP b, Jun. 22, 2016;

19010 Lox River Rd 2016 AAP c, Jun. 22, 2016; 19010 Lox River Rd 2016 AAP d, Jun. 22, 2016;

Boynton Beach Inlet AAP 2016, Jul. 8, 2016; Casa Costa aerial a 2016 AAP, Aug. 12, 2016;

Ibis Isle Aerial AAP 2016 b, Oct. 9, 2016; Ibis Isle Aerial AAP 2016 c, Oct. 9, 2016;

Ibis Isle Aerial AAP 2016 d, Oct. 9, 2016; Ibis Isle Aerial AAP 2016 e, Oct. 9, 2016;

Ibis Isle Aerial AAP 2016 f, Oct. 9, 2016; Ibis Isle Aerial AAP 2016 g, Oct. 9, 2016;

Ibis Isle Aerial AAP 2016 h, Oct. 9, 2016; Ibis Isle aerial W to E 2016 AAP, Aug. 23, 2016;

Ibis Isle gate 2016 AAP, Aug. 23, 2016; Ibis Isle Pool AAP 2016, Oct. 9, 2016;

Marina Village aerial 10 2016 AAP, Aug. 12, 2016; Marina Village bridge 2016 AAP, Aug. 12, 2016;

Marina Village fitness 2016 AAP, Aug. 12, 2016; Marina Village pool 2016 AAP, Aug. 12, 2016;

Oak Harbour Club a AAP 2016, Oct. 20, 2016; Oak Harbour Club AAP 2016, Oct. 20, 2016;

Oak Harbour Club b AAP 2016, Oct. 20, 2016; Oak Harbour Pool AAP 2016, Oct. 20, 2016;

Oasis AAP 2016 a, Sept. 14, 2016; Oasis AAP 2016, Sept. 14, 2016;

Oasis Aerial AAP 2016 b, Sept. 15, 2016; Oasis Aerial AAP 2016 c, Sept. 15, 2016;

Oasis Aerial AAP 2016 d, Sept. 15, 2016; Oasis Aerial AAP 2016, Sept. 15, 2016;

Oasis Beach AAP 2016, Sept. 14, 2016; Oasis Docks AAP 2016, Sept. 14, 2016;

Oasis Gym AAP 2016, Sept. 14, 2016; Oasis Lobby AAP 2016 a, Sept. 14, 2016;

Oasis Lobby AAP 2016, Sept. 14, 2016; Oasis Pool AAP 2016 a, Sept. 15, 2016;

Oasis Tennis AAP 2016, Sept. 14, 2016;

Palm Beach Polo Club AAP 2016 a, April. 23, 2016; Palm Beach Polo Club AAP 2016 b, Apr. 23, 2016;

Palm Beach Polo Club AAP 2016, Apr. 23, 2016; Sailfish Point Clubhouse b 2016 AAP, Jul. 16, 2016;



Sailfish Point Clubhouse c 2016 AAP, Jul. 16, 2016; Sailfish Point Clubhouse d 2016 AAP, Jul. 16, 2016;
Sailfish Point Marina a 2016 AAP, Jul. 16, 2016; Sailfish Point Marina b 2016 AAP a, Jul 16, 2016;
Sailfish Point Marina b 2016 AAP, Jul. 16, 2016; Sailfish Point Marina c 2016 AAP, Jul. 16, 2016;
Sailfish Point Marina d 2016 AAP, Jul. 16, 2016; Sailfish Point Marina e 2016 AAP copy, Jul. 16, 2016;
Sailfish Point Marina e 2016 AAP, Jul. 16, 2016; Sailfish Point Marina f 2016 AAP, Jul. 16, 2016;
Sailfish Point Marina g 2016 AAP, Jul. 16, 2016; Seilfish Point Marina Club 2016 AAP a, Jul. 16, 2016;
Seilfish Point Marina Club 2016 AAP b, Jul. 16, 2016; Seilfish Point Marina Club 2016 AAP c, Jul. 16, 2016;
Seilfish Point Marina Club 2016 AAP d, Jul. 16, 2016; Seilfish Point Marina Club 2016 AAP e, Jul. 16, 2016;
Seilfish Point Marina Club 2016 AAP f, Jul. 16, 2016; Stuart AAP 2016, Jul. 16, 2016;
Village of Golf Clubhouse AAP 2016, Jan. 25, 2016; WEF aerial 2016 AAP, Mar. 16, 2016;

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 04, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
|  | 1123 Melinda Ln., Haverhill, FL, 33417, United States |

## Certification

|  |  |
|---|---|
| **Name:** | Robert Stevens |
| **Date**: | November 08, 2017 |





1, 2016;
2784 S Ocean Blvd AAP 2016 b, Nov. 1, 2016; 2784 S Ocean Blvd AAP 2016 c, Nov. 1, 2016;
2784 S Ocean Blvd AAP 2016 d, Nov. 1, 2016; 2784 S Ocean Blvd AAP 2016 e, Nov. 1, 2016;
2784 S Ocean Blvd AAP 2016 f, Nov. 1, 2016; 2784 S Ocean Blvd Gym AAP 2016, Nov. 1, 2016;

3120 S Ocean Blvd AAP 2016 b, Sept. 15, 2016; 3120 S Ocean Blvd AAP 2016 d, Sept. 15, 2016;
3140 S Ocean Blvd AAP 2016 a, Oct. 21, 2016; 3140 S Ocean Blvd AAP 2016 b, Oct. 21, 2016;
3140 S Ocean Blvd AAP 2016 d, Oct. 21, 2016; 3140 S Ocean Blvd AAP 2016, Oct. 21, 2016;
3140 S Ocean Blvd z 2016 AAP, Oct. 21, 2016; 12235 Tillinghast Cir nite pool 2016 AAP, Jan. 4, 2016;
19010 Lox River Rd 2016 AAP a, Jun. 22, 2016; 19010 Lox River Rd 2016 AAP b, Jun. 22, 2016;
19010 Lox River Rd 2016 AAP c, Jun. 22, 2016; 19010 Lox River Rd 2016 AAP d, Jun. 22, 2016;
Boynton Beach Inlet AAP 2016, Jul. 8, 2016; Casa Costa aerial a 2016 AAP, Aug. 12, 2016;

Ibis Isle Aerial AAP 2016 b, Oct. 9, 2016; Ibis Isle Aerial AAP 2016 c, Oct. 9, 2016;
Ibis Isle Aerial AAP 2016 d, Oct. 9, 2016; Ibis Isle Aerial AAP 2016 e, Oct. 9, 2016;
Ibis Isle Aerial AAP 2016 f, Oct. 9, 2016; Ibis Isle Aerial AAP 2016 g, Oct. 9, 2016;
Ibis Isle Aerial AAP 2016 h, Oct. 9, 2016; Ibis Isle aerial W to E 2016 AAP, Aug. 23, 2016;
Ibis Isle gate 2016 AAP, Aug. 23, 2016; Ibis Isle Pool AAP 2016, Oct. 9, 2016;

Marina Village aerial 10 2016 AAP, Aug. 12, 2016; Marina Village bridge 2016 AAP, Aug. 12, 2016;
Marina Village fitness 2016 AAP, Aug. 12, 2016; Marina Village pool 2016 AAP, Aug. 12, 2016;
Oak Harbour Club a AAP 2016, Oct. 20, 2016; Oak Harbour Club AAP 2016, Oct. 20, 2016;
Oak Harbour Club b AAP 2016, Oct. 20, 2016; Oak Harbour Pool AAP 2016, Oct. 20, 2016;
Oasis AAP 2016 a, Sept. 14, 2016; Oasis AAP 2016, Sept. 14, 2016;
Oasis Aerial AAP 2016 b, Sept. 15, 2016; Oasis Aerial AAP 2016 c, Sept. 15, 2016;
Oasis Aerial AAP 2016 d, Sept. 15, 2016; Oasis Aerial AAP 2016, Sept. 15, 2016;
Oasis Beach AAP 2016, Sept. 14, 2016; Oasis Docks AAP 2016, Sept. 14, 2016;
Oasis Gym AAP 2016, Sept. 14, 2016; Oasis Lobby AAP 2016 a, Sept. 14, 2016;
Oasis Lobby AAP 2016, Sept. 14, 2016; Oasis Pool AAP 2016 a, Sept. 15, 2016;
Oasis Tennis AAP 2016, Sept. 14, 2016;

Palm Beach Polo Club AAP 2016 a, April. 23, 2016; Palm Beach Polo Club AAP 2016 b, Apr. 23, 2016;
Palm Beach Polo Club AAP 2016, Apr. 23, 2016; Sailfish Point Clubhouse b 2016 AAP, Jul. 16, 2016;





**View**



**Uploaded by user**



www.palmbeachhomesforsale.org



Saved by
**Lillian Realty Group**

**Visit**



www.palmbeachhomesforsale.org

**EXHIBIT**
**17-D**



Save

Uploaded by user



www.palmbeachhomesforsale.org

Saved by
**Lillian Realty Group**

Visit

**More like this**





Beautiful Mirabella Mediterranean
Courtyard CBS Home in PRISTINE
LIKE NEW CONDITION! Very Private



How to find the Best Luxury homes
for sale in Palm Beach visit
www.palmbeachhomesforsale.org



**17686 Circle Pond Ct, Boca**

1869 Sabal Palm Dr, Boca Raton, FL
33432 | MLS #RX-10175491 - Zillow -
(Repinned by



Discover the finest homes for sale in
Jupiter, Fl. Whether you seek custom
homes or Palm Beach Fl homes for



Dreaming of a resort-like lifestyle?
Seeking luxurious homes with all of
the amenities? Craving a lifestyle  Privacy



How to find the Best Luxury homes
for sale in Palm Beach
www.floridahousehunt.com



Home for sale in Jupiter,Palm Beach
33458,33478,33477,33469 About real
estate in 33458,33478,33477,33469



No Obligation Consultation
www.floridahousehunt.com
#greatjupiterfloridaproperties



87 Results Sort Price (High to Low)
Price (Low to High) Status City Listing
Date Type / Price Descending Listing



Palm Beach Gardens real estate,
specializing in Caloosa homes for
sale. Your #1 equestrian realtor.

by Ellen Lillian



Are you starting the search for a
custom pool home in Palm Beach?
Learn why working with Lillian Realty



**Ellen Lillian**
January 26, 2016 ·

This home in Jupiter, Palm Beach Fl offers all the amenities in a custom home that you would look for. visit www.palmbeachhomesforsale.org
#palmbeachhomesforsale  #palmbeach



Like

EXHIBIT
17-G



**Innovative Group Inspections, South Florida Home Inspectors**: Nice! Have a great day!

Add a comment...    +1    7

**Palm Beach Homes for Sale** ▸ Public                                    Jan 26, 2016

This home in Jupiter, Palm Beach Fl offers all the amenities in a custom home that you would look for. visit www.palmbeachhomesforsale.org
#palmbeachhomesforsale  #palmbeach



Add a comment...    +1    4

**Palm Beach Homes for Sale** ▸ Public                                    Jan 25, 2016

Affordable Palm Beach Gardens FL townhomes. Cielo townhouses Visit
www.palmbeachhomesforsale.org  #palmbeachhomesforsale  #palmbeach
#realestate

```
┌─────────────┐
│   EXHIBIT   │
│    17-H     │
└─────────────┘
```

# Exhibit

# 18



© AAP 2012 all rights reserved.

EXHIBIT
18-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tumle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 22, 2013 to December 13, 2013

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |

- **Individual Photographs:** 12251 Tillinghast Cir back 2013 AAP
  **Published:** January 2013

- **Individual Photographs:** 799 Sanctuary Way nite pool a 2013 AAP
  **Published:** March 2013

- **Individual Photographs:** 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP
  **Published:** September 2013

- **Individual Photographs:** Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP
  **Published:** October 2013

- **Individual Photographs:** 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP
  **Published:** November 2013

- **Individual Photographs:** 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP
  **Published:** December 2013

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** April 08, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tual*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 22, 2013 to December 13, 2013

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |

- **Individual Photographs:** 12251 Tillinghast Cir back 2013 AAP
  **Published:** January 2013

- **Individual Photographs:** 799 Sanctuary Way nite pool a 2013 AAP
  **Published:** March 2013

- **Individual Photographs:** 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP
  **Published:** September 2013

- **Individual Photographs:** Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP
  **Published:** October 2013

- **Individual Photographs:** 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP
  **Published:** November 2013

- **Individual Photographs:** 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP
  **Published:** December 2013



## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

Page 1 of 2



side by side photo comparisons

original photo





EXHIBIT
18-D

# Exhibit

# 19





# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tingle*

Acting United States Register of Copyrights and Director

**EXHIBIT 19-B**

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 22, 2013 to December 13, 2013

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |
| • **Individual Photographs:** | 12251 Tillinghast Cir back 2013 AAP |
| **Published:** | January 2013 |
| • **Individual Photographs:** | 799 Sanctuary Way nite pool a 2013 AAP |
| **Published:** | March 2013 |
| • **Individual Photographs:** | 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP |
| **Published:** | September 2013 |
| • **Individual Photographs:** | Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP |
| **Published:** | October 2013 |
| • **Individual Photographs:** | 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP |
| **Published:** | November 2013 |
| • **Individual Photographs:** | 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP |
| **Published:** | December 2013 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** April 08, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Temle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 22, 2013 to December 13, 2013

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |
| • **Individual Photographs:** | 12251 Tillinghast Cir back 2013 AAP |
| **Published:** | January 2013 |
| • **Individual Photographs:** | 799 Sanctuary Way nite pool a 2013 AAP |
| **Published:** | March 2013 |
| • **Individual Photographs:** | 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool 2013 AAP |
| **Published:** | September 2013 |
| • **Individual Photographs:** | Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP |
| **Published:** | October 2013 |
| • **Individual Photographs:** | 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP |
| **Published:** | November 2013 |
| • **Individual Photographs:** | 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP |
| **Published:** | December 2013 |

## Completion/Publication



| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |





Good morning from your friends at #LillianRealtyGroup
Start your day off with a little paradise of Jupiter, Florida Real Estate
www.jupiterfloridahomesforsale.com

EXHIBIT
19-C



# Exhibit
# 20



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tanla*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 25, 2014 to September 17, 2014

### Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |

### Author _____

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

**Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**  Robert Stevens
**Date:**  April 08, 2018

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Lesle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 25, 2014 to September 17, 2014

### Title _____

**Title of Group:**   Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and
Others Case Number 1-6471890920

**Number of Photographs in Group:**   8

- **Individual Photographs:**   11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP,
11770 Calleta Ct pool b 2014 AAP
  **Published:**   January 2014

- **Individual Photographs:**   227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:**   February 2014

- **Individual Photographs:**   3800 N Ocean Dr private balcony 2014 AAP
  **Published:**   April 2014

- **Individual Photographs:**   1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:**   May 2014

- **Individual Photographs:**   2976 SE Dune Dr kitchen 2014 AAP
  **Published:**   September 2014

### Completion/Publication _____

**Year of Completion:**   2014
**Earliest Publication Date in Group:**   January 25, 2014
**Latest Publication Date in Group:**   September 17, 2014
**Nation of First Publication:**   United States



### Author _____

- **Author:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:**   photographs
  **Work made for hire:**   Yes



**side by side photo comparisons**

**original photo**





EXHIBIT
**20-D**

# Exhibit

# 21



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**EXHIBIT 21-B**

**Registration Number**

VA 1-920-552

**Effective date of registration:**

June 27, 2013

---

## Title

**Title of Work:** Group Registration Photos, Catalog of 2012 Pictures, June 30 - Dec. 31 2012; 396 photos

**Contents Titles:** 62_country_rd_001, Dec.31,2012; 62_country_rd_01, Dec.31,2012; 62_country_rd_002, Dec.31,2012;62_country_rd_02, Dec.31,2012; 62_country_rd_003, Dec.31,2012; 62_country_rd_03, Dec.31,2012; 62_country_rd_03a, Dec.31,2012; 62_country_rd_004, Dec.31,2012;62_country_rd_04, Dec.31,2012;62_country_rd_005, Dec.31,2012;62_country_rd_05, Dec.31,2012;62_country_rd_006, Dec.31,2012;62_country_rd_06, Dec.31,2012;62_country_rd_07, Dec.31,2012;62_country_rd_08, Dec.31,2012;62_country_rd_09, Dec.31,2012;62_country_rd_10, Dec.31,2012;62_country_rd_11, Dec.31,2012; 62_country_rd_12, Dec.31,2012;62_country_rd_13, Dec.31,2012;62_country_rd_14, Dec.31,2012;62_country_rd_15, Dec.31,2012;62_country_rd_16, Dec.31,2012;62_country_rd_17, Dec.31,2012;62_country_rd_18, Dec.31,2012;62_country_rd_19, Dec.31,2012;62_country_rd_20, Dec.31,2012;62_country_rd_21, Dec.31,2012;62_country_rd_22, Dec.31,2012;62_country_rd_23, Dec.31,2012;62_country_rd_24, Dec.31,2012;62_country_rd_25, Dec.31,2012;62_country_rd_26, Dec.31,2012;62_country_rd_27, Dec.31,2012;62_country_rd_28, Dec.31,2012;62_country_rd_29, Dec.31,2012;62_country_rd_30, Dec.31,2012;62_country_rd_31, Dec.31,2012;62_country_rd_32, Dec.31,2012;62_country_rd_33, Dec.31,2012;62_country_rd_34, Dec.31,2012;62_country_rd_35, Dec.31,2012;62_country_rd_36, Dec.31,2012;62_country_rd_37, Dec.31,2012;62_country_rd_38, Dec.31,2012;62_country_rd_43, Dec.31,2012;62_country_rd_43a, Dec.31,2012;62_country_rd_44, Dec.31,2012;62_country_rd_45, Dec.31,2012;62_country_rd_46, Dec.31,2012

131_Terrapin_Tr_a, July 9,2012;131_Terrapin_Tr_b, July 9,2012;131_Terrapin_Tr_c, July 9,2012; 131_Terrapin_Tr_d, July 9,2012;131_Terrapin_Tr_e, July 9,2012;131_Terrapin_Tr_f, July 9,2012;131_Terrapin_Tr_g, July 9,2012;131_Terrapin_Tr_h, July 9,2012;131_Terrapin_Tr_i, July 9,2012;131_Terrapin_Tr_j, July 9,2012;131_Terrapin_Tr_k, July 9,2012;131_Terrapin_Tr_l, July 9,2012;131_Terrapin_Tr_m, July 9,2012;131_Terrapin_Tr_n, July 9,2012;131_Terrapin_Tr_o, July 9,2012;131_Terrapin_Tr_p, July 9,2012;131_Terrapin_Tr_q, July 9,2012;131_Terrapin_Tr_r, July 9,2012;131_Terrapin_Tr_s, July 9,2012;131_Terrapin_Tr_t, July 9,2012;131_Terrapin_Tr_u, July 9,2012;131_Terrapin_Tr_v, July 9,2012;131_Terrapin_Tr_w, July 9,2012;Loxahatchee_Club_2012,July 9, 2012

176_Bears_Club_Dr_01, June 28, 2012;176_Bears_Club_Dr_02, June 28, 2012;176_Bears_Club_Dr_04, June 28, 2012;176_Bears_Club_Dr_05, June 28, 2012;176_Bears_Club_Dr_06, June 28, 2012;176_Bears_Club_Dr_07, June 28, 2012;176_Bears_Club_Dr_07a, June 28, 2012;176_Bears_Club_Dr_07b, June 28, 2012;176_Bears_Club_Dr_08, June 28, 2012;176_Bears_Club_Dr_09, June 28, 2012;176_Bears_Club_Dr_11, June 28, 2012;176_Bears_Club_Dr_13, June 28, 2012;176_Bears_Club_Dr_14a, June 28, 2012;176_Bears_Club_Dr_15, June 28, 2012;176_Bears_Club_Dr_16, June 28, 2012;176_Bears_Club_Dr_17, June 28, 2012;176_Bears_Club_Dr_18, June 28, 2012;176_Bears_Club_Dr_19, June 28, 2012;176_Bears_Club_Dr_20, June 28, 2012;176_Bears_Club_Dr_21, June 28, 2012;176_Bears_Club_Dr_23, June 28, 2012;176_Bears_Club_Dr_25, June 28, 2012;176_Bears_Club_Dr_28, June 28, 2012;176_Bears_Club_Dr_29, June 28, 2012;176_Bears_Club_Dr_30, June 28, 2012;176_Bears_Club_Dr_31, June 28, 2012;176_Bears_Club_Dr_32, June 28, 2012;176_Bears_Club_Dr_33, June 28, 2012;176_Bears_Club_Dr_34, June 28, 2012;176_Bears_Club_Dr_36, June 28, 2012;176_Bears_Club_Dr_39, June 28, 2012;176_Bears_Club_Dr_40, June 28, 2012;176_Bears_Club_Dr_41, June 28, 2012;176_Bears_Club_Dr_43, June 28, 2012;176_Bears_Club_Dr_46, June 28, 2012;176_Bears_Club_Dr_48, June 28, 2012;176_Bears_Club_Dr_49, June 28, 2012;176_Bears_Club_Dr_51, June 28, 2012;176_Bears_Club_Dr_53, June 28, 2012;176_Bears_Club_Dr_54, June 28, 2012;176_Bears_Club_Dr_56, June 28, 2012;176_Bears_Club_Dr_60, June 28, 2012;176_Bears_Club_Dr_61, June 28, 2012;176_Bears_Club_Dr_62, June 28, 2012;176_Bears_Club_Dr_63, June 28, 2012;176_Bears_Club_Dr_64, June 28, 2012;176_Bears_Club_Dr_65, June 28, 2012;176_Bears_Club_Dr_66, June 28, 2012;176_Bears_Club_Dr_67, June 28, 2012;176_Bears_Club_Dr_68, June 28, 2012;176_Bears_Club_Dr_69, June 28, 2012;176_Bears_Club_Dr_70, June 28, 2012;176_Bears_Club_Dr_71, June 28, 2012;176_Bears_Club_Dr_82, June 28, 2012;176_Bears_Club_Dr_BC, June 28, 2012

500_S_US_Highway_One_01,July 25,2012;500_S_US_Highway_One_02,July 25,2012;500_S_US_Highway_One_03,July 25,2012;500_S_US_Highway_One_04,July 25,2012;500_S_US_Highway_One_05,July 25,2012;500_S_US_Highway_One_06,July 25,2012;500_S_US_Highway_One_06a,July 25,2012;500_S_US_Highway_One_07,July 25,2012;500_S_US_Highway_One_08,July 25,2012;500_S_US_Highway_One_09,July 25,2012;500_S_US_Highway_One_10,July 25,2012;500_S_US_Highway_One_11,July 25,2012;500_S_US_Highway_One_12,July 25,2012;500_S_US_Highway_One_13,July 25,2012;500_S_US_Highway_One_14,July 25,2012;500_S_US_Highway_One_15,July


*0000VA0001920552040 1*

25,2012;500_S_US_Highway_One_16,July
25,2012;500_S_US_Highway_One_17,July
25,2012;500_S_US_Highway_One_17a,July
25,2012;500_S_US_Highway_One_19,July
25,2012;500_S_US_Highway_One_20,July
25,2012;500_S_US_Highway_One_21,July
25,2012;500_S_US_Highway_One_23,July
25,2012;500_S_US_Highway_One_24,July
25,2012;500_S_US_Highway_One_25,July
25,2012;500_S_US_Highway_One_26,July
25,2012;500_S_US_Highway_One_27,July
25,2012;500_S_US_Highway_One_28,July
25,2012;500_S_US_Highway_One_29,July
25,2012;500_S_US_Highway_One_30,July
25,2012;500_S_US_Highway_One_31,July
25,2012;500_S_US_Highway_One_32,July
25,2012;500_S_US_Highway_One_33,July
25,2012;Jupiter_Yacht_Club,July 26,2012
550_S_Ocean_Blvd_001,July 31,2012;550_S_Ocean_Blvd_01,July
31,2012;550_S_Ocean_Blvd_002,July 31,2012;550_S_Ocean_Blvd_02,July
31,2012;550_S_Ocean_Blvd_003,July
31,2012;550_S_Ocean_Blvd_03a,July 31,2012;550_S_Ocean_Blvd_04,July
31,2012;550_S_Ocean_Blvd_05,July 31,2012;550_S_Ocean_Blvd_06,July
31,2012;550_S_Ocean_Blvd_07,July 31,2012;550_S_Ocean_Blvd_08,July
31,2012;550_S_Ocean_Blvd_09,July 31,2012;550_S_Ocean_Blvd_10,July
31,2012;550_S_Ocean_Blvd_11a,July
31,2012;550_S_Ocean_Blvd_11b,July 31,2012;550_S_Ocean_Blvd_12,July
31,2012;550_S_Ocean_Blvd_13,July 31,2012;550_S_Ocean_Blvd_14,July
31,2012;550_S_Ocean_Blvd_15,July 31,2012;550_S_Ocean_Blvd_17a,July
31,2012;550_S_Ocean_Blvd_18,July 31,2012;550_S_Ocean_Blvd_19,July
31,2012;550_S_Ocean_Blvd_20,July 31,2012;550_S_Ocean_Blvd_36,July
31,2012;550_S_Ocean_Blvd_37,July 31,2012;550_S_Ocean_Blvd_40,July
31,2012;550_S_Ocean_Blvd_41,July 31,2012;550_S_Ocean_Blvd_42,July
31,2012;550_S_Ocean_Blvd_42-2,July
31,2012;550_S_Ocean_Blvd_43,July 31,2012;550_S_Ocean_Blvd_44,July
31,2012;550_S_Ocean_Blvd_46,July 31,2012;550_S_Ocean_Blvd_47,July
31,2012;550_S_Ocean_Blvd_48,July 31,2012
1001_NE_5th_Ave_01,June 30,2012;1001_NE_5th_Ave_02,June
30,2012;1001_NE_5th_Ave_02a,June 30,2012;1001_NE_5th_Ave_03,June
30,2012;1001_NE_5th_Ave_04,June 30,2012;1001_NE_5th_Ave_05,June
30,2012;1001_NE_5th_Ave_06,June 30,2012;1001_NE_5th_Ave_08,June
30,2012;1001_NE_5th_Ave_09,June 30,2012;1001_NE_5th_Ave_09a,June
30,2012;1001_NE_5th_Ave_10,June 30,2012;1001_NE_5th_Ave_12b,June
30,2012;1001_NE_5th_Ave_15,June 30,2012;1001_NE_5th_Ave_15a,June
30,2012;1001_NE_5th_Ave_15b,June 30,2012;1001_NE_5th_Ave_15c,June
30,2012;1001_NE_5th_Ave_16,June 30,2012;1001_NE_5th_Ave_16a,June
30,2012;1001_NE_5th_Ave_16b,June 30,2012;1001_NE_5th_Ave_16c,June
30,2012;1001_NE_5th_Ave_17,June 30,2012;1001_NE_5th_Ave_20,June
30,2012;1001_NE_5th_Ave_21,June 30,2012;1001_NE_5th_Ave_21a,June
30,2012;1001_NE_5th_Ave_23,June 30,2012;1001_NE_5th_Ave_26,June
30,2012;1001_NE_5th_Ave_27,June 30,2012;1001_NE_5th_Ave_28,June
30,2012;1001_NE_5th_Ave_29,June 30,2012;1001_NE_5th_Ave_30,June
30,2012;1001_NE_5th_Ave_31,June 30,2012;1001_NE_5th_Ave_32,June
30,2012;1001_NE_5th_Ave_34,June 30,2012;1001_NE_5th_Ave_36,June
30,2012;1001_NE_5th_Ave_40,June 30,2012;1001_NE_5th_Ave_41,June
30,2012;1001_NE_5th_Ave_42,June 30,2012



3221_Winning_Way_006,Aug.31,2012;3221_Winning_Way_008,Aug.31,2012;3221_Winning_Way_009a,Aug.31,2012;3221_Winning_Way_009b,Aug.31,2012;3221_Winning_Way_010,Aug.31,2012;3221_Winning_Way_014,Aug.31,2012;3221_Winning_Way_014a,Aug.31,2012;3221_Winning_Way_016,Aug.31,2012;3221_Winning_Way_017,Aug.31,2012;3221_Winning_Way_019a,Aug.31,2012;3221_Winning_Way_020,Aug.31,2012;3221_Winning_Way_023,Aug.31,2012;3221_Winning_Way_026,Aug.31,2012;3221_Winning_Way_028,Aug.31,2012;3221_Winning_Way_030,Aug.31,2012;3221_Winning_Way_033,Aug.31,2012;3221_Winning_Way_035a,Aug.31,2012;3221_Winning_Way_035b,Aug.31,2012;3221_Winning_Way_036b,Aug.31,2012;3221_Winning_Way_037,Aug.31,2012;3221_Winning_Way_040-2,Aug.31,2012;3221_Winning_Way_044a,Aug.31,2012;3221_Winning_Way_044b,Aug.31,2012;3221_Winning_Way_045,Aug.31,2012;3221_Winning_Way_045a,Aug.31,2012;3221_Winning_Way_046,Aug.31,2012;3221_Winning_Way_047,Aug.31,2012;3221_Winning_Way_048,Aug.31,2012;3221_Winning_Way_050,Aug.31,2012;3221_Winning_Way_053,Aug.31,2012;3221_Winning_Way_055,Aug.31,2012;3221_Winning_Way_058,Aug.31,2012;3221_Winding_Way_a,Aug.31,2012;3221_Winding_Way_c_copy,Aug.31,2012;3221_Winding_Way_e,Aug.31,2012;3221_Winding_Way_g_copy,Aug.31,2012;3221_Winding_Way_g,Aug.31,2012;3221_Winding_Way_i,Aug.31,2012;3221_Winding_Way_k,Aug.31,2012

6024_Fountain_Palm_Dr_01,July 18,2012;6024_Fountain_Palm_Dr_02,July 18,2012;6024_Fountain_Palm_Dr_03,July 18,2012;6024_Fountain_Palm_Dr_04,July 18,2012;6024_Fountain_Palm_Dr_05,July 18,2012;6024_Fountain_Palm_Dr_07,July 18,2012;6024_Fountain_Palm_Dr_08,July 18,2012;6024_Fountain_Palm_Dr_09,July 18,2012;6024_Fountain_Palm_Dr_10,July 18,2012;6024_Fountain_Palm_Dr_10a,July 18,2012;6024_Fountain_Palm_Dr_10b,July 18,2012;6024_Fountain_Palm_Dr_10c,July 18,2012;6024_Fountain_Palm_Dr_11,July 18,2012;6024_Fountain_Palm_Dr_12,July 18,2012;6024_Fountain_Palm_Dr_12a,July 18,2012;6024_Fountain_Palm_Dr_13,July 18,2012;6024_Fountain_Palm_Dr_14,July 18,2012;6024_Fountain_Palm_Dr_16,July 18,2012;6024_Fountain_Palm_Dr_17,July 18,2012;6024_Fountain_Palm_Dr_18,July 18,2012;6024_Fountain_Palm_Dr_18a,July 18,2012;6024_Fountain_Palm_Dr_19,July 18,2012;6024_Fountain_Palm_Dr_22,July 18,2012;6024_Fountain_Palm_Dr_23,July 18,2012;6024_Fountain_Palm_Dr_23a,July 18,2012;6024_Fountain_Palm_Dr_27,July 18,2012;6024_Fountain_Palm_Dr_28,July 18,2012;6024_Fountain_Palm_Dr_29,July 18,2012;6024_Fountain_Palm_Dr_30,July 18,2012;6024_Fountain_Palm_Dr_31,July 18,2012;6024_Fountain_Palm_Dr_33,July 18,2012;6024_Fountain_Palm_Dr_34,July 18,2012;6024_Fountain_Palm_Dr_35,July 18,2012;6024_Fountain_Palm_Dr_36,July 18,2012;6024_Fountain_Palm_Dr_37,July 18,2012;6024_Fountain_Palm_Dr_Jupiter_6z,July 18,2012


"0000VA0001920552040Z"

12215_Tillinhast_Circle_01,Aug.30,2012;12215_Tillinhast_Circle_01a,Aug.30,2012;12215_Tillinhast_Circle_01b,Aug.30,2012;12215_Tillinhast_Circle_02a,Aug.30,2012;12215_Tillinhast_Circle_03,Aug.30,2012;12215_Tillinhast_Circle_04,Aug.30,2012;12215_Tillinhast_Circle_04a,Aug.30,2012;12215_Tillinhast_Circle_05,Aug.30,2012;12215_Tillinhast_Circle_06,Aug.30,2012;12215_Tillinhast_Circle_07,Aug.30,2012;12215_Tillinhast_Circle_08,Aug.30,2012;12215_Tillinhast_Circle_09,Aug.30,2012;12215_Tillinhast_Circle_10,Aug.30,2012;12215_Tillinhast_Circle_10b,Aug.30,2012;12215_Tillinhast_Circle_10c,Aug.30,2012;12215_Tillinhast_Circle_11,Aug.30,2012;12215_Tillinhast_Circle_12,Aug.30,2012;12215_Tillinhast_Circle_14,Aug.30,2012;12215_Tillinhast_Circle_15,Aug.30,2012;12215_Tillinhast_Circle_17,Aug.30,2012;12215_Tillinhast_Circle_20,Aug.30,2012;12215_Tillinhast_Circle_21,Aug.30,2012;12215_Tillinhast_Circle_23,Aug.30,2012;12215_Tillinhast_Circle_24,Aug.30,2012;12215_Tillinhast_Circle_25,Aug.30,2012;12215_Tillinhast_Circle_26,Aug.30,2012;12215_Tillinhast_Circle_27,Aug.30,2012;12215_Tillinhast_Circle_28,Aug.30,2012;12215_Tillinhast_Circle_29,Aug.30,2012;12215_Tillinhast_Circle_30,Aug.30,2012;12215_Tillinhast_Circle_35,Aug.30,2012;12215_Tillinhast_Circle_36,Aug.30,2012;12215_Tillinhast_Circle_36b,Aug.30,2012;12215_Tillinhast_Circle_38,Aug.30,2012;12215_Tillinhast_Circle_38b,Aug.30,2012;12215_Tillinhast_Circle_41,Aug.30,2012;12215_Tillinhast_Circle_41a,Aug.30,2012;12215_Tillinhast_Circle_42,Aug.30,2012;12215_Tillinhast_Circle_43,Aug.30,2012;12215_Tillinhast_Circle_44,Aug.30,2012;12251_Tillinhast_Circle_II,Aug.30,2012
18241_Perigon_Way_01a, July 12,2012;18241_Perigon_Way_02a, July 12,2012;18241_Perigon_Way_02b, July 12,2012;18241_Perigon_Way_02c, July 12,2012;18241_Perigon_Way_05, July 12,2012;18241_Perigon_Way_06, July 12,2012;18241_Perigon_Way_08, July 12,2012;18241_Perigon_Way_09, July 12,2012;18241_Perigon_Way_11, July 12,2012;18241_Perigon_Way_11b, July 12,2012;18241_Perigon_Way_12, July 12,2012;18241_Perigon_Way_14, July 12,2012;18241_Perigon_Way_14a, July 12,2012;18241_Perigon_Way_15, July 12,2012;18241_Perigon_Way_16, July 12,2012;18241_Perigon_Way_18, July 12,2012;18241_Perigon_Way_19, July 12,2012;18241_Perigon_Way_20, July 12,2012;18241_Perigon_Way_21, July 12,2012;18241_Perigon_Way_21a, July 12,2012;18241_Perigon_Way_22, July 12,2012;18241_Perigon_Way_25, July 12,2012;18241_Perigon_Way_27a, July 12,2012;18241_Perigon_Way_29, July 12,2012;18241_Perigon_Way_29a, July 12,2012;18241_Perigon_Way_30, July 12,2012;18241_Perigon_Way_31, July 12,2012;18241_Perigon_Way_32, July 12,2012;18241_Perigon_Way_33,July 12,2012; 18241_Perigon_Way_34, July 12,2012;18241_Perigon_Way_34a, July 12,2012;18241_Perigon_Way_35, July 12,2012; 18241_Perigon_Way_36, July 12,2012;18241_Perigon_Way_37, July 12,2012;18241_Perigon_Way_38, July 12,2012;18241_Perigon_Way_40, July 12,2012;18241_Perigon_Way_Jupiter_Lighthouse,July 12,2012

## Completion/Publication

Year of Completion:  2012

Date of 1st Publication:  June 30, 2012          Nation of 1st Publication:  United States

## Author

Author:  Robert Stevens

Author Created:  photograph(s)

Citizen of:  United States          Domiciled in:  United States

Year Born:  1956

## Copyright claimant

Copyright Claimant: Robert Stevens

1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

Name: Robert Stevens

Date: September 24, 2013

Correspondence: Yes

Copyright Office notes: Regarding publication: Range of publication dates is June 30 - Dec. 31, 2012



131_Terrapin_Tr_a, July 9,2012;131_Terrapin_Tr_b, July 9,2012;131_Terrapin_Tr_c, July 9,2012; 131_Terrapin_Tr_d, July 9,2012;131_Terrapin_Tr_e, July 9,2012;131_Terrapin_Tr_f, July 9,2012;131_Terrapin_Tr_g, July 9,2012;131_Terrapin_Tr_h, July 9,2012;131_Terrapin_Tr_i, July 9,2012;131_Terrapin_Tr_j, July 9,2012;131_Terrapin_Tr_k, July 9,2012;131_Terrapin_Tr_l, July 9,2012;131_Terrapin_Tr_m, July 9,2012;131_Terrapin_Tr_n, July 9,2012;131_Terrapin_Tr_o, July 9,2012;131_Terrapin_Tr_p, July 9,2012;131_Terrapin_Tr_q, July 9,2012;131_Terrapin_Tr_r, July 9,2012;131_Terrapin_Tr_s, July 9,2012;131_Terrapin_Tr_t, July 9,2012;131_Terrapin_Tr_u, July 9,2012;131_Terrapin_Tr_v, July 9,2012;131_Terrapin_Tr_w, July 9,2012;Loxahatchee_Club_2012,July 9, 2012



176_Bears_Club_Dr_01, June 28, 2012;176_Bears_Club_Dr_02, June 28, 2012;176_Bears_Club_Dr_04, June 28, 2012;176_Bears_Club_Dr_05, June 28, 2012;176_Bears_Club_Dr_06, June 28, 2012;176_Bears_Club_Dr_07, June 28, 2012;176_Bears_Club_Dr_07a, June 28, 2012;176_Bears_Club_Dr_07b, June 28, 2012;176_Bears_Club_Dr_08, June 28, 2012;176_Bears_Club_Dr_09, June 28, 2012;176_Bears_Club_Dr_11, June 28, 2012;176_Bears_Club_Dr_13, June 28, 2012;176_Bears_Club_Dr_14a, June 28, 2012;176_Bears_Club_Dr_15, June 28, 2012;176_Bears_Club_Dr_16, June 28, 2012;176_Bears_Club_Dr_17, June 28, 2012;176_Bears_Club_Dr_18, June 28, 2012;176_Bears_Club_Dr_19, June 28, 2012;176_Bears_Club_Dr_20, June 28, 2012;176_Bears_Club_Dr_21, June 28, 2012;176_Bears_Club_Dr_23, June 28, 2012;176_Bears_Club_Dr_25, June 28, 2012;176_Bears_Club_Dr_28, June 28, 2012;176_Bears_Club_Dr_29, June 28, 2012;176_Bears_Club_Dr_30, June 28, 2012;176_Bears_Club_Dr_31, June 28, 2012;176_Bears_Club_Dr_32, June 28, 2012;176_Bears_Club_Dr_33, June 28, 2012;176_Bears_Club_Dr_34, June 28, 2012;176_Bears_Club_Dr_36, June 28, 2012;176_Bears_Club_Dr_39, June 28, 2012;176_Bears_Club_Dr_40, June 28, 2012;176_Bears_Club_Dr_41, June 28, 2012;176_Bears_Club_Dr_43, June 28, 2012;176_Bears_Club_Dr_46, June 28, 2012;176_Bears_Club_Dr_48, June 28, 2012;176_Bears_Club_Dr_49, June 28, 2012;176_Bears_Club_Dr_51, June 28, 2012;176_Bears_Club_Dr_53, June 28, 2012;176_Bears_Club_Dr_54, June 28, 2012;176_Bears_Club_Dr_56, June 28, 2012;176_Bears_Club_Dr_60, June 28, 2012;176_Bears_Club_Dr_61, June 28, 2012;176_Bears_Club_Dr_62, June 28, 2012;176_Bears_Club_Dr_63, June 28, 2012;176_Bears_Club_Dr_64, June 28, 2012;176_Bears_Club_Dr_65, June 28, 2012;176_Bears_Club_Dr_66, June 28, 2012;176_Bears_Club_Dr_67, June 28, 2012;176_Bears_Club_Dr_68, June 28, 2012;176_Bears_Club_Dr_69, June 28, 2012;176_Bears_Club_Dr_70, June 28, 2012;176_Bears_Club_Dr_71, June 28, 2012;176_Bears_Club_Dr_82, June 28, 2012;176_Bears_Club_Dr_BC, June 28, 2012

500_S_US_Highway_One_01,July 25,2012;500_S_US_Highway_One_02,July 25,2012;500_S_US_Highway_One_03,July 25,2012;500_S_US_Highway_One_04,July 25,2012;500_S_US_Highway_One_05,July 25,2012;500_S_US_Highway_One_06,July 25,2012;500_S_US_Highway_One_06a,July 25,2012;500_S_US_Highway_One_07,July 25,2012;500_S_US_Highway_One_08,July 25,2012;500_S_US_Highway_One_09,July 25,2012;500_S_US_Highway_One_10,July 25,2012;500_S_US_Highway_One_11,July 25,2012;500_S_US_Highway_One_12,July 25,2012;500_S_US_Highway_One_13,July 25,2012;500_S_US_Highway_One_14,July 25,2012;500_S_US_Highway_One_15,July





EXHIBIT
21-C



Alicja   Home

1 event invite

TRENDING

Lol



EXHIBIT
21-D

Timeline Photos



Like · Comment · Share









 Ellen Lillian · Timeline Photos

Tag Photo   Options   Share   Send

https://www.facebook.com/photo.php?fbid=661673790542800&set=a.498555886854592.107895.100001005541213&type=1&theater



# Exhibit

# 22



©RAF 2012 all rights reserved

EXHIBIT
22-A

# Certificate of Registration



**EXHIBIT**
**22-B**

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-104-315

**Effective Date of Registration:**
April 08, 2018

*Kay H. Tesle*

Acting United States Register of Copyrights and Director

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 12, 2012 to November 27, 2012

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2012 Photographs N16 Including 209 Bears Club living room and Others Case Number 1-6470045913 |
| **Number of Photographs in Group:** | 9 |
| • **Individual Photographs:** | 209 Bears Club living room AAP, 3175 Cove Rd low balloon aerial 2012 AAP |
| **Published:** | January 2012 |
| • **Individual Photographs:** | 12032 East End Rd aerial Lost Tree  2012 AAP |
| **Published:** | March 2012 |
| • **Individual Photographs:** | Ritz Singer Island balcony two chairs white orchid 2012 AAP |
| **Published:** | August 2012 |
| • **Individual Photographs:** | Frenchmans Reserve Golf AAP 2012, Sailfish Cove Aerial Sign AAP 2012 |
| **Published:** | October 2012 |
| • **Individual Photographs:** | 2960 Polo Dr aerial 2012 AAP, 176 Spyglass pool 2012 AAP, Sailfish Cove Sign AAP 2012 |
| **Published:** | November 2012 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | January 12, 2012 |
| **Latest Publication Date in Group:** | November 27, 2012 |
| **Nation of First Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Page 1 of 2

**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   April 08, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-315

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 12, 2012 to November 27, 2012

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Selected 2012 Photographs N16 Including 209 Bears Club living room and Others Case Number 1-6470045913 |
| **Number of Photographs in Group:** | 9 |

- **Individual Photographs:** 209 Bears Club living room AAP, 3175 Cove Rd low balloon aerial 2012 AAP
  **Published:** January 2012

- **Individual Photographs:** 12032 East End Rd aerial Lost Tree  2012 AAP
  **Published:** March 2012

- **Individual Photographs:** Ritz Singer Island balcony two chairs white orchid 2012 AAP
  **Published:** August 2012

- **Individual Photographs:** Frenchmans Reserve Golf AAP 2012, Sailfish Cove Aerial Sign AAP 2012
  **Published:** October 2012

- **Individual Photographs:** 2960 Polo Dr aerial 2012 AAP, 176 Spyglass pool 2012 AAP, Sailfish Cove Sign AAP 2012
  **Published:** November 2012

## Completion/Publication _____



|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | January 12, 2012 |
| **Latest Publication Date in Group:** | November 27, 2012 |
| **Nation of First Publication:** | United States |

## Author _____

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

Page 1 of 2





Ellen Lillian
May 6, 2014

Good morning from your friends at #LillianRealtyGroup
Start your day off with a little paradise of Jupiter, Florida Real Estate
www.jupiterfloridahomesforsale.com

**EXHIBIT 22-C**

# side by side photo comparisons



## original photo



EXHIBIT
22-D

# Exhibit

# 23



# Certificate of Registration





**EXHIBIT 23-B**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-075-526

**Effective Date of Registration:**
November 10, 2017

---

## Title

**Title of Work:** Group Registration Photos, Selected 2015 Photographs H1 Including 2000 Building, Eastpointe, Harbour House, Sutton Place and Others published Jan. 3, 2015 to Dec. 11, 2015; 107 photos

**Content Title:** Palm Beach Polo Club AAP 2015 a, Jan.3, 2015; Harbour House pool 1 AAP 2010, Jan. 3, 2015;
St Andrews at the Polo Club aerial 2012 AAP, Jan. 3, 2015; Sunrise with Palms AAP 2015, Jan. 3, 2015;
The Landings aerial 2015 AAP, Jan. 3, 2015; 410 N Lake Way night 2015 AAP, Mar. 2, 2015;
87 S River Dr Stuart nite front 2015, Apr. 1, 2015; 190 Bears Club Dr aerial b AAP 2015, Apr. 20, 2015;
The Club At Admiral's Cove, AAP 2015 d, May. 11, 2015; The Landings gym 2015 AAP, May. 18, 2015;
The Landings pool 2015 AAP, May. 18, 2015; The Landings sign b 2015 AAP, May. 18, 2015;
The Landings sign a 2015 AAP, May. 18, 2015; 11770 St Andrews Pl aerial 1 2015 AAP, May. 26, 2015;
11770 St Andrews Pl aerial 2 2015 AAP, May. 26, 2015; Harbour House tennis A 2015 AAP, Jul. 8, 2015;

Harbour House tennis B 2015 AAP, Jul. 8, 2015; Harbour House beach steps 2015 AAP, Jul. 8, 2015;
Harbour House lobby A 2015 AAP, Jul. 8, 2015; Harbour House lobby B 2015 AAP, Jul. 8, 2015;
Harbour House billiard room A 2015 AAP, Jul. 8, 2015; Harbour House tennis C 2015 AAP, Jul. 8, 2015;
Harbour House aerial 1 AAP 2015, Jul. 8, 2015; Harbour House aerial 2 AAP 2015, Jul. 8, 2015;
Harbour House aerial 4 AAP 2015, Jul. 8, 2015; Harbour House aerial 3 AAP 2015, Jul. 8, 2015;
Harbour House aerial 5 AAP 2015, Jul. 8, 2015; Harbour House pool 3 AAP 2015, Jul. 9, 2015;
Harbour House pool 5 AAP 2015, Jul. 9, 2015; Harbour House pool 4 AAP 2015, Jul. 9, 2015;
Harbour House pool 2 AAP 2015, Jul. 9, 2015; Harbour House aerial 6 AAP 2015, Jul. 10, 2015;

Par 3 Golf S Palm Beach 2015 AAP, Jul. 10, 2015; Par 3 Golf putters 2015 AAP, Jul. 10, 2015;
2000 Building Palm Beach gym AAP 2015, Jul. 17, 2015; 2000 Building lobby 1 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach lobby 2 AAP 2015, Jul. 17, 2015; 2000 Building

Palm Beach lobby 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 2 AAP 2015, Jul. 17, 2015; 2000 Building
Palm Beach pool 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 1 AAP 2015, Jul. 17, 2015; 2000 Building
Palm Beach aerial d 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach tennis a 2015 AAP, Jul. 17, 2015; 2000 Building
Palm Beach aerial 1 AAP 2015, Jul. 20, 2015;
2000 Building Palm Beach aerial a AAP 2015, Jul. 20, 2015; 5932 Morning
Dove Way aerial d 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial b 2015 AAP, Jul. 31, 2015;

Loblolly Marina aerial b 2015 AAP, Jul. 31, 2015; Loblolly Marina aerial a
2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial c 2015 AAP, Jul. 31, 2015; 5932 Morning
Dove Way aerial e 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial a 2015 AAP, Jul. 31, 2015; Loblolly Hobe
Sound aerial a 2015 AAP, Jul. 31, 2015;
11770 St Andrews Pl aerial 3 2015 AAP, Aug. 3, 2015; Palm Beach Polo Club
AAP 2015 b, Aug. 11, 2015;
The Club At Admiral's Cove, AAP 2015 e, Aug. 17, 2015; Sewells Point aerial
a 2015 AAP, Sept. 2, 2015;
Juno Beach Pier k 2015 AAP, Sept. 17, 2015; 870 S Ocean Blvd sunrise a 2015
AAP, Sept. 20, 2015;
870 S Ocean Blvd sunrise b 2015 AAP, Sept. 20, 2015; 870 S Ocean Blvd
sunrise c 2015 AAP, Sept. 20, 2015;
Eastpointe II aerial c 2015 AAP, Sept. 25, 2015; Eastpointe II aerial b 2015
AAP, Sept. 25, 2015;
Sutton Place sign 2015 AAP, Oct. 1, 2015; Sutton Place gym 2015 AAP, Oct. 1,
2015;
Sutton Place lobby a 2015 AAP, Oct. 1, 2015; Sutton Place aerial a 2015 AAP,
Oct. 1, 2015;
Sutton Place aerial b 2015 AAP, Oct. 1, 2015; Sutton Place pool 2015 AAP,
Oct. 1, 2015;

S Palm Beach aerial h 2015 AAP, Oct. 1, 2015; Sutton Place aerial c 2015 AAP,
Oct. 1, 2015;
750 S County Rd front 2015 AAP, Oct. 2, 2015; 2778 S Ocean Blvd Lobby
AAP 2015, Oct. 5, 2015;
Eastpointe II Gym 2015 AAP, Oct. 6, 2015; Eastpointe II Game Room 2015
AAP, Oct. 6, 2015;
Eastpointe II Lobby 2015 AAP, Oct. 6, 2015; Eastpointe II Pool a 2015 AAP,
Oct. 6, 2015;
Eastpointe II Beach Access 2015 AAP, Oct. 6, 2015; Eastpointe II Pool b 2015
AAP, Oct. 6, 2015;
Eastpointe II Tennis 2015 AAP, Oct. 6, 2015; Eastpointe II Gate 2015 AAP,
Oct. 6, 2015;
Two City Plaza aerial g 2015 AAP, Oct. 8, 2015; Two City Plaza pool aerial p
2015 AAP, Oct. 8, 2015;
Two City Plaza aerial k 2015 AAP, Oct. 8, 2015; Hidden Bridge Estates gate
2015 AAP, Oct. 9, 2015;
Old Port Cove aerial m 2015 AAP, Oct. 9, 2015; One Royal Palm Way aerial j
2015 AAP, Oct. 9, 2015;
One Royal Palm Way aerial k 2015 AAP, Oct. 9, 2015; Old Port Cove 100
Lakeshore Dr 2015 AAP, Oct. 9, 2015;
Old Port Cove pool  115 and 123 Lakeshore Dr 2015 AAP, Oct. 9, 2015; 055
Breakers West Clubhouse 2015 AAP, Oct. 14, 2015;
Breakers West sunset a AAP 2015, Oct. 14, 2015; Kravis Center 2015 AAP,
Oct. 20, 2015;



501 S Atlantic Dr loggia b AAP 2015, Oct. 29, 2015; 501 S Atlantic Dr pool c AAP 2015, Nov. 1, 2015;
Old Palm Clubhouse 2015 AAP, Nov. 25, 2015; Dorchester sign 2015 AAP, Nov. 30, 2015;
2100 S Ocean, AAP 2015 b, Dec. 6, 2015; Evergrene Gym a 2015, Dec. 7, 2015;
Evergrene Gym b 2015, Dec. 7, 2015; Evergrene aerial f 2015, Dec. 10, 2015; Evergrene aerial g 2015, Dec. 10, 2015; Evergrene aerial h 2015, Dec. 10, 2015; Evergrene aerial i 2015, Dec. 10, 2015; The Club ofat Admira's Cove AAP 2015 c, Dec. 11, 2015;
The Club ofat Admira's Cove AAP 2015 a, Dec. 11, 2015; The Club ofat Admira's Cove AAP 2015 b, Dec. 11, 2015;

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | January 03, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

Copyright Claimant:   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

| | |
|---|---|
| Name: | Robert Stevens |
| Date: | November 10, 2017 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-075-526

**Effective Date of Registration:**
November 10, 2017

---

## Title _____

**Title of Work:** Group Registration Photos, Selected 2015 Photographs H1 Including 2000 Building, Eastpointe, Harbour House, Sutton Place and Others published Jan. 3, 2015 to Dec. 11, 2015; 107 photos



**Content Title:** Palm Beach Polo Club AAP 2015 a, Jan.3, 2015; Harbour House pool 1 AAP 2010, Jan. 3, 2015;
St Andrews at the Polo Club aerial 2012 AAP, Jan. 3, 2015; Sunrise with Palms AAP 2015, Jan. 3, 2015;
The Landings aerial 2015 AAP, Jan. 3, 2015; 410 N Lake Way night 2015 AAP, Mar. 2, 2015;
87 S River Dr Stuart nite front 2015, Apr. 1, 2015; 190 Bears Club Dr aerial b AAP 2015, Apr. 20, 2015;
The Club At Admiral's Cove, AAP 2015 d, May. 11, 2015; The Landings gym 2015 AAP, May. 18, 2015;
The Landings pool 2015 AAP, May. 18, 2015; The Landings sign b 2015 AAP, May. 18, 2015;
The Landings sign a 2015 AAP, May. 18, 2015; 11770 St Andrews Pl aerial 1 2015 AAP, May. 26, 2015;
11770 St Andrews Pl aerial 2 2015 AAP, May. 26, 2015; Harbour House tennis A 2015 AAP, Jul. 8, 2015;

Harbour House tennis B 2015 AAP, Jul. 8, 2015; Harbour House beach steps 2015 AAP, Jul. 8, 2015;
Harbour House lobby A 2015 AAP, Jul. 8, 2015; Harbour House lobby B 2015 AAP, Jul. 8, 2015;
Harbour House billiard room A 2015 AAP, Jul. 8, 2015; Harbour House tennis C 2015 AAP, Jul. 8, 2015;
Harbour House aerial 1 AAP 2015, Jul. 8, 2015; Harbour House aerial 2 AAP 2015, Jul. 8, 2015;
Harbour House aerial 4 AAP 2015, Jul. 8, 2015; Harbour House aerial 3 AAP 2015, Jul. 8, 2015;
Harbour House aerial 5 AAP 2015, Jul. 8, 2015; Harbour House pool 3 AAP 2015, Jul. 9, 2015;
Harbour House pool 5 AAP 2015, Jul. 9, 2015; Harbour House pool 4 AAP 2015, Jul. 9, 2015;
Harbour House pool 2 AAP 2015, Jul. 9, 2015; Harbour House aerial 6 AAP 2015, Jul. 10, 2015;

Par 3 Golf S Palm Beach 2015 AAP, Jul. 10, 2015; Par 3 Golf putters 2015 AAP, Jul. 10, 2015;
2000 Building Palm Beach gym AAP 2015, Jul. 17, 2015; 2000 Building lobby 1 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach lobby 2 AAP 2015, Jul. 17, 2015; 2000 Building





# Exhibit

# 24



EXHIBIT
24-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**EXHIBIT**
**24-B**

**Registration Number**

## VA 2-099-658

**Effective Date of Registration:**
April 04, 2018

*Kay A. Legle*

Acting United States Register of Copyrights and Director

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 08, 2008 to December 22, 2008

**Title** _____

| | |
|---|---|
| **Title of Group:** | Group Registration Photos, Selected 2008 Photographs J12 Including 201 Banyan, Ritz C Singer Island, Trump International Golf, Worth Ave and Others,published Jan. 8, 2008 to Dec. 22, 2008; 26 photos |
| **Number of Photographs in Group:** | 26 |
| • **Individual Photographs:** | Trump NY Skating Rink 2008 AAP, New York City's Central Park at Sunrise 2008 AAP, 201 Banyan pool nite 2008 AAP, 201 Banyan Rd pool night 2008 AAP, Ritz C Singer Island theater b 2008 AAP |
| **Published:** | January 2008 |
| • **Individual Photographs:** | Trump International Golf WPB flag 2008 AAP, Trump International Golf WPB a 2008 AAP, Frenchmans Creek aerial a 2008 AAP, Singer Island Ritz Carlton sunrise c 2008 AAP, Singer Island Sunrise 2008 AAP,  Delray aerial two boats white roof and arrow 2008 AAP |
| **Published:** | February 2008 |
| • **Individual Photographs:** | Trump 515 N County interior a 2008 AAP |
| **Published:** | March 2008 |
| • **Individual Photographs:** | Sea Colony pool original photo 2008 AAP |
| **Published:** | April 2008 |
| • **Individual Photographs:** | Resort at Singer Is aerial 9 beach chairs 2008 AAP, Oasis aerial e Singer Island 2008 AAP, ;Dunes Towers aerial E to W 2008 AAP, 208 South Beach Rd G Player AAP 2008, 473 N County Rd aerial 2008 AAP, Worth Ave sign 2008 AAP, Worth Ave Palm Beach 2008 AAP |
| **Published:** | May 2008 |
| • **Individual Photographs:** | Admirals Cove Marina purple sky 2008 AAP,Resort at Singer Island pool A 2008 AAP |
| **Published:** | June 2008 |
| • **Individual Photographs:** | Boca Raton Aerial Pano z 2008 AAP |
| **Published:** | August 2008 |
| • **Individual Photographs:** | Singer Island aerial v 2008 AAP, 001 |
| **Published:** | September 2008 |

- **Individual Photographs:** Trump and Robert Stevens at TIGC WPB 2008 AAP
  **Published:** December 2008

## Completion/Publication

**Year of Completion:** 2008
**Earliest Publication Date in Group:** January 08, 2008
**Latest Publication Date in Group:** December 22, 2008
**Nation of First Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** April 04, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Taylor*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-099-658**

**Effective Date of Registration:**
April 04, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 08, 2008 to December 22, 2008

### Title _____

| | |
|---|---|
| **Title of Group:** | Group Registration Photos, Selected 2008 Photographs J12 Including 201 Banyan, Ritz C Singer Island, Trump International Golf, Worth Ave and Others,published Jan. 8, 2008 to Dec. 22, 2008; 26 photos |
| **Number of Photographs in Group:** | 26 |

- **Individual Photographs:** Trump NY Skating Rink 2008 AAP, New York City's Central Park at Sunrise 2008 AAP, 201 Banyan pool nite 2008 AAP, 201 Banyan Rd pool night 2008 AAP, Ritz C Singer Island theater b 2008 AAP
  **Published:** January 2008

- **Individual Photographs:** Trump International Golf WPB flag 2008 AAP, Trump International Golf WPB a 2008 AAP, Frenchmans Creek aerial a 2008 AAP, Singer Island Ritz Carlton sunrise c 2008 AAP, Singer Island Sunrise 2008 AAP,  Delray aerial two boats white roof and arrow 2008 AAP
  **Published:** February 2008

- **Individual Photographs:** Trump 515 N County interior a 2008 AAP
  **Published:** March 2008

- **Individual Photographs:** Sea Colony pool original photo 2008 AAP
  **Published:** April 2008

- **Individual Photographs:** Resort at Singer Is aerial 9 beach chairs 2008 AAP, Oasis aerial e Singer Island 2008 AAP, ;Dunes Towers aerial E to W 2008 AAP, 208 South Beach Rd G Player AAP 2008, 473 N County Rd aerial 2008 AAP, Worth Ave sign 2008 AAP, Worth Ave Palm Beach 2008 AAP
  **Published:** May 2008

- **Individual Photographs:** Admirals Cove Marina purple sky 2008 AAP,Resort at Singer Island pool A 2008 AAP
  **Published:** June 2008

- **Individual Photographs:** Boca Raton Aerial Pano z 2008 AAP
  **Published:** August 2008

- **Individual Photographs:** Singer Island aerial v 2008 AAP, 001
  **Published:** September 2008



**EXHIBIT 24-C**

# *side by side photo comparisons*

*original photo*





*copyright management information*



**EXHIBIT 24-D**

# Exhibit

# 25



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tunle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 18, 2015 to December 15, 2015

## Title _____

| | |
|---:|:---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication _____

| | |
|---:|:---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |

Page 1 of 2

## Author

| | |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** June 21, 2018

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teshe*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
       **For Photographs Published:**   January 18, 2015 to December 15, 2015

### Title _____

---

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |





Page 1 of 2







# side by side photo comparisons



**original photo**

**copyright management information**

# Exhibit

# 26



EXHIBIT
26-A

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-896-881**

**Effective date of registration:**

February 2, 2014

---

## Title

**Title of Work:** 209_Bears_Club_Dr_Jupiter_FL

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 2, 2011     **Nation of 1st Publication:** United States

## Author

■ **Author:** Robert Stevens

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Robert Stevens

1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens

**Date:** February 2, 2014

---

**Registration #:**   VA0001896881
**Service Request #:**   1-1189459551



Robert Stevens
1123 Melinda Ln
Haverhill, FL 33417  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-896-881

**Effective date of registration:**

February 2, 2014

---

### Title

Title of Work: 209_Bears_Club_Dr_Jupiter_FL

### Completion/Publication

Year of Completion: 2011

Date of 1st Publication: December 2, 2011     Nation of 1st Publication: United States

### Author

- Author: Robert Stevens
  Author Created: photograph(s)

  Work made for hire: No
  Citizen of: United States

### Copyright claimant

Copyright Claimant: Robert Stevens

1123 Melinda Ln, Haverhill, FL, 33417, United States

### Certification

Name: Robert Stevens
Date: February 2, 2014

---





**EXHIBIT 26-C**




October 15, 2014 ·

Good morning from your friends at #LillianRealtyGroup #PalmBeachLuxuryEstates
Start your day off with #greatjupiterfloridaproperties
www.jupiterfloridahomesforsale.comSpectacular

Like · Comment · Share

Write a comment...

Timeline Photos                    Options    Share    **Send**    Like



EXHIBIT
**26-D**

...g...y
equestrian
...
...waterfront condos,



Like Page

...er you seek custom
...low Lillian Realty
...ousehunt.com





Lillian Realty Group
October 15, 2014 ·

Good morning from your friends at #LillianRealtyGroup #PalmBeachLuxuryEstates Start your day off with #greatjupiterfloridaproperties www.jupiterfloridahomesforsale.comSpectacular

Like    Comment    Share

Write a comment...

People You May Know                                   See All


Tom Day
5 mutual friends
Add Friend



Like    Comment    Share



Lillian Realty Group                              Like Page
May 12 ·

Discover the finest homes for sale in Jupiter, Fl. Whether you seek custom homes or Palm Beach Fl homes for sale with a view, allow Lillian Realty Group to assist you in your home search. www.floridahousehunt.com



EXHIBIT
26-E



# Exhibit

# 27



KAP 2011 all rights reserved

**EXHIBIT 27-A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesle*

Acting United States Register of Copyrights and Director

**EXHIBIT**

**27-B**

Registration Number

**VA 2-104-315**

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 12, 2012 to November 27, 2012

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Selected 2012 Photographs N16 Including 209 Bears Club living room and Others Case Number 1-6470045913 |
| **Number of Photographs in Group:** | 9 |

- **Individual Photographs:** 209 Bears Club living room AAP, 3175 Cove Rd low balloon aerial 2012 AAP
  **Published:** January 2012

- **Individual Photographs:** 12032 East End Rd aerial Lost Tree  2012 AAP
  **Published:** March 2012

- **Individual Photographs:** Ritz Singer Island balcony two chairs white orchid 2012 AAP
  **Published:** August 2012

- **Individual Photographs:** Frenchmans Reserve Golf AAP 2012, Sailfish Cove Aerial Sign AAP 2012
  **Published:** October 2012

- **Individual Photographs:** 2960 Polo Dr aerial 2012 AAP, 176 Spyglass pool 2012 AAP, Sailfish Cove Sign AAP 2012
  **Published:** November 2012

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | January 12, 2012 |
| **Latest Publication Date in Group:** | November 27, 2012 |
| **Nation of First Publication:** | United States |

## Author _____

|  |  |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   April 08, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-104-315**

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 12, 2012 to November 27, 2012

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Selected 2012 Photographs N16 Including 209 Bears Club living room and Others Case Number 1-6470045913 |
| **Number of Photographs in Group:** | 9 |
| • **Individual Photographs:** | 209 Bears Club living room AAP, 3175 Cove Rd low balloon aerial 2012 AAP |
| **Published:** | January 2012 |
| • **Individual Photographs:** | 12032 East End Rd aerial Lost Tree  2012 AAP |
| **Published:** | March 2012 |
| • **Individual Photographs:** | Ritz Singer Island balcony two chairs white orchid 2012 AAP |
| **Published:** | August 2012 |
| • **Individual Photographs:** | Frenchmans Reserve Golf AAP 2012, Sailfish Cove Aerial Sign AAP 2012 |
| **Published:** | October 2012 |
| • **Individual Photographs:** | 2960 Polo Dr aerial 2012 AAP, 176 Spyglass pool 2012 AAP, Sailfish Cove Sign AAP 2012 |
| **Published:** | November 2012 |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | January 12, 2012 |
| **Latest Publication Date in Group:** | November 27, 2012 |
| **Nation of First Publication:** | United States |



## Author _____

|  |  |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Page 1 of 2



# side by side photo comparisons

## original photo





EXHIBIT

27-D

# Exhibit

# 28



EXHIBIT
28-A

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Ceasle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 25, 2014 to September 17, 2014

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

Page 1 of 2

|            | **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** April 08, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karan A. Tunle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 25, 2014 to September 17, 2014

### Title

| | |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |



*side by side photo comparisons*

*original photo*

*cropped*

*CMI Removed*

EXHIBIT
**28-D**

# Exhibit

# 29



EXHIBIT
29-A



# Certificate of Registration

**EXHIBIT**

**29-B**

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Ts___*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-104-319**

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 25, 2014 to September 17, 2014

### Title

| | |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |

### Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

Page 1 of 2

**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   April 08, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  January 25, 2014 to September 17, 2014

### Title

| | |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014

### Completion/Publication



| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |

### Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

**Residential Full Report**

**EXHIBIT 29-C**

258 Locha Drive, Jupiter, FL 33458

**MLS#:** RX-10019399

List Price: $3,625,000
Orig LP: $3,625,000
**Area:** 5100
St: Expired
Range Price:
**Geo Area:** PB31
Type: Single Family Detached
List Price/SqFt: 512.44
**County:** Palm Beach

**Legal Desc:** LOXAHATCHEE CLUB AT MAPLEWOOD PL 7 PH 2 LT 17

| | | |
|---|---|---|
| **Subdivision:** The Loxahatchee Club | | |
| **Development Name:** The Loxahatchee Club | | |
| **Model Name:** | **Parcel ID:** 30424111120000170 | **Front Exp:** NW |
| **Waterfront:** Yes | **Waterfrontage:** | **Garage Spaces:** 4 |
| **Lot Dimensions:** 166 x 180 | **Multiple Ofrs Acptd:** | **Carport Spaces:** |
| **Lot SqFt:** 29,880 | **Taxes:** 55,708 | **Private Pool:** Yes |
| | **Tax Year:** 2014 | |
| | **Special Assessment:** No | **REO:** No |
| | | **Short Sale Addendum:** No |
| **HOPA:** No Hopa | **Dock:** | **Short Sale:** No |
| **Zoning:** SFR | **Membership Fee Required:** Yes | **Owner/Agent:** |
| | **Membership Fee Amount:** 125,000 | |

**Virtual Tour:** Click to View

| | | | | | |
|---|---|---|---|---|---|
| **Living Room** 28 X 24 | **Family Room** 24 X 20 | **Master Bedroom** 24 X 20 | **LivSqFt:** 7,074 | **Bedrooms:** 4 | |
| **Kitchen** 24 X 20 | | **Bedroom 2** 14 X 14 | **SqFt - Total:** 8,980 | **Baths - Full:** 5 | |
| **Dining Room** 18 X 17 | | **Bedroom 3** 20 X 14 | **SqFt Source:** Tax Rolls | **Baths - Half:** 1 | |
| | | **Bedroom 4** 14 X 14 | **Guest Hse:** | **Baths - Total:** 5.1 | |
| | | **Great Room** 45 X 29 | **Yr Built:** 1999 | **Pets Allowed:** Yes | |
| | | | **Builder Name:** | | |
| | | | **Built Desc:** UNK | | |

| | | | |
|---|---|---|---|
| **HOA/POA/COA (Monthly):** 382.5 | **Bldg #:** | **Land Lease:** | **Mobile Home Size:** |
| **Governing Bodies:** HOA | **Total Floors/Stories:** 1 | **Recreation Lease:** | **Decal #:** |
| **Homeowners Assoc:** Mandatory | **Total Units in Bldg:** | **Min Days to Lease:** | **Serial #:** |
| **Lease Times p/Year:** | **Ttl Units in Complex:** | | **Brand Name:** |
| **Application Fee:** 150 | **Unit Floor #:** | | **Total Assessed Value:** |
| | **Membership Fee Amount:** 125,000 | | |

**Directions:** From Indiantown Road - South on Military Trail - West on Toney Penna, Club on Left

**Showing Instructions:** Appointment Only; LA Must Accompany; Owner Occupied

**LO:** 801457
**LM:** 20012667 — The Fite Group — Debra S Dytrych
**CLO:** 801457 — The Fite Group
**CLM:** 20011602 — Paula M Wittmann

**Com/BuyerAgt:** 2.5%
**Var/Dual Rate:** No
**Owner Name:** Withheld
**Comm/Non-Rep:** 0%
**List Type:** Ex Rt
**Trans Brk:** 2.5%
**List Off Agency:** Transaction Broker
**Bonus:** No
**XD:** 02/24/2015
**LD:** 02/25/2014

**Broker Only Remarks:** All information deemed reliable but not guaranteed. No commission due until title passes. FAR/BAR As Is Contracts Only. Call Debbie 561-373-4758 or Paula 561-373-2666 to schedule a showing. Equity Membership Required

**Any Broker Advertise:** No

**Design:** Traditional
**Construction:** CBS
**Unit Desc:**
**Flooring:** Carpet; Tile; Wood Floor
**Furnished:** Unfurnished
**Dining Area:** Breakfast Area; Dining Family; Formal; Snack Bar
**Master Bedroom/Bath:** Dual Sinks; Mstr Bdrm - Ground; Separate Shower; Separate Tub
**Window Treatments:** Blinds; Impact Glass; Picture
**Lot Description:** 1/2 to < 1 Acre
**Private Pool:** Inground; Spa
**Storm Protection:**
**Restrict:** Buyer Approval; Interview Required; Other
**Rooms:** Den/Office; Great
**Equip/Appl:** Auto Garage Open; Central Vacuum; Dishwasher; Disposal; Dryer; Microwave; Range - Gas; Smoke Detector; Wall Oven
**SubdivInfo:** Bike - Jog; Exercise Room; Golf Course; Library; Pool; Sauna; Sidewalks; Tennis
**Interior:** Cook Island; Fireplace(s); Foyer; French Door; Split Bedroom; Volume Ceiling; W/D Hookup; Walk-in Closet
**Exterior:** Auto Sprinkler; Awnings; Built-in Grill; Covered Patio; Open Patio; Screen Porch; Summer Kitchen; Zoned Sprinkler
**Maintenance Fee Incl:** Cable; Common Areas; Management Fees; Security; Trash Removal

**View:** Lake
**Waterfront Details:** Lake
**Cooling:** Central; Zoned
**Heating:** Central; Zoned
**Security:** Burglar Alarm; Gate - Manned; Security Patrol
**Membership:** Club Membership Req
**Utilities:** Cable; Electric; Public Sewer
**Special Info:** Foreign Seller; Sold As-Is
**Terms Considered:** Cash; Conventional
**Parking:** 2+ Spaces; Garage - Attached
**Roof:** Concrete Tile
**Taxes:** City/County
**Equestrian Features:**

**Original List Price:** $3,625,000
**Days On Market:** 364
**Cumulative DOM:** 364
**Sold Price:** Sold Price Sqft: Under Contract Date:
**Selling Office:** Terms of Sale: Sold Date:
**Selling Agent:**

**Public Remarks:** Palm Beach Elegance. Tucked away in the exclusive Loxahatchee Club in Jupiter, Florida, this exquisite 4BR with den, 5.5BA spacious home allows for resort style living and casual entertaining. Required membership fee $95,000.

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Mateusz Rymarski on Sunday, February 04, 2018 8:56 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**History for MLS # RX-10019399**   258 Locha Drive, Jupiter, FL 33458   **$3,625,000**

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10019399 | Expired | $3,625,000 | | 02/24/2015 | 364 | 364 | 258 Locha Drive |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | - | Status | $3,625,000 | | 02/25/2015 | | | |

Change by: BeachesMLS, Inc.

> Change at 1:00 AM Eastern: changed *Status*
> Old Value: Active
> New Value: Expired

| | - | Text, etc. | $3,625,000 | | 11/19/2014 | 97 | | |

Change by: Deborah A Tuttle

> Change at 2:34 PM Eastern: changed *Public Remarks*
> Old Value: ntertaining.
> New Value: ntertaining. Required membersh
> Change at 2:34 PM Eastern: changed *Tax Year*
> Old Value: 2013.00
> New Value: 2014.00
> Change at 2:34 PM Eastern: changed *Taxes*
> Old Value: 50379.00
> New Value: 55708.00

| | - | Photos, etc. | $3,625,000 | | 02/27/2014 | 362 | | |

Change by: Christina A. Berry

> Change at 9:55 AM Eastern: Added document "Floor Plan"
> Change at 9:55 AM Eastern: Added photo "30 Floor Plan"

| | - | New | $3,625,000 | | 02/25/2014 | 364 | | |

Change by: Christina A. Berry

> Change at 2:00 PM Eastern: Added photo "29 Rear Elevatio"
> Change at 2:00 PM Eastern: Added photo "28 Pool Twilight"
> Change at 2:00 PM Eastern: Added photo "27 Outdoor Dinin"
> Change at 2:00 PM Eastern: Added photo "26 Patio Twiligh"
> Change at 2:00 PM Eastern: Removed photo
> Change at 2:00 PM Eastern: Removed photo
> Change at 2:00 PM Eastern: Removed photo
> Change at 2:00 PM Eastern: Removed photo
> Change at 2:00 PM Eastern: Removed photo
> Change at 2:00 PM Eastern: Replaced photo "4 Pool"
> Change at 1:59 PM Eastern: Removed photo
> Change at 1:59 PM Eastern: Changed primary photo
> Change at 1:59 PM Eastern: Removed photo

Change by: Shelly Darlene Morales

> Change at 10:21 AM Eastern: Supplement edited
> Change at 10:18 AM Eastern: Added Virtual Tour
> Change at 10:18 AM Eastern: Added Virtual Tour Unbranded
> Change at 10:14 AM Eastern: changed *Broker Only Remarks*
> Old Value: e a showing.
> New Value: e a showing. Equity Membership
> Change at 10:14 AM Eastern: Supplement edited
> Change at 10:12 AM Eastern: Added photo "30 Rear Elevatio"
> Change at 10:12 AM Eastern: Added photo "29 Pool Twilight"
> Change at 10:12 AM Eastern: Added photo "28 Outdoor Dinin"
> Change at 10:12 AM Eastern: Added photo "27 Patio Twiligh"

Change at 10:11 AM Eastern: Added photo "26 Front Twiligh"
Change at 10:11 AM Eastern: Added photo "25 Rear Elevatio"
Change at 10:11 AM Eastern: Added photo "24 View"
Change at 10:11 AM Eastern: Added photo "23 Covered Patio"
Change at 10:11 AM Eastern: Added photo "22 Guest Bedroom"
Change at 10:11 AM Eastern: Added photo "21 Guest Bedroom"
Change at 10:11 AM Eastern: Added photo "20 Guest Bathroo"
Change at 10:10 AM Eastern: Added photo "19 Guest Bedroom"
Change at 10:10 AM Eastern: Added photo "18 Master Bathro"
Change at 10:10 AM Eastern: Added photo "17 Master Dressi"
Change at 10:10 AM Eastern: Added photo "16 Master Bedroo"
Change at 10:10 AM Eastern: Added photo "15 Hallway"
Change at 10:10 AM Eastern: Added photo "14 Library Offic"
Change at 10:10 AM Eastern: Added photo "13 Casual Dining"
Change at 10:10 AM Eastern: Added photo "12 Sitting Area"
Change at 10:10 AM Eastern: Added photo "11 Billiards Are"
Change at 10:09 AM Eastern: Added photo "10 Breakfast Are"
Change at 10:09 AM Eastern: Added photo "9 Family Room"
Change at 10:09 AM Eastern: Added photo "8 Kitchen"
Change at 10:09 AM Eastern: Added photo "7 Dining Room"
Change at 10:09 AM Eastern: Added photo "6 Living Room"
Change at 10:09 AM Eastern: Added photo "5 Foyer Entry"
Change at 10:08 AM Eastern: Added photo "4 Pool"
Change at 10:08 AM Eastern: Added photo "3 Outdoor Dining"
Change at 10:08 AM Eastern: Added photo "2 Aerial"
Change at 10:08 AM Eastern: Added photo "1 Front Elevatio"
Change at 10:08 AM Eastern: Added photo "1 Front Elevatio"
Change at 10:06 AM Eastern: Added new listing

**Photos for MLS # RX-10019599**   258 Locha Drive, Jupiter, FL 33458   **$3,625,000**

**1 Front Elevation MLS**



**2 Aerial**



**3 Outdoor Dining**



**4 Pool**



**5 Foyer Entry**



**6 Living Room**



**7 Dining Room**



**8 Kitchen**



**9 Family Room**



**10 Breakfast Area**



**11 Billiards Area**



**12 Sitting Area Great Room**



**13 Casual Dining Great Room**



**14 Library Office**



**15 Hallway**



**16 Master Bedroom**



**17 Master Dressing Room**



**18 Master Bathroom**



Case 9:18-cv-81569-BB   Document 1-2   Entered on FLSD Docket 11/15/2018   Page 244 of 366

**19 Guest Bedroom**



**20 Guest Bathroom**



**21 Guest Bedroom**



**22 Guest Bedroom**



**23 Covered Patio**



**24 View**



Case 9:18-cv-81569-BB   Document 1-2   Entered on FLSD Docket 11/15/2018   Page 245 of 366

**25 Rear Elevation**



**26 Patio Twilight**



**27 Outdoor Dining Twilight**



**28 Pool Twilight**



**29 Rear Elevation**



**30 Floor Plan**







Open

**Photos and comments**

Photos    Comments

Tried this Pin? Add a photo to
show how it went

Add photo

**Lillian Realty Group** saved to **Jupiter FL Real Estate**

Lillian Realty Group, managed by Ellen Lillian, is please to offer site tours at your convenience. Please call 561 809 3233 for more information about luxury waterfront homes, oceanfront condos, single family homes, rentals, and ask us about our property management for landlord snowbirds.

More like this




Are you starting the search for an equestrian home in Palm...

Charleston Court at Abacoa is another great sub-division of...




Get Inspired, visit:
www.myhouseidea.com



$10.00
Home page product




Jupiter Farms Real Estate, presented by #LillianRealtyGroup... #EquestrianProperties #Jupiterfarms #RanchColony




Good morning from your friends at Lillian Realty Group Start... #Frenchman's #ReserveRealEstate







EXHIBIT
**29-D**

*side by side photo comparisons*

*original photo*

  

Open

**Photos and comments**

Photos   Comments

Tried this Pin? Add a photo to
show how it went

Add photo

**Lillian Realty Group** saved to **Jupiter Fl.
Real Estate**

Lillian Realty Group, managed by Ellen
Lillian, is please to offer site tours at your
convenience. Please call 561 809 3233 for
more information about luxury waterfront
homes, oceanfront condos, single family
homes, rentals, and ask us about our
property management for landlord
snowbirds.

*copyright management information*

More like this

        

Charleston Court at Abacoa is
another great sub-division of...

$10.00
Home page product

Jupiter Farms Real Estate,
presented by
#LillianRealtyGroup... #EquestrianP
roperties #Jupiterfarms #RanchCol
ony

Good morning from your friends at
Lillian Realty Group
Start... #Frenchman'sReserveRealEs
tate

Are you starting the search for an
equestrian home in Palm...

Get Inspired, visit:
www.myhouseidea.com

+
?
Privacy



EXHIBIT
**29-F**

# Exhibit

# 30



EXHIBIT
30-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Trigle*

Acting United States Register of Copyrights and Director

**EXHIBIT**
**30-B**

**Registration Number**

**VA 2-104-319**

**Effective Date of Registration:**
April 08, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 25, 2014 to September 17, 2014

### Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |

### Author _____

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

**Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**  Robert Stevens
**Date:**  April 08, 2018

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-319

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 25, 2014 to September 17, 2014

### Title

| | |
|---|---|
| **Title of Group:** | Selected 2014 Photographs P18 Including 11770 Calleta Ct, 227 River Dr and Others Case Number 1-6471890920 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** 11770 Calleta Ct living room 2014 AAP, 11770 Calleta Ct pool a 2014 AAP, 11770 Calleta Ct pool b 2014 AAP
  **Published:** January 2014

- **Individual Photographs:** 227 River Dr sunset pool 2014 AAP, 258 Locha Dr loggia 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** 3800 N Ocean Dr private balcony 2014 AAP
  **Published:** April 2014

- **Individual Photographs:** 1755 SE Sailfish Point Blvd back sunrise 2014 AAP
  **Published:** May 2014

- **Individual Photographs:** 2976 SE Dune Dr kitchen 2014 AAP
  **Published:** September 2014



### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 25, 2014 |
| **Latest Publication Date in Group:** | September 17, 2014 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Page 1 of 2



**side by side photo comparisons**

*original photo*



↑ *copyright management information*



EXHIBIT

**30-D**

# Exhibit

# 31



EXHIBIT

31-A

# Certificate of Registration



**EXHIBIT 31-B**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 22, 2013 to December 13, 2013

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |

- **Individual Photographs:** 12251 Tillinghast Cir back 2013 AAP
  **Published:** January 2013

- **Individual Photographs:** 799 Sanctuary Way nite pool a 2013 AAP
  **Published:** March 2013

- **Individual Photographs:** 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP
  **Published:** September 2013

- **Individual Photographs:** Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP
  **Published:** October 2013

- **Individual Photographs:** 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP
  **Published:** November 2013

- **Individual Photographs:** 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP
  **Published:** December 2013

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** April 08, 2018

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  January 22, 2013 to December 13, 2013

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |
| • **Individual Photographs:** | 12251 Tillinghast Cir back 2013 AAP |
| **Published:** | January 2013 |
| • **Individual Photographs:** | 799 Sanctuary Way nite pool a 2013 AAP |
| **Published:** | March 2013 |
| • **Individual Photographs:** | 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP |
| **Published:** | September 2013 |
| • **Individual Photographs:** | Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP |
| **Published:** | October 2013 |
| • **Individual Photographs:** | 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP |
| **Published:** | November 2013 |
| • **Individual Photographs:** | 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP |
| **Published:** | December 2013 |

## Completion/Publication



| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

Page 1 of 2



*side by side photo comparisons*



*original photo*



*copyright management information*

EXHIBIT
31-D

# Exhibit 32



©AAP 2013 all rights reserved

**EXHIBIT 32-A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-967-718

**Effective Date of Registration:**
July 16, 2015

---

## Title

**Title of Work:** Group Registration Photos, Selected 2013 Photographs Including Tillinghast, Xanadu, Evergrene, Sailfish Point, Uno Lago and Others, published Jan. 12, 2013 to Dec. 28, 2013; 79 photos

**Content Title:** 12215 Tillinghast Cir night pool B 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir night pool A 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir aerial 2013 AAP, Jan. 12, 2013; Sailfish Point security gate 2013 AAP, Jan. 12, 2013; Wind Surfing with Birds 2013 AAP, Jan. 19, 2013; Hungry Seagull AAP 2013, Jan. 19, 2013; Wellington Aero Club runway 2013 AAP, Jan. 28, 2013; Xanadu by the Sea sign 2013 AAP, Feb. 3, 2013; Esplande Grande pool AAP 2013, Feb. 8, 2013; Ibis Fountain 2013 AAP, Feb. 23, 2013; Sailfish Point golf a 2013 AAP, Feb. 28, 2013; Evergrene Sign PB Gardens 2013 AAP, Mar. 13, 2013; 799 Sanctuary Way aerial 2013 AAP, Mar. 15, 2013; Evergrene aerial b 2013 AAP, Mar. 16, 2013; Evergrene aerial c 2013 AAP, Mar. 16, 2013; Evergrene aerial a 2013 AAP, Mar. 16, 2013; Evergrene aerial e 2013 AAP, Mar. 30, 2013; Evergrene aerial d 2013 AAP, Mar. 30, 2013; 2930 Hurlingham Dr aerial b 2013 AAP, Apr. 6, 2013; 2930 Hurlingham Dr aerial a 2013 AAP, Apr. 6, 2013; 477 South Beach Rd pool 2013 AAP, Apr. 9, 2013; 477 South Beach Rd night front 2013 AAP, Apr. 9, 2013; Philips Point night 2013 AAP, Apr. 22, 2013; Lake Worth Pier aerial 2013 AAP, May 3, 2013; Cultural Council of PB Co 2013 AAP, May 5, 2013; Sailfish Point aerial 50 2013 AAP, May 6; Sailfish Point golf e 2013 AAP, May 6; Jupiter Island Golf a 2013 AAP, May 6; 126 El Bravo Way aerial 2013 AAP, May 9, 2013; 640 S Ocean Blvd aerial 2013 AAP, May 9, 2013; Trianon Building aerial F 2013 AAP, May 11, 2013; Palm Beach House A 2013 AAP, May 13, 2013; Worth Ave Clock A 2013 AAP, May 16, 2013; 353 Old Jupiter Beach Rd night front 2013 AAP, Jun.3 ,2013; South Palm Beach aerial A 2013 AAP, Jun. 15, 2013; Sailfish Point golf c 2013 AAP, Jun. 22, 2013; Sailfish Point golf f 2013 AAP, Jun 22, 2013;

Sailfish Point golf b 2013 AAP, Jun. 22, 2013; Sailfish Point golf b 2013 AAP, Jun. 28, 2013; Uno Lago Pool 1 AAP 2013, Jul. 16, 2013; Uno Lago Kitchen AAP 2013, Jul. 16, 2013; Uno Lago Gym AAP 2013, Jul. 16, 2013; Uno Lago Game Room AAP 2013, Jul. 16, 2013; Uno Lago Bath AAP 2013, Jul. 16, 2013; Mizner Country Club aerial a 2013 AAP, Jul. 16, 2013; Mirabella Clubhouse aerial 2013 AAP, Jul. 30, 2013; Dune Towers pool 1 AAP 2013, Aug. 1, 2013; Dune Towers lobby AAP 2013, Aug. 1, 2013; Old Port Cove a 2013 AAP, Aug. 1, 2013; Old Port Cove pano 2013 AAP, Aug. 1, 2013; Water Glades Singer Is aerial a 2013 AAP, Aug. 1, 2013; Dune Towers beach AAP 2013, Aug. 1, 2013; Pelican Resort Villas Hutchinson aerial 2013 AAP, Aug. 8, 2013; Sanibel Lighthouse sunset a 2013 AAP, Aug. 13, 2013;

Uno Lago Living Room AAP 2013, Aug. 26, 2013; Uno Lago Master Bedroom AAP 2013, Aug, 26; Uno Lago Master Bedroom AAP 2013, Aug, 26, 2013;

Uno Lago Master Bath AAP 2013, Aug, 26, 2013; Uno Lago Juno Aerial AAP 2013, Aug, 26, 2013; Uno Lago Pool 2 AAP 2013, Aug, 26, 2013; Sailfish Point golf d 2013 AAP, Aug, 26, 2013; Lost Tree Clubhouse aerial 2013 AAP, Aug, 28, 2013; 322 Clarke Ave aerial 2013 AAP, Aug. 29, 2013; Cote de la Mer pool 2013 AAP, Sept. 3, 2013; Cote de la Mer aerial a 2013 AAP, Sept.3, 2013; Delray Beach catamarans 2013 AAP, Sept. 9, 2013; Ft Lauderdale aerial b 2013 AAP, Sept. 10, 2013; Fort Lauderdale aerial a 2013 AAP, Sept. 10, 2013; Breakers West clubhouse aerial a 2013 AAP, Sept. 13, 2013; Glades Towers aerial a 2013 AAP, Sept. 13, 2013; Oceans Edge sitting area 2013 AAP, Oct. 7, 2013; Oceans Edge theater a 2013 AAP, Oct. 7, 2013; Oceans Edge Fitness 2013 AAP, Oct. 7, 2013; Oceans Edge Pool Sunrise 2013 AAP, Oct. 9, 2013; Delray Harbor Club aerial 2013 AAP, Oct. 22, 2013; Loxahatchee Club Jupiter 2013 AAP, Nov, 22, 2013; 3904 Old SE St Lucie Blvd master bath 2013 AAP, Dec. 5, 2013; 2866 Old Cypress night front 2013 AAP, Dec. 6, 2013; 2866 Old Cypress night pool 2013 AAP, Dec. 6, 2013; Singer Island Girl 2013 AAP, Dec. 28, 2013;

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 12, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417 |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | July 16, 2015 |

Uno Lago Master Bath AAP 2013, Aug, 26, 2013; Uno Lago Juno Aerial AAP 2013, Aug, 26, 2013; Uno Lago Pool 2 AAP 2013, Aug, 26, 2013; Sailfish Point golf d 2013 AAP, Aug, 26, 2013; Lost Tree Clubhouse aerial 2013 AAP, Aug, 28, 2013; 322 Clarke Ave aerial 2013 AAP, Aug. 29, 2013; Cote de la Mer pool 2013 AAP, Sept. 3, 2013; Cote de la Mer aerial a 2013 AAP, Sept.3, 2013; Delray Beach catamarans 2013 AAP, Sept. 9, 2013; Ft Lauderdale aerial b 2013 AAP, Sept. 10, 2013; Fort Lauderdale aerial a 2013 AAP, Sept. 10, 2013; Breakers West clubhouse aerial a 2013 AAP, Sept. 13, 2013; Glades Towers aerial a 2013 AAP, Sept. 13, 2013; Oceans Edge sitting area 2013 AAP, Oct. 7, 2013; Oceans Edge theater a 2013 AAP, Oct. 7, 2013; Oceans Edge Fitness 2013 AAP, Oct. 7, 2013; Oceans Edge Pool Sunrise 2013 AAP, Oct. 9, 2013; Delray Harbor Club aerial 2013 AAP, Oct. 22, 2013; Loxahatchee Club Jupiter 2013 AAP, Nov, 22, 2013; 3904 Old SE St Lucie Blvd master bath 2013 AAP, Dec. 5, 2013; 2866 Old Cypress night front 2013 AAP, Dec. 6, 2013; 2866 Old Cypress night pool 2013 AAP, Dec. 6, 2013; Singer Island Girl 2013 AAP, Dec. 28, 2013;

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 12, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417



AAP 2013 all rights reserved



EXHIBIT
32-C

# Exhibit
# 33



©AAP 2013 all rights reserved

EXHIBIT
33-A

# Certificate of Registration



**EXHIBIT**
**33-B**

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 22, 2013 to December 13, 2013

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |
| • **Individual Photographs:** | 12251 Tillinghast Cir back 2013 AAP |
| **Published:** | January 2013 |
| • **Individual Photographs:** | 799 Sanctuary Way nite pool a 2013 AAP |
| **Published:** | March 2013 |
| • **Individual Photographs:** | 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP |
| **Published:** | September 2013 |
| • **Individual Photographs:** | Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP |
| **Published:** | October 2013 |
| • **Individual Photographs:** | 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP |
| **Published:** | November 2013 |
| • **Individual Photographs:** | 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP |
| **Published:** | December 2013 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:**   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**   Robert Stevens
**Date:**   April 08, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 22, 2013 to December 13, 2013

### Title

|  |  |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |
| • **Individual Photographs:** | 12251 Tillinghast Cir back 2013 AAP |
| **Published:** | January 2013 |
| • **Individual Photographs:** | 799 Sanctuary Way nite pool a 2013 AAP |
| **Published:** | March 2013 |
| • **Individual Photographs:** | 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP |
| **Published:** | September 2013 |
| • **Individual Photographs:** | Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP |
| **Published:** | October 2013 |
| • **Individual Photographs:** | 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP |
| **Published:** | November 2013 |
| • **Individual Photographs:** | 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP |
| **Published:** | December 2013 |

### Completion/Publication



|  |  |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |



# side by side photo comparisons

**original photo**







# Exhibit

# 34



© AAP 2015 all rights reserved

**EXHIBIT 34-A**

# Certificate of Registration



**EXHIBIT**

**34-B**

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay~ Teigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-075-526

**Effective Date of Registration:**
November 10, 2017

---

## Title    _____

**Title of Work:** Group Registration Photos, Selected 2015 Photographs H1 Including 2000
Building, Eastpointe, Harbour House, Sutton Place and Others published Jan. 3,
2015 to Dec. 11, 2015; 107 photos

**Content Title:** Palm Beach Polo Club AAP 2015 a, Jan.3, 2015; Harbour House pool 1 AAP
2010, Jan. 3, 2015;
St Andrews at the Polo Club aerial 2012 AAP, Jan. 3, 2015; Sunrise with Palms
AAP 2015, Jan. 3, 2015;
The Landings aerial 2015 AAP, Jan. 3, 2015; 410 N Lake Way night 2015 AAP,
Mar. 2, 2015;
87 S River Dr Stuart nite front 2015, Apr. 1, 2015; 190 Bears Club Dr aerial b
AAP 2015, Apr. 20, 2015;
The Club At Admiral's Cove, AAP 2015 d, May. 11, 2015; The Landings gym
2015 AAP, May 18, 2015;
The Landings pool 2015 AAP, May 18, 2015; The Landings sign b 2015 AAP,
May 18, 2015;
The Landings sign a 2015 AAP, May 18, 2015; 11770 St Andrews Pl aerial 1
2015 AAP, May 26, 2015;
11770 St Andrews Pl aerial 2 2015 AAP, May 26, 2015; Harbour House tennis
A 2015 AAP, Jul. 8, 2015;

Harbour House tennis B 2015 AAP, Jul. 8, 2015; Harbour House beach steps
2015 AAP, Jul. 8, 2015;
Harbour House lobby A 2015 AAP, Jul. 8, 2015; Harbour House lobby B 2015
AAP, Jul. 8, 2015;
Harbour House billiard room A 2015 AAP, Jul. 8, 2015; Harbour House tennis
C 2015 AAP, Jul. 8, 2015;
Harbour House aerial 1 AAP 2015, Jul. 8, 2015; Harbour House aerial 2 AAP
2015, Jul. 8, 2015;
Harbour House aerial 4 AAP 2015, Jul. 8, 2015; Harbour House aerial 3 AAP
2015, Jul. 8, 2015;
Harbour House aerial 5 AAP 2015, Jul. 8, 2015; Harbour House pool 3 AAP
2015, Jul. 9, 2015;
Harbour House pool 5 AAP 2015, Jul. 9, 2015; Harbour House pool 4 AAP
2015, Jul. 9, 2015;
Harbour House pool 2 AAP 2015, Jul. 9, 2015; Harbour House aerial 6 AAP
2015, Jul. 10, 2015;

Par 3 Golf S Palm Beach 2015 AAP, Jul. 10, 2015; Par 3 Golf putters 2015
AAP, Jul. 10, 2015;
2000 Building Palm Beach gym AAP 2015, Jul. 17, 2015; 2000 Building lobby
1 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach lobby 2 AAP 2015, Jul. 17, 2015; 2000 Building

Palm Beach lobby 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 2 AAP 2015, Jul. 17, 2015; 2000 Building
Palm Beach pool 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 1 AAP 2015, Jul. 17, 2015; 2000 Building
Palm Beach aerial d 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach tennis a 2015 AAP, Jul. 17, 2015; 2000 Building
Palm Beach aerial 1 AAP 2015, Jul. 20, 2015;
2000 Building Palm Beach aerial a AAP 2015, Jul. 20, 2015; 5932 Morning
Dove Way aerial d 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial b 2015 AAP, Jul. 31, 2015;

Loblolly Marina aerial b 2015 AAP, Jul. 31, 2015; Loblolly Marina aerial a
2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial c 2015 AAP, Jul. 31, 2015; 5932 Morning
Dove Way aerial e 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial a 2015 AAP, Jul. 31, 2015; Loblolly Hobe
Sound aerial a 2015 AAP, Jul. 31, 2015;
11770 St Andrews Pl aerial 3 2015 AAP, Aug. 3, 2015; Palm Beach Polo Club
AAP 2015 b, Aug. 11, 2015;
The Club At Admiral's Cove, AAP 2015 e, Aug. 17, 2015; Sewells Point aerial
a 2015 AAP, Sept. 2, 2015;
Juno Beach Pier k 2015 AAP, Sept. 17, 2015; 870 S Ocean Blvd sunrise a 2015
AAP, Sept. 20, 2015;
870 S Ocean Blvd sunrise b 2015 AAP, Sept. 20, 2015; 870 S Ocean Blvd
sunrise c 2015 AAP, Sept. 20, 2015;
Eastpointe II aerial c 2015 AAP, Sept. 25, 2015; Eastpointe II aerial b 2015
AAP, Sept. 25, 2015;
Sutton Place sign 2015 AAP, Oct. 1, 2015; Sutton Place gym 2015 AAP, Oct. 1,
2015;
Sutton Place lobby a 2015 AAP, Oct. 1, 2015; Sutton Place aerial a 2015 AAP,
Oct. 1, 2015;
Sutton Place aerial b 2015 AAP, Oct. 1, 2015; Sutton Place pool 2015 AAP,
Oct. 1, 2015;

S Palm Beach aerial h 2015 AAP, Oct. 1, 2015; Sutton Place aerial c 2015 AAP,
Oct. 1, 2015;
750 S County Rd front 2015 AAP, Oct. 2, 2015; 2778 S Ocean Blvd Lobby
AAP 2015, Oct. 5, 2015;
Eastpointe II Gym 2015 AAP, Oct. 6, 2015; Eastpointe II Game Room 2015
AAP, Oct. 6, 2015;
Eastpointe II Lobby 2015 AAP, Oct. 6, 2015; Eastpointe II Pool a 2015 AAP,
Oct. 6, 2015;
Eastpointe II Beach Access 2015 AAP, Oct. 6, 2015; Eastpointe II Pool b 2015
AAP, Oct. 6, 2015;
Eastpointe II Tennis 2015 AAP, Oct. 6, 2015; Eastpointe II Gate 2015 AAP,
Oct. 6, 2015;
Two City Plaza aerial g 2015 AAP, Oct. 8, 2015; Two City Plaza pool aerial p
2015 AAP, Oct. 8, 2015;
Two City Plaza aerial k 2015 AAP, Oct. 8, 2015; Hidden Bridge Estates gate
2015 AAP, Oct. 9, 2015;
Old Port Cove aerial m 2015 AAP, Oct. 9, 2015; One Royal Palm Way aerial j
2015 AAP, Oct. 9, 2015;
One Royal Palm Way aerial k 2015 AAP, Oct. 9, 2015; Old Port Cove 100
Lakeshore Dr 2015 AAP, Oct. 9, 2015;
Old Port Cove pool  115 and 123 Lakeshore Dr 2015 AAP, Oct. 9, 2015; 055
Breakers West Clubhouse 2015 AAP, Oct. 14, 2015;
Breakers West sunset a AAP 2015, Oct. 14, 2015; Kravis Center 2015 AAP,
Oct. 20, 2015;



501 S Atlantic Dr loggia b AAP 2015, Oct. 29, 2015; 501 S Atlantic Dr pool c AAP 2015, Nov. 1, 2015;
Old Palm Clubhouse 2015 AAP, Nov. 25, 2015; Dorchester sign 2015 AAP, Nov. 30, 2015;
2100 S Ocean, AAP 2015 b, Dec. 6, 2015; Evergrene Gym a 2015, Dec. 7, 2015;
Evergrene Gym b 2015, Dec. 7, 2015; Evergrene aerial f 2015, Dec. 10, 2015; Evergrene aerial g 2015, Dec. 10, 2015; Evergrene aerial h 2015, Dec. 10, 2015; Evergrene aerial i 2015, Dec. 10, 2015; The Club ofat Admira's Cove AAP 2015 c, Dec. 11, 2015;
The Club ofat Admira's Cove AAP 2015 a, Dec. 11, 2015; The Club ofat Admira's Cove AAP 2015 b, Dec. 11, 2015;

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | January 03, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| Name: | Robert Stevens |
| Date: | November 10, 2017 |



501 S Atlantic Dr loggia b AAP 2015, Oct. 29, 2015; 501 S Atlantic Dr pool c AAP 2015, Nov. 1, 2015;
Old Palm Clubhouse 2015 AAP, Nov. 25, 2015; Dorchester sign 2015 AAP, Nov. 30, 2015;
2100 S Ocean, AAP 2015 b, Dec. 6, 2015; Evergrene Gym a 2015, Dec. 7, 2015;
Evergrene Gym b 2015, Dec. 7, 2015; Evergrene aerial f 2015, Dec. 10, 2015; Evergrene aerial g 2015, Dec. 10, 2015; Evergrene aerial h 2015, Dec. 10, 2015; Evergrene aerial i 2015, Dec. 10, 2015; The Club ofat Admira's Cove AAP 2015 c, Dec. 11, 2015;
The Club ofat Admira's Cove AAP 2015 a, Dec. 11, 2015; The Club ofat Admira's Cove AAP 2015 b, Dec. 11, 2015;

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: January 03, 2015
Nation of 1st Publication: United States

## Author

- Author: AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  Author Created: photograph
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

Name: Robert Stevens
Date: November 10, 2017



EXHIBIT 34-C

Save

Uploaded by user



Saved by
**Lillian Realty Group**

Visit

### More like this



This is so beautiful... I wanna live here....



**2455 S Ocean Blvd,**



Discover the finest homes for sale in Jupiter, Fl. Whether you seek custom homes or Palm Beach Fl homes for



PGA Condo Homes Jupiter FL, provided by PGA National Golf and Country Club condo homes are



No Obligation Consultation
www.floridahousehunt.com
#greatjupiterfloridaproperties





Exquisite Estate in Prestigious Seminole Landing, nestled on 1.47 acres with 287 ft of Waterfront,



Cabana Colony Affordable Homes For Sale homes in Palm Beach Gardens, Fl. presented by



This is how we enjoy our morning cup of coffee in Palm Beach, Florida
www.floridahousehunt.com



Dreaming of a resort-like lifestyle? Seeking luxurious homes with all of the amenities? Craving a lifestyle



How to find the Best Luxury homes for sale in Palm Beach
www.floridahousehunt.com



Tell Us What's Important To You visit www.palmbeachhomesforsale.org
#palmbeachhomesforsale

**View**

Uploaded by user

EXHIBIT
34-D



Saved by
**Lillian Realty Group**

Visit

**side by side photo comparison**

Save

Uploaded by user

**original photo**





www.palmbeachhomesforsale.org

**stretched photo**

← **copyright management information**

Saved by
Lillian Realty Group

Visit

More like this



This is so beautiful... I wanna live here...

2465 S Ocean Blvd,

Discover the finest homes for sale in Jupiter, Fl. Whether you seek custom homes or Palm Beach Fl homes for



PGA Condo Homes Jupiter FL, provided by PGA National Golf and Country Club condo homes are

No Obligation Consultation www.floridahousehunt.com #greatjupiterfloridaproperties

**EXHIBIT**

**34-E**



Exquisite Estate in Prestigious Seminole Landing, nestled on 1.47 acres with 297 ft of Waterfront.



Cabana Colony Affordable Homes For Sale homes in Palm Beach Gardens, Fl. presented by



This is how we enjoy our morning cup of coffee in Palm Beach, Florida www.floridahousehunt.com



Dreaming of a resort-like lifestyle? Seeking luxurious homes with all of the amenities? Craving a lifestyle



How to find the Best Luxury homes for sale in Palm Beach www.floridahousehunt.com



Tell Us What's Important To You visit www.palmbeachhomesforsale.org #palmbeachhomesforsale





Exhibit

35



EXHIBIT
35-A

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 22, 2013 to December 13, 2013

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |
| • **Individual Photographs:** | 12251 Tillinghast Cir back 2013 AAP |
| **Published:** | January 2013 |
| • **Individual Photographs:** | 799 Sanctuary Way nite pool a 2013 AAP |
| **Published:** | March 2013 |
| • **Individual Photographs:** | 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool 2013 AAP |
| **Published:** | September 2013 |
| • **Individual Photographs:** | Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP |
| **Published:** | October 2013 |
| • **Individual Photographs:** | 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP |
| **Published:** | November 2013 |
| • **Individual Photographs:** | 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP |
| **Published:** | December 2013 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** April 08, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 22, 2013 to December 13, 2013

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |

- **Individual Photographs:** 12251 Tillinghast Cir back 2013 AAP
  **Published:** January 2013

- **Individual Photographs:** 799 Sanctuary Way nite pool a 2013 AAP
  **Published:** March 2013

- **Individual Photographs:** 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP
  **Published:** September 2013

- **Individual Photographs:** Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP
  **Published:** October 2013

- **Individual Photographs:** 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP
  **Published:** November 2013

- **Individual Photographs:** 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP
  **Published:** December 2013

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

Page 1 of 2



Back





Send

Save

## Photos and comments

**Photos**   Comments

Tried this Pin? Add a photo to show how it went

Add photo



**Lillian Realty Group** saved to **Jupiter Fl. Real Estate**   📌 1
Lillian Realty Group
**#AlicanteJunoBeachHomesforsale**
www.jupiterfloridahomesforsale.com

EXHIBIT
35-C

## More like this







Privacy

# side by side photo comparisons

**300 Alicante Dr. sold over 4 years ago to Haold & Suzanne Kivlan. This has been the Kivlan's Private bedroom for over 4 years. What gives Lillian Realty Group the right to promote their commerce using AAP's photo.**

## original photo





← Back

···

⬆ Send     📌 Save

**Photos and comments**

Photos     Comments

Tried this Pin? Add a photo to show how it went

Add photo

 Lillian Realty Group saved to **Jupiter Fl. Real Estate**     📌 1
Lillian Realty Group
#AlicanteJunoBeachHomesforsale
www.jupiterfloridahomesforsale.com

**EXHIBIT 35-D**

← copyright management information

**More like this**

                    

+

?
Privacy

# Exhibit

# 36



# Certificate of Registration

**EXHIBIT**
**36-B**



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-107-894**

**Effective Date of Registration:**
June 21, 2018

*Kay A. Tesh*

Acting United States Register of Copyrights and Director

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

        **For Photographs Published:**   January 18, 2015 to December 15, 2015

### Title

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| **Individual Photographs:** | Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant _____

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification _____

**Name:** Robert Stevens
**Date:** June 21, 2018

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Turl*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 18, 2015 to December 15, 2015

## Title

---

|  |  |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication

---

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |



Page 1 of 2



EXHIBIT
36-C



# Exhibit

# 37



© AAP 2015 all rights reserved

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Lesle*

Acting United States Register of Copyrights and Director

**EXHIBIT 37-B**

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 18, 2015 to December 15, 2015

## Title ────────────────────────────────

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication ──────────────────

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |

Page 1 of 2

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** June 21, 2018

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teslu*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 18, 2015 to December 15, 2015

### Title _____

---

**Title of Group:** Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967

**Number of Photographs in Group:** 11

- **Individual Photographs:** 700 Wright Way pool nite 2015 AAP
  **Published:** January 2015

- **Individual Photographs:** 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP
  **Published:** March 2015

- **Individual Photographs:** 229 E Lakewood pool 2015 AAP
  **Published:** April 2015

- **Individual Photographs:** Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP
  **Published:** July 2015

- **Individual Photographs:** 6259 Homeland Rd aerial back 2015 AAP
  **Published:** October 2015

- **Individual Photographs:** 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP
  **Published:** November 2015

- **Individual Photographs:** 2954 Hurlingham Dr front 2015 AAP
  **Published:** December 2015

## Completion/Publication _____

**Year of Completion:** 2015
**Earliest Publication Date in Group:** January 18, 2015
**Latest Publication Date in Group:** December 15, 2015
**Nation of First Publication:** United States



Page 1 of 2



**EXHIBIT**
**37-C**

 Send   •••

<i class="save"></i> Save



www.palmbeachhomesforsale.org

 Saved by
**Lillian Realty Group**

Open

## Tried this Pin?
Be the first to share how it went

Add photo or note

 **Lillian Realty Group** saved to **Palm Beach Florida Real Estate**
Wishing all a great weekend from your friends at #LillianRealtyGroup.
Visit www.palmbeachhomesforsale.org #palmbeachhomesforsale
#palmbeach

## Comments





# Exhibit

# 38

© AAP 2015 all rights reserved



**EXHIBIT 38-B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tegle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 18, 2015 to December 15, 2015

### Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** June 21, 2018

**Correspondence:** Yes

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Curle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 18, 2015 to December 15, 2015

## Title
_____

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |

- **Individual Photographs:** 700 Wright Way pool nite 2015 AAP
  **Published:** January 2015

- **Individual Photographs:** 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP
  **Published:** March 2015

- **Individual Photographs:** 229 E Lakewood pool 2015 AAP
  **Published:** April 2015

- **Individual Photographs:** Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP
  **Published:** July 2015

- **Individual Photographs:** 6259 Homeland Rd aerial back 2015 AAP
  **Published:** October 2015

- **Individual Photographs:** 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP
  **Published:** November 2015

- **Individual Photographs:** 2954 Hurlingham Dr front 2015 AAP
  **Published:** December 2015

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |



EXHIBIT
38-C







jupiterfarmsfl.com



 Saved from
**jupiterfarmsfl.com**

**View**

## jupiterfarmsfl.com



 Saved from
**jupiterfarmsfl.com**

**Visit**

# side byside photo comparisons

**EXHIBIT**

**38-D**

**original photo**



www.palmbeachhomesforsale.org

**copyright management information**

# Exhibit

# 39

EXHIBIT
39-A



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Ler le*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 18, 2015 to December 15, 2015

## Title
_____

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** June 21, 2018

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  January 18, 2015 to December 15, 2015

### Title

---

**Title of Group:** Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967

**Number of Photographs in Group:** 11

- **Individual Photographs:** 700 Wright Way pool nite 2015 AAP
  **Published:** January 2015

- **Individual Photographs:** 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP
  **Published:** March 2015

- **Individual Photographs:** 229 E Lakewood pool 2015 AAP
  **Published:** April 2015

- **Individual Photographs:** Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP
  **Published:** July 2015

- **Individual Photographs:** 6259 Homeland Rd aerial back 2015 AAP
  **Published:** October 2015

- **Individual Photographs:** 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP
  **Published:** November 2015

- **Individual Photographs:** 2954 Hurlingham Dr front 2015 AAP
  **Published:** December 2015

## Completion/Publication

---

**Year of Completion:** 2015
**Earliest Publication Date in Group:** January 18, 2015
**Latest Publication Date in Group:** December 15, 2015
**Nation of First Publication:** United States



Page 1 of 2



**EXHIBIT 39-D**

# side by side photo comparisons

## original photo



copyright management information



# Exhibit

# 40



AAP 2013 all rights reserved

EXHIBIT

40-A

# Certificate of Registration



**EXHIBIT**
**40-B**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Turl*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-104-318
**Effective Date of Registration:**
April 08, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 22, 2013 to December 13, 2013

## Title
_____

|  |  |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |
| • **Individual Photographs:** | 12251 Tillinghast Cir back 2013 AAP |
| **Published:** | January 2013 |
| • **Individual Photographs:** | 799 Sanctuary Way nite pool a 2013 AAP |
| **Published:** | March 2013 |
| • **Individual Photographs:** | 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP |
| **Published:** | September 2013 |
| • **Individual Photographs:** | Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP |
| **Published:** | October 2013 |
| • **Individual Photographs:** | 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP |
| **Published:** | November 2013 |
| • **Individual Photographs:** | 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP |
| **Published:** | December 2013 |

## Completion/Publication
_____

|  |  |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** April 08, 2018

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-318

**Effective Date of Registration:**
April 08, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 22, 2013 to December 13, 2013

### Title

| | |
|---|---|
| **Title of Group:** | Selected 2013 Photographs O17 Including 12251 Tillinghast Cir and Others Case Number 1-6471890831 |
| **Number of Photographs in Group:** | 17 |

- **Individual Photographs:** 12251 Tillinghast Cir back 2013 AAP
  **Published:** January 2013

- **Individual Photographs:** 799 Sanctuary Way nite pool a 2013 AAP
  **Published:** March 2013

- **Individual Photographs:** 955 Indigo Pt aerial a 2013 AAP, 955 Indigo Pt aerial b 2013 AAP, 121 NE 1st Ave kitchen 2013 AAP, 121 NE 1st Ave upstairs patio 2013 AAP, 121 NE 1st Ave side path 2013 AAP, 121 NE 1st Ave nite pool and house 2013 AAP, 121 NE 1st Ave nite pool  2013 AAP
  **Published:** September 2013

- **Individual Photographs:** Private Juno BB 2013 AAP, 16856 Passage S aerial 2013 AAP, 113 Quayside Dr nite by pool 2013 AAP
  **Published:** October 2013

- **Individual Photographs:** 1004 Rhodes Villa Ave a, 1004 Rhodes Villa Ave c, 113 Quayside Dr front nite 2013 AAP
  **Published:** November 2013

- **Individual Photographs:** 3175 Cove Rd private living room 2013 AAP, 3904 Old SE Saint Lucie Blvd loggia 2013 AAP
  **Published:** December 2013

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 22, 2013 |
| **Latest Publication Date in Group:** | December 13, 2013 |
| **Nation of First Publication:** | United States |



Florida living generally comes with sun and a sensational landscape. T...to the Jupiter, Palm Beach area and you can add luxury an... | Pinterest     1/8/17, 4:56 PM

   Search       

**EXHIBIT**
**40-C**





 Saved by
**Palm Beach Homes For Sale**                    **Visit**

Comments

 **Palm Beach Homes For Sale** saved to **Palm Beach Florida Real Estate**

Florida living generally comes with sun and a sensational landscape. Target your location to the Jupiter, Palm Beach area and you can add luxury and serenity to the mix. Discover why this attractive region makes a perfect place to live.
#realestate #realestateproperties ##florida #jupiter

+

?

Florida living generally comes with sun and a sensational landscape. T...to the Jupiter, Palm Beach area and you can add luxury an... | Pinterest    1/8/17, 4:56 PM

    

*side by side photo comparisons*

*Original Photo*





*copyright management information*


Saved by
**Palm Beach Homes For Sale**                              Visit

Comments →


**Palm Beach Homes For Sale** saved to **Palm Beach Florida
Real Estate**
Florida living generally comes with sun and a sensational
landscape. Target your location to the Jupiter, Palm Beach
area and you can add luxury and serenity to the mix. Discover
why this attractive region makes a perfect place to live.
#realestate #realestateproperties ##florida #jupiter

+

?

https://www.pinterest.com/pin/457959865583191344/?ffb_action_id...restapp%3Apin&fb_ref=457959993206672828%3A647e86c48be34d88a804    Page 1 of 2

**EXHIBIT**
**40-D**



# Exhibit

# 41



©AAF 2015 all rights reserved

EXHIBIT
41-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayth*

Acting United States Register of Copyrights and Director

**EXHIBIT**
**41-B**

**Registration Number**

## VA 2-075-526

**Effective Date of Registration:**
November 10, 2017

---

## Title _____

**Title of Work:** Group Registration Photos, Selected 2015 Photographs H1 Including 2000 Building, Eastpointe, Harbour House, Sutton Place and Others published Jan. 3, 2015 to Dec. 11, 2015; 107 photos

**Content Title:** Palm Beach Polo Club AAP 2015 a, Jan.3, 2015; Harbour House pool 1 AAP 2010, Jan. 3, 2015;
St Andrews at the Polo Club aerial 2012 AAP, Jan. 3, 2015; Sunrise with Palms AAP 2015, Jan. 3, 2015;
The Landings aerial 2015 AAP, Jan. 3, 2015; 410 N Lake Way night 2015 AAP, Mar. 2, 2015;
87 S River Dr Stuart nite front 2015, Apr. 1, 2015; 190 Bears Club Dr aerial b AAP 2015, Apr. 20, 2015;
The Club At Admiral's Cove, AAP 2015 d, May. 11, 2015; The Landings gym 2015 AAP, May. 18, 2015;
The Landings pool 2015 AAP, May. 18, 2015; The Landings sign b 2015 AAP, May. 18, 2015;
The Landings sign a 2015 AAP, May. 18, 2015; 11770 St Andrews Pl aerial 1 2015 AAP, May. 26, 2015;
11770 St Andrews Pl aerial 2 2015 AAP, May. 26, 2015; Harbour House tennis A 2015 AAP, Jul. 8, 2015;

Harbour House tennis B 2015 AAP, Jul. 8, 2015; Harbour House beach steps 2015 AAP, Jul. 8, 2015;
Harbour House lobby A 2015 AAP, Jul. 8, 2015; Harbour House lobby B 2015 AAP, Jul. 8, 2015;
Harbour House billiard room A 2015 AAP, Jul. 8, 2015; Harbour House tennis C 2015 AAP, Jul. 8, 2015;
Harbour House aerial 1 AAP 2015, Jul. 8, 2015; Harbour House aerial 2 AAP 2015, Jul. 8, 2015;
Harbour House aerial 4 AAP 2015, Jul. 8, 2015; Harbour House aerial 3 AAP 2015, Jul. 8, 2015;
Harbour House aerial 5 AAP 2015, Jul. 8, 2015; Harbour House pool 3 AAP 2015, Jul. 9, 2015;
Harbour House pool 5 AAP 2015, Jul. 9, 2015; Harbour House pool 4 AAP 2015, Jul. 9, 2015;
Harbour House pool 2 AAP 2015, Jul. 9, 2015; Harbour House aerial 6 AAP 2015, Jul. 10, 2015;

Par 3 Golf S Palm Beach 2015 AAP, Jul. 10, 2015; Par 3 Golf putters 2015 AAP, Jul. 10, 2015;
2000 Building Palm Beach gym AAP 2015, Jul. 17, 2015; 2000 Building lobby 1 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach lobby 2 AAP 2015, Jul. 17, 2015; 2000 Building

Page 1 of 3

Palm Beach lobby 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 2 AAP 2015, Jul. 17, 2015; 2000 Building
Palm Beach pool 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 1 AAP 2015, Jul. 17, 2015; 2000 Building
Palm Beach aerial d 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach tennis a 2015 AAP, Jul. 17, 2015; 2000 Building
Palm Beach aerial 1 AAP 2015, Jul. 20, 2015;
2000 Building Palm Beach aerial a AAP 2015, Jul. 20, 2015; 5932 Morning
Dove Way aerial d 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial b 2015 AAP, Jul. 31, 2015;

Loblolly Marina aerial b 2015 AAP, Jul. 31, 2015; Loblolly Marina aerial a
2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial c 2015 AAP, Jul. 31, 2015; 5932 Morning
Dove Way aerial e 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial a 2015 AAP, Jul. 31, 2015; Loblolly Hobe
Sound aerial a 2015 AAP, Jul. 31, 2015;
11770 St Andrews Pl aerial 3 2015 AAP, Aug. 3, 2015; Palm Beach Polo Club
AAP 2015 b, Aug. 11, 2015;
The Club At Admiral's Cove, AAP 2015 e, Aug. 17, 2015; Sewells Point aerial
a 2015 AAP, Sept. 2, 2015;
Juno Beach Pier k 2015 AAP, Sept. 17, 2015; 870 S Ocean Blvd sunrise a 2015
AAP, Sept. 20, 2015;
870 S Ocean Blvd sunrise b 2015 AAP, Sept. 20, 2015; 870 S Ocean Blvd
sunrise c 2015 AAP, Sept. 20, 2015;
Eastpointe II aerial c 2015 AAP, Sept. 25, 2015; Eastpointe II aerial b 2015
AAP, Sept. 25, 2015;
Sutton Place sign 2015 AAP, Oct. 1, 2015; Sutton Place gym 2015 AAP, Oct. 1,
2015;
Sutton Place lobby a 2015 AAP, Oct. 1, 2015; Sutton Place aerial a 2015 AAP,
Oct. 1, 2015;
Sutton Place aerial b 2015 AAP, Oct. 1, 2015; Sutton Place pool 2015 AAP,
Oct. 1, 2015;

S Palm Beach aerial h 2015 AAP, Oct. 1, 2015; Sutton Place aerial c 2015 AAP,
Oct. 1, 2015;
750 S County Rd front 2015 AAP, Oct. 2, 2015; 2778 S Ocean Blvd Lobby
AAP 2015, Oct. 5, 2015;
Eastpointe II Gym 2015 AAP, Oct. 6, 2015; Eastpointe II Game Room 2015
AAP, Oct. 6, 2015;
Eastpointe II Lobby 2015 AAP, Oct. 6, 2015; Eastpointe II Pool a 2015 AAP,
Oct. 6, 2015;
Eastpointe II Beach Access 2015 AAP, Oct. 6, 2015; Eastpointe II Pool b 2015
AAP, Oct. 6, 2015;
Eastpointe II Tennis 2015 AAP, Oct. 6, 2015; Eastpointe II Gate 2015 AAP,
Oct. 6, 2015;
Two City Plaza aerial g 2015 AAP, Oct. 8, 2015; Two City Plaza pool aerial p
2015 AAP, Oct. 8, 2015;
Two City Plaza aerial k 2015 AAP, Oct. 8, 2015; Hidden Bridge Estates gate
2015 AAP, Oct. 9, 2015;
Old Port Cove aerial m 2015 AAP, Oct. 9, 2015; One Royal Palm Way aerial j
2015 AAP, Oct. 9, 2015;
One Royal Palm Way aerial k 2015 AAP, Oct. 9, 2015; Old Port Cove 100
Lakeshore Dr 2015 AAP, Oct. 9, 2015;
Old Port Cove pool  115 and 123 Lakeshore Dr 2015 AAP, Oct. 9, 2015; 055
Breakers West Clubhouse 2015 AAP, Oct. 14, 2015;
Breakers West sunset a AAP 2015, Oct. 14, 2015; Kravis Center 2015 AAP,
Oct. 20, 2015;



501 S Atlantic Dr loggia b AAP 2015, Oct. 29, 2015; 501 S Atlantic Dr pool c AAP 2015, Nov. 1, 2015;
Old Palm Clubhouse 2015 AAP, Nov. 25, 2015; Dorchester sign 2015 AAP, Nov. 30, 2015;
2100 S Ocean, AAP 2015 b, Dec. 6, 2015; Evergrene Gym a 2015, Dec. 7, 2015;
Evergrene Gym b 2015, Dec. 7, 2015; Evergrene aerial f 2015, Dec. 10, 2015; Evergrene aerial g 2015, Dec. 10, 2015; Evergrene aerial h 2015, Dec. 10, 2015; Evergrene aerial i 2015, Dec. 10, 2015; The Club ofat Admira's Cove AAP 2015 c, Dec. 11, 2015;
The Club ofat Admira's Cove AAP 2015 a, Dec. 11, 2015; The Club ofat Admira's Cove AAP 2015 b, Dec. 11, 2015;

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 03, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** November 10, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-075-526

**Effective Date of Registration:**
November 10, 2017

## Title _____

**Title of Work:**  Group Registration Photos, Selected 2015 Photographs H1 Including 2000 Building, Eastpointe, Harbour House, Sutton Place and Others published Jan. 3, 2015 to Dec. 11, 2015; 107 photos

**Content Title:**  Palm Beach Polo Club AAP 2015 a, Jan.3, 2015; Harbour House pool 1 AAP 2010, Jan. 3, 2015;
St Andrews at the Polo Club aerial 2012 AAP, Jan. 3, 2015; Sunrise with Palms AAP 2015, Jan. 3, 2015;
The Landings aerial 2015 AAP, Jan. 3, 2015; 410 N Lake Way night 2015 AAP, Mar. 2, 2015;

87 S River Dr Stuart nite front 2015, Apr. 1, 2015; 190 Bears Club Dr aerial b AAP 2015, Apr. 20, 2015;

The Club At Admiral's Cove, AAP 2015 d, May. 11, 2015; The Landings gym 2015 AAP, May 18, 2015;
The Landings pool 2015 AAP, May 18, 2015; The Landings sign b 2015 AAP, May 18, 2015;
The Landings sign a 2015 AAP, May 18, 2015; 11770 St Andrews Pl aerial 1 2015 AAP, May 26, 2015;
11770 St Andrews Pl aerial 2 2015 AAP, May 26, 2015; Harbour House tennis A 2015 AAP, Jul. 8, 2015;

Harbour House tennis B 2015 AAP, Jul. 8, 2015; Harbour House beach steps 2015 AAP, Jul. 8, 2015;
Harbour House lobby A 2015 AAP, Jul. 8, 2015; Harbour House lobby B 2015 AAP, Jul. 8, 2015;
Harbour House billiard room A 2015 AAP, Jul. 8, 2015; Harbour House tennis C 2015 AAP, Jul. 8, 2015;
Harbour House aerial 1 AAP 2015, Jul. 8, 2015; Harbour House aerial 2 AAP 2015, Jul. 8, 2015;
Harbour House aerial 4 AAP 2015, Jul. 8, 2015; Harbour House aerial 3 AAP 2015, Jul. 8, 2015;
Harbour House aerial 5 AAP 2015, Jul. 8, 2015; Harbour House pool 3 AAP 2015, Jul. 9, 2015;
Harbour House pool 5 AAP 2015, Jul. 9, 2015; Harbour House pool 4 AAP 2015, Jul. 9, 2015;
Harbour House pool 2 2015 AAP, Jul. 9, 2015; Harbour House aerial 6 AAP 2015, Jul. 10, 2015;

Par 3 Golf S Palm Beach 2015 AAP, Jul. 10, 2015; Par 3 Golf putters 2015 AAP, Jul. 10, 2015;
2000 Building Palm Beach gym AAP 2015, Jul. 17, 2015; 2000 Building lobby 1 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach lobby 2 AAP 2015, Jul. 17, 2015; 2000 Building

Page 1 of 3





EXHIBIT
41-D

Save



Uploaded by user



www.palmbeachhomesforsale.org

Saved by
**Lillian Realty Group**

Visit

More like this



12237 Tillinghast Circle, Palm Beach
Gardens, FL 33418



PGA National presented by
#LillianRealtyGroup
#PalmBeachHomesForSale



For more information on Palm Beach
Homes For Sale visit
www.palmbeachhomesforsale.org



**17686 Circle Pond Ct, Boca**
1869 Sabal Palm Dr, Boca Raton, FL
33432 | MLS #RX-10175491 - Zillow -
(Repinned by



No Obligation Consultation
www.floridahousehunt.com
#greatjupiterfloridaproperties



Palm Beach homes are hot - Lillian
Realty Group helps you navigate
Palm Beach MLS listings to find your



Discover the finest homes for sale in
Jupiter, Fl. Whether you seek custom
homes or Palm Beach Fl homes for



Dreaming of a resort-like lifestyle?
Seeking luxurious homes with all of
the amenities? Craving a lifestyle

Palm Beach, Fl waterfront homes for
sale come in a variety of different
styles, but they all have one thing in



**One of the most expensive**



Are you starting the search for a
custom pool home in Palm Beach? A
perfect way to finish off a perfect



Privacy

# Exhibit

# 42



# Certificate of Registration

**EXHIBIT 42-B**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 18, 2015 to December 15, 2015

## Title
_____

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |

- **Individual Photographs:** 700 Wright Way pool nite 2015 AAP
  **Published:** January 2015

- **Individual Photographs:** 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP
  **Published:** March 2015

- **Individual Photographs:** 229 E Lakewood pool 2015 AAP
  **Published:** April 2015

- **Individual Photographs:** Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP
  **Published:** July 2015

- **Individual Photographs:** 6259 Homeland Rd aerial back 2015 AAP
  **Published:** October 2015

- **Individual Photographs:** 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP
  **Published:** November 2015

- **Individual Photographs:** 2954 Hurlingham Dr front 2015 AAP
  **Published:** December 2015

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |

Page 1 of 2

## Author

• **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** June 21, 2018

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Cesler*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 18, 2015 to December 15, 2015

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |



Page 1 of 2





**Ellen Lillian** shared a link.
April 22, 2016 · Pinterest



Jupiter farms Real Estate

Looking for equestrian properties Visit www.jupiterfarmsfl.com #realestate
#equestrianproperties #homesforsale

PIN.IT

Like



**EXHIBIT 42-D**

# side by side photo comparisons



*original photo*

*cropped*

*cropped*

*copyright management information removed*

# Exhibit

# 43



©AAP 2015 all rights reserved

# Certificate of Registration

**EXHIBIT**

**43-B**



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
       **For Photographs Published:**   January 18, 2015 to December 15, 2015

## Title
---

| | |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | 700 Wright Way pool nite 2015 AAP |
| **Published:** | January 2015 |
| • **Individual Photographs:** | 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP |
| **Published:** | March 2015 |
| • **Individual Photographs:** | 229 E Lakewood pool 2015 AAP |
| **Published:** | April 2015 |
| • **Individual Photographs:** | Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP |
| **Published:** | July 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd aerial back 2015 AAP |
| **Published:** | October 2015 |
| • **Individual Photographs:** | 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP |
| **Published:** | November 2015 |
| • **Individual Photographs:** | 2954 Hurlingham Dr front 2015 AAP |
| **Published:** | December 2015 |

## Completion/Publication
---

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |

## Author

&bull;    **Author:**    AFFORDABLE AERIAL PHOTOGRAPHY, INC.
**Author Created:**  photographs
**Work made for hire:**  Yes
**Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:**  Robert Stevens
**Date:**  June 21, 2018

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tasle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-894

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 18, 2015 to December 15, 2015

## Title _____

---

|  |  |
|---|---|
| **Title of Group:** | Selected 2015 Photographs Q19 Including 700 Wright Way, 550 Middle Rd and Others Case Number 1-6471890967 |
| **Number of Photographs in Group:** | 11 |

- **Individual Photographs:** 700 Wright Way pool nite 2015 AAP
  **Published:** January 2015

- **Individual Photographs:** 550 Middle Rd rear aerial 2015 AAP, 202 W Riverside loggia with flowers 2015 AAP
  **Published:** March 2015

- **Individual Photographs:** 229 E Lakewood pool 2015 AAP
  **Published:** April 2015

- **Individual Photographs:** Toscana Highland Beach sunrise  aerial b 2015 AAP, 9440 169th Ct N horse 2015 AAP, 9440 169th Court N 2015 AAP
  **Published:** July 2015

- **Individual Photographs:** 6259 Homeland Rd aerial back 2015 AAP
  **Published:** October 2015

- **Individual Photographs:** 6259 Homeland Rd paddocks 2015 AAP, 6259 Homeland Rd barn a 2015 AAP
  **Published:** November 2015

- **Individual Photographs:** 2954 Hurlingham Dr front 2015 AAP
  **Published:** December 2015

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 18, 2015 |
| **Latest Publication Date in Group:** | December 15, 2015 |
| **Nation of First Publication:** | United States |



Page 1 of 2









# Exhibit 44



EXHIBIT
44-A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tugle*

Acting United States Register of Copyrights and Director

**EXHIBIT 44-B**

**Registration Number**

## VA 2-120-020

**Effective Date of Registration:**
August 14, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   February 04, 2014 to August 25, 2014

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2014 Published Photographs L3 |
| **Number of Photographs in Group:** | 5 |

- **Individual Photographs:** Oceans Edge 1701 sunrise pear 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** Ritz Carlton 304 A sunrise 2014 AAP
  **Published:** March 2014

- **Individual Photographs:** 02
  **Published:** May 2014

- **Individual Photographs:** 0002, 0003
  **Published:** August 2014

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | February 04, 2014 |
| **Latest Publication Date in Group:** | August 25, 2014 |
| **Nation of First Publication:** | United States |

## Author _____

| | |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |

1123 Melinda Ln., Haverhill, FL, 33417

## Certification

      **Name:**  Robert Stevens
       **Date**:  August 14, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-020

**Effective Date of Registration:**
August 14, 2018

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   February 04, 2014 to August 25, 2014

## Title

|  |  |
|---|---|
| **Title of Group:** | Selected 2014 Published Photographs L3 |
| **Number of Photographs in Group:** | 5 |
| • **Individual Photographs:** | Oceans Edge 1701 sunrise pear 2014 AAP |
| **Published:** | February 2014 |
| • **Individual Photographs:** | Ritz Carlton 304 A sunrise 2014 AAP |
| **Published:** | March 2014 |
| • **Individual Photographs:** | 02 |
| **Published:** | May 2014 |
| • **Individual Photographs:** | 0002, 0003 |
| **Published:** | August 2014 |

## Completion/Publication



|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | February 04, 2014 |
| **Latest Publication Date in Group:** | August 25, 2014 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |



EXHIBIT 44-C

# side by side photo comparisons



original photo

copyright management information

EXHIBIT
44-D

# Exhibit

# 45





# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-020

**Effective Date of Registration:**
August 14, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   February 04, 2014 to August 25, 2014

### Title

|  |  |
|---|---|
| **Title of Group:** | Selected 2014 Published Photographs L3 |
| **Number of Photographs in Group:** | 5 |

- **Individual Photographs:** Oceans Edge 1701 sunrise pear 2014 AAP
  **Published:** February 2014

- **Individual Photographs:** Ritz Carlton 304 A sunrise 2014 AAP
  **Published:** March 2014

- **Individual Photographs:** 02
  **Published:** May 2014

- **Individual Photographs:** 0002, 0003
  **Published:** August 2014

### Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | February 04, 2014 |
| **Latest Publication Date in Group:** | August 25, 2014 |
| **Nation of First Publication:** | United States |

### Author

|  |  |
|---|---|
| **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |

1123 Melinda Ln., Haverhill, FL, 33417

## Certification

**Name:**   Robert Stevens
**Date**:   August 14, 2018

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-020

**Effective Date of Registration:**
August 14, 2018

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

      **For Photographs Published:**  February 04, 2014 to August 25, 2014

### Title

        **Title of Group:**  Selected 2014 Published Photographs L3
**Number of Photographs in Group:**  5

-   **Individual Photographs:**  Oceans Edge 1701 sunrise pear 2014 AAP
        **Published:**  February 2014

-   **Individual Photographs:**  Ritz Carlton 304 A sunrise 2014 AAP
        **Published:**  March 2014

-   **Individual Photographs:**  02
        **Published:**  May 2014

-   **Individual Photographs:**  0002, 0003
        **Published:**  August 2014

### Completion/Publication



      **Year of Completion:**  2014
**Earliest Publication Date in Group:**  February 04, 2014
**Latest Publication Date in Group:**  August 25, 2014
     **Nation of First Publication:**  United States

### Author

-       **Author:**  AFFORDABLE AERIAL PHOTOGRAPHY, INC.
     **Author Created:**  photographs
**Work made for hire:**  Yes
        **Domiciled in:**  United States

### Copyright Claimant

     **Copyright Claimant:**  AFFORDABLE AERIAL PHOTOGRAPHY, INC.





